CO-386
10/2018

# United States District Court
# For the District of Columbia

DONALD J. TRUMP et al. )
)
)
)
vs     Plaintiff )   Civil Action No. _____
)
ELIJAH E. CUMMINGS et al. )
)
)
Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __DJT Holdings LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DJT Holdings LLC__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

480037
BAR IDENTIFICATION NO.

Stefan C. Passantino
Print Name

Michael Best & Friedrich, 1000 Maine Ave, SW, Suite 400
Address

Washington, DC  20024
City          State          Zip Code

202.747.9582
Phone Number