CO-386
10/2018

# United States District Court
# For the District of Columbia

DONALD J. TRUMP et al.

              Plaintiff

vs

ELIJAH E. CUMMINGS et al.

              Defendant

Civil Action No._____

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Trump Old Post Office LLC** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Trump Old Post Office LLC** which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

480037
BAR IDENTIFICATION NO.

Stefan C. Passantino
Print Name

Michael Best & Friedrich, 1000 Maine Ave, SW, Suite 400
Address

Washington, DC  20024
City     State     Zip Code

202.747.9582
Phone Number