**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ELIJAH E. CUMMINGS, in his official capacity as Chairman of the House Committee on Oversight and Reform; PETER KENNY, in his official capacity as Chief Investigative Counsel of the House Committee on Oversight and Reform; and MAZARS USA LLP,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-01136-APM |

## EMERGENCY MOTION TO SHORTEN DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Per Federal Rules of Civil Procedure 6(c)(1)(C) and 83(b), Plaintiffs move this Court to shorten the parties' deadlines for briefing Plaintiffs' application for a TRO. Plaintiffs need this Court to rule on their application by noon on Monday, April 29, 2019—Mazar's deadline for complying with Chairman Cummings' subpoena. If the Court does not rule by then, Mazars might comply with the subpoena, which would irretrievably destroy Plaintiffs' right to keep their information confidential and interfere with this Court's ability to review Plaintiff's important constitutional claims. Plaintiffs thus ask this Court to enter an order requiring Defendants to submit their response to the TRO application on or before Wednesday, April 24, 2019, and permitting Plaintiffs to submit their reply in support of the TRO application on or before Thursday, April 25, 2019.

|  | Respectfully submitted, |
|---|---|
| Dated: April 22, 2019 | *s/ William S. Consovoy* |
| Stefan C. Passantino (D.C. Bar #480037)<br>MICHAEL BEST & FRIEDRICH LLP<br>1000 Maine Ave. SW, Ste. 400<br>Washington, D.C. 20024<br>(202) 747-9582<br>spassantino@michaelbest.com<br><br>*Counsel for The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, Trump Old Post Office LLC, and The Donald J. Trump Revocable Trust* | William S. Consovoy (D.C. Bar #493423)<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PARK PLLC<br>3033 Wilson Blvd., Ste. 700<br>Arlington, VA 22201<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PARK PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>patrick@consovoymccarthy.com<br><br>*Counsel for President Donald J. Trump* |