IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELIJAH E. CUMMINGS, in his official capacity as Chairman of the House Committee on Oversight and Reform; PETER KENNY, in his official capacity as Chief Investigative Counsel of the House Committee on Oversight and Reform; and MAZARS USA LLP,<br><br>*Defendants*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>*Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

### [PROPOSED] ORDER GRANTING MOTION OF THE COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES

It is SO ORDERED that the motion of the proposed intervenor-defendant, Committee on Oversight and Reform of the U.S. House of Representatives (Committee) is GRANTED.

IT IS FURTHER ORDERED

THAT the intervenor-defendant Committee shall comply with the deadlines set forth in this Court's April 23, 2019 minute order setting a briefing schedule.

Dated: 4/29/19

_____
Judge Amit P. Mehta
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd.
Suite 700
Arlington, VA 22201
will@consovoymccarthy.com

Mazars USA LLP
135 West 50th Street
New York, NY 10020