IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ELIJAH E. CUMMINGS, in his official capacity as Chairman of the House Committee on Oversight and Reform; PETER KENNY, in his official capacity as Chief Investigative Counsel of the House Committee on Oversight and Reform; and MAZARS USA LLP,<br><br>Defendants. | Civil Action No. 1:19-cv-01136-APM |

## JOINT STIPULATION

All parties stipulate that Defendants Elijah E. Cummings and Peter Kenny are dismissed from this case without prejudice. These Defendants can be dismissed because Intervenor-Defendant Committee on Oversight and Reform of the U.S. House of Representatives is a proper party and, in the event that the Court issues a judgment in favor of Plaintiffs, Intervenor-Defendant has represented that any appropriate relief could be obtained from it.

Dated: April 29, 2019

  s/ *Douglas N. Letter*

Douglas N. Letter
Todd B. Tatelman
Megan Barbero
Brooks M. Hanner
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Building
Washington, D.C. 20515
(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Elijah E. Cummings, Peter Kenny, and the Committee on Oversight and Reform of the U.S. House of Representatives*

  s/ *Jerry D. Bernstein*

Lawrence H. Wechsler (D.C. Bar #102418)
Henry F. Schuelke III (D.C. Bar #91579)
BLANK ROME LLP
1825 Eye Street NW
Washington, D.C. 20006
(202) 420-2200
lwechsler@blankrome.com
hschuelke@blankrome.com

Jerry D. Bernstein*
Inbal P. Garrity*
Nicholas R. Tambone*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
jbernstein@blankrome.com
igarrity@blankrome.com
ntambone@blankrome.com

*\*Pro hac vice* application forthcoming

*Counsel for Mazars USA LLP*

Respectfully submitted,

  s/ *William S. Consovoy*

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*Counsel for President Donald J. Trump*

Stefan C. Passantino (D.C. Bar #480037)
MICHAEL BEST & FRIEDRICH LLP
1000 Maine Ave. SW, Ste. 400
Washington, D.C. 20024
(202) 747-9582
spassantino@michaelbest.com

*Counsel for The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, Trump Old Post Office LLC, and The Donald J. Trump Revocable Trust*