# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP, <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

## NOTICE OF APPEARANCE

I, Douglas N. Letter, hereby enter my appearance as counsel of record in the above-captioned case for the Committee on Oversight and Reform of the U.S. House of Representatives. Please send all future notices in this matter to me.

               Respectfully submitted,

               */s/ Douglas N. Letter*
               DOUGLAS N. LETTER (D.C. Bar No. 253492)
                 *General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Douglas.Letter@mail.house.gov

*Counsel for Intervenor-Defendant the Committee on Oversight and Reform of the U.S. House of Representatives*

May 1, 2019

**CERTIFICATE OF SERVICE**

   I certify that on May 1, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.  I further certify that I caused a copy of the foregoing document to be served by email on counsel for defendant Mazars USA LLP:

    Inbal P. Garrity
    BlankRome
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10175
    igarrity@blankrome.com

                                            /s/ *Douglas N. Letter*
                                            Douglas N. Letter