IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP, <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

## NOTICE OF APPEARANCE

I, Megan Barbero, hereby enter my appearance as counsel in the above-captioned case for the Committee on Oversight and Reform of the U.S. House of Representatives. Please send all future notices in this matter to me.

                                             Respectfully submitted,

                                             */s/ Megan Barbero*
                                             MEGAN BARBERO (MA Bar No. 668854)
                                                *Associate General Counsel*

                OFFICE OF GENERAL COUNSEL
                U.S. HOUSE OF REPRESENTATIVES[*]
                219 Cannon House Office Building
                Washington, D.C.  20515
                (202) 225-9700 (telephone)
                (202) 226-1360 (facsimile)
                Megan.Barbero@mail.house.gov

*Counsel for Intervenor-Defendant the Committee on Oversight and Reform of the U.S. House of Representatives*

May 1, 2019

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

    I certify that on May 1, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties. I further certify that I caused a copy of the foregoing document to be served by email on counsel for defendant Mazars USA LLP:

    Inbal P. Garrity
    BlankRome
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10175
    igarrity@blankrome.com

    /s/ *Megan Barbero*
    Megan Barbero