**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>       *Plaintiffs*,<br><br> v.<br><br>MAZARS USA LLP,<br><br>       *Defendant*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>       *Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

**NOTICE OF APPEARANCE**

I, Brooks M. Hanner, hereby enter my appearance as counsel in the above-captioned case for the Committee on Oversight and Reform of the U.S. House of Representatives. Please send all future notices in this matter to me.

                Respectfully submitted,

                */s/ Brooks M. Hanner*
                BROOKS M. HANNER (D.C. Bar No. 1005346)
                 *Assistant General Counsel*

        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C. 20515
        (202) 225-9700 (telephone)
        (202) 226-1360 (facsimile)
        Brooks.Hanner@mail.house.gov

*Counsel for Intervenor-Defendant the Committee on Oversight and Reform of the U.S. House of Representatives*

May 1, 2019

## CERTIFICATE OF SERVICE

   I certify that on May 1, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties. I further certify that I caused a copy of the foregoing document to be served by email on counsel for defendant Mazars USA LLP:

>Inbal P. Garrity
>BlankRome
>The Chrysler Building
>405 Lexington Avenue
>New York, NY 10175
>igarrity@blankrome.com

*/s/ Brooks M. Hanner*
Brooks M. Hanner
