## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAZARS USA LLP,<br><br>*Defendant*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>*Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

### DECLARATION OF GRETA G. GAO

I, Greta G. Gao, pursuant to the provisions of 28 U.S.C. § 1746 declare and say:

1. I am Counsel on the Committee for Oversight and Reform of the U.S. House of Representatives. I have served in this capacity since January 2019.

2. Attached as Exhibit A is a true and correct copy of a Letter from the Honorable Elijah E. Cummings, Chairman of the Committee on Oversight and Reform of the U.S. House of Representatives, to Emory A. Rounds III, Director of the Office of Government Ethics, dated January 22, 2019.

3. Attached as Exhibit B is a true and correct copy of documents produced to the Committee by Michael Cohen, President Trump's former attorney, on February 27, 2019:

Donald J. Trump's Statements of Financial Condition, dated June 30, 2011 and June 30, 2012, as prepared by WeiserMazars LLP (now Mazars USA LLP), and Donald J. Trump's Summary of Net Worth as of March 31, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2019, in Washington, D.C.

Greta G. Gao