AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DONALD J. TRUMP, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-01136-APM |
| ELIJAH E. CUMMINGS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mazars USA LLP.

Date: 05/01/2019

/s/ Henry F. Schuelke III
*Attorney's signature*

Henry F. Schuelke III (D.C. Bar No. 91579)
*Printed name and bar number*

Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006
*Address*

HSchuelke@BlankRome.com
*E-mail address*

(202) 772-5815
*Telephone number*

(202) 572-8371
*FAX number*