CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| DONALD J. TRUMP, et al. | ) |
| Plaintiff | ) Civil Action No. 1:19-cv-01136-APM |
| vs | ) |
| ELIJAH E. CUMMINGS, et al. | ) |
| Defendant | ) |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Defendant Mazars USA LLP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendant Mazars USA LLP__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Henry F. Schuelke III
_____
Signature

91579
_____
BAR IDENTIFICATION NO.

Henry F. Schuelke III
Print Name

1825 Eye Street NW
Address

Washington, D.C. 20006
City        State        Zip Code

(202) 420-2200
Phone Number