**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>                         Plaintiffs,<br><br>        v.<br><br>ELIJAH E. CUMMINGS, in his official capacity as Chairman of the House Committee on Oversight and Reform; PETER KENNY, in his official capacity as Chief Investigative Counsel of the House Committee on Oversight and Reform; and MAZARS USA LLP,<br><br>                         Defendants,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRENTATIVES,<br><br>                         Intervenor-Defendant. | Civil Action<br><br>No. 1:19-cv-01136-APM |

**DEFENDANT MAZARS USA LLP'S STATEMENT OF POSITION AS TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Mazars USA LLP ("Mazars USA"), through its counsel, Blank Rome LLP, provides the following statement of its position as to Plaintiffs' Motion for a Preliminary Injunction (ECF No. 11), in advance of oral argument scheduled for May 14, 2019 at 11:00 a.m.

On April 29, 2019, the Court granted the Committee on Oversight and Reform's motion to intervene as a Defendant in this action, and the same day, Plaintiffs filed a stipulation voluntarily dismissing Defendants Elijah E. Cummings and Peter Kenny. Plaintiffs seek to enjoin the Committee from enforcing a subpoena dated April 15, 2019 that was issued by the Committee, and to enjoin Mazars USA from complying with the subpoena. The subpoena, by its terms, compels Mazars USA to produce certain documents in its possession.

Although Mazars USA is the recipient of the Committee's subpoena, the dispute in this action is between Plaintiffs and the Committee. Accordingly, Mazars USA takes no position on the legal issues raised by Plaintiffs, and requests no time for oral argument before the Court.

| | |
|---|---|
| Dated: May 1, 2019 | Respectfully submitted, |
| | /s/ Henry F. Schuelke III |
| Jerry D. Bernstein* | Henry F. Schuelke III (D.C. Bar No. 91579) |
| Inbal P. Garrity* | Lawrence H. Wechsler (D.C. Bar No. 102418) |
| Nicholas R. Tambone* | BLANK ROME LLP |
| BLANK ROME LLP | 1825 Eye Street NW |
| 1271 Avenue of the Americas | Washington, D.C. 20006 |
| New York, NY 10020 | Tel.: (202) 420-2200 |
| Tel.: (212) 885-5000 | LWechsler@BlankRome.com |
| JBernstein@BlankRome.com | HSchuelke@BlankRome.com |
| IGarrity@BlankRome.com | |
| NTambone@BlankRome.com | *Counsel for Defendant* |
| | *Mazars USA LLP* |
| **Pro Hac Vice* Application Forthcoming* | |
| *Counsel for Defendant* | |
| *Mazars USA LLP* | |