Duane Morley Cox, Pro Se
1199 Cliffside Dr.
Logan, Utah 84321
Ph: (801) 755-3578

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| | |
|---|---|
| Donald J. Trump, et. al | Civil Action No. 1:19-cv-1136-APM |
| Plaintiff's | Motion For Leave To File An Amicus Brief |
| Elijah E. Cummings, et. al. | |
| Defendants | |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**NOW COMES**, Duane Morley Cox, Pro Se and files this Motion for Leave To File An Amicus Brief.

**Nature Of Movant's Interest**

Movant's interest is based upon his concern that the Subpoena issued by Chairman Cummings to Mazars USA LLP, if upheld, by the Court will operate to:

a) "abdicate the responsibility placed by the Constitution upon the judiciary to insure that the Congress does not unjustifiably encroach upon an individual's right to privacy ..." Chief Justice Warren, **Watkins, 354 U.S. 198-199**

b) de facto create a new requirement for any/all Presidential candidates which requires them to submit or otherwise make available not only their personal tax returns but also "All" of their financial records for public scrutiny as a condition of their candidacy - even though the U.S. Constitution, Article II, Section 1 has no such requirement.

c) "distract a President from his public duties, to the detriment of not only the President and his office but also the Nation that the Presidency was designed to serve." **Nixon v. Fitzgerald, 457 U.S.**

**731 @ 753 (Opinion by Powell)** and thereby "put the Public Interest At Risk" which qualifies President Trump for Absolute Immunity.

d) will sustain the reliance of Congress on "False" allegations and ignore conduct which appears to Amicus to be contrary to Amendments IX & X as well the Oath of Office, which conduct by Congresspersons is perhaps even treasonous.

## Parties Supported

This Brief will be in support of Donald J. Trump et. al., Plaintiff's.

## Reasons Brief Is Desirable

Amicus Brief is desirable in order to hear from a member of the general public who sincerely believes that President Trump is being improperly maligned and subjected to a Treasonous Conspiracy which threatens to undermine the will of the people who voted Donald J. Trump into office in order to "Make America Great Again" because of the crushing effect of the 2008 market drop where my wife lost 94% of her 401K asset value, and the catastrophic changes in banking laws enacted by the prior administration which reduced my wife's dividends from $0.44 per quarter per share to $0.01 per quarter per share - reducing her income to only her social security check.  Contrasted with today where between election day and today, my wife's 401K value has increased by 70% or $200,000 while her dividends have increased from $0.12 to $0.30 per quarter per share, and her oil royalties have increased from next to nothing to over $900 a month thanks to reduced regulations, horizontal drilling technology and fracking.  Such that today, my wife's gross annual income is now approximately 3-4 times what it was when Trump was elected.  And I have benefitted similarly.  <u>Trump's Presidency is threatened, and he</u>

<u>has helped us greatly, so he deserves whatever support we can provide.</u>

**Why Movant's Position Is Not Adequately Represented**

Arguments are in the eye of the beholder. Plaintiff's focus seems to be on legal considerations to the exclusion of Constitutional considerations such as the limited but sufficient requirements to be President of the United States (Art. II, Sect. 1 of the Constitution), protections reserved to the Individual or State under Amendments IX & X, and the considerations pertaining to Absolute Immunity from harassment which harassment is designed to "drown Trump with investigations' or "turn Trump's life upside down", or "make Trump's life a living hell", all of which improperly place the Public Interest At Risk as held in <u>**Nixon v. Fitzgerald**</u>, **457 U.S. 731 (Opinion By Powell)**   Thus Movant's brief is of significance and important to the issue being decided.

**Why The Matters Asserted Are Relevant**

The Subpoena in question by Chairman Cummings is based upon a false witness by Mr. Cohen, and would operate to create a new requirement for the office of President without going thru the Constitutionally mandated amendment process, is part of a Conspiracy to destroy President Trump and his Presidency thereby putting the Public Interest at Risk which in the opinion of Justice Powell  is grounds for Absolute Immunity - which arguments are relevant to the ultimate resolution of this case.

**The Position Of Each Party**

Amicus prepared a Notice of Intent to file an Amicus brief which was faxed to

all parties to the complaint. There-in, Amicus disclosed his significant history in legal matters, disclosed that his Brief would support Plaintiff's, and requested Notice if any of the parties would be opposing the proposed brief. And there-in stated that if no objections were received by e-mail by a specified date, that it would be presumed that there was no objection. No objections were received by the specified date or subsequent there-to. Thus it is reasonably concluded that none of the parties to this case will object to the filing by Amicus of his Brief in Support of Plaintiff's.

**Oral Arguments**

Movant, Duane Morley Cox does not seek to participate in Oral Arguments.

**Proposed Order**

A Proposed Order by the Court allowing Duane Morley Cox of 1199 Cliffside Dr., Logan, Utah 84321 to file an Amicus Brief in this pending matter is attached.

_____          7 May 2019
**Duane Morley Cox, Pro Se**                          Date

## Certificate Of Service

I, Duane Morley Cox, Pro Se, does hereby swear that on 7 May 2019, that I did serve a true and correct copy of the attached Motion For Leave To File An Amicus Brief to the below listed parties by first class mail, postage pre-paid.

Clerks Office (Original)
U.S. District Court
District of Columbia
Room 1225
333 Constitution Avenue N.W.
Washington D.C. 20001

Legal Office
Mazars USA LLP
135 West 50th Street
New York, NY 10020

Chairman Elijah E. Cummings
House Committee on Oversight and Reform
2157 Rayburn House Office Building
Washington, D.C. 20515

Peter Kenny
House Committee on Oversight and Reform
2157 Rayburn House Office Building
Washington, D.C. 20515

Stefan C. Passantino
Michael Best & Freiedrich LLP
1000 Maine Ave. SW, Ste. 400
Washington, D.C. 20024

Patrick Strawbridge
Consovoy McCarthy Park PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

William S. Consovoy
Cameron T. Norris
Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Ste 700
Arlington, VA 22201

_____
Duane Morley Cox, Pro Se

7 May 2019
Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                                          +
Donald J. Trump, et. al                   +   Civil Action No. 1:19-cv-1136-APM
                                          +
    Plaintiff's                     +   **ORDER**
                                          +
Elijah E. Cummings, et. al.               +
                                          +
    Defendants                      +
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Movant Duane Morley Cox, Pro Se has filed a Motion For Leave To File An Amicus Brief which fully complied with LcvR 7(o) and is not opposed by Plaintiffs or Defendants.

For Good Cause having been shown, it is now ORDERED that Movant is to file his Amicus Brief on or before COB on _____ 2019.

**IT IS SO ORDERED**

_____
Hon. Judge Amit P. Mehta

_____
Date