IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,

          *Plaintiffs*,

  v.

MAZARS USA LLP,

          *Defendant*,

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM OF THE U.S. HOUSE OF REPRESENATIVES,

          *Intervenor-Defendant*.

Case No. 1:19-cv-01136-APM

**INTERVENOR-DEFENDANT'S RESPONSE TO THE COURT'S MAY 9, 2019 ORDER**

      Pursuant to the Court's May 9, 2019 Order (ECF No. 25), Intervenor-defendant Committee on Oversight and Reform of the U.S. House of Representatives advises the Court that it agrees with consolidation of the May 14, 2019 hearing with a trial on the merits under Federal Rule of Civil Procedure 65(a)(2). The Committee agrees with the Court's conclusion that a final, merits determination is appropriate at this juncture.

      This matter exclusively involves questions of law, and discovery is neither necessary nor permitted. *See, e.g.*, U.S. Const., art. 1, § 6, cl. 1; *Eastland v. U. S. Servicemen's Fund*, 421 U.S. 491, 503 (1975) ("Legislators acting within the sphere of legitimate legislative activity should be

1

protected not only from the consequences of litigation's results but also from the burden of defending themselves.") (quotation marks omitted).

     In the event that the Court declines to consolidate tomorrow's hearing under Rule 65(a)(2), the Committee nonetheless urges the Court to proceed with a hearing on the motion for a preliminary injunction. As the Committee has already noted, plaintiffs' complaint lacks merit and an expeditious resolution of the subpoena's validity is necessary for the Committee's investigations to continue. *See* Opp'n at 26-27; *Munaf v. Geren*, 553 U.S. 674, 705 (2008).

                                      Respectfully submitted,

                                      */s/ Douglas N. Letter*
                                      DOUGLAS N. LETTER (D.C. Bar No. 253492)
                                        *General Counsel*
                                      TODD B. TATELMAN (VA Bar No. 66008)
                                        *Deputy General Counsel*
                                     MEGAN BARBERO (MA Bar No. 668854)
                                        *Associate General Counsel*
                                     BROOKS M. HANNER (D.C. Bar No. 1005346)
                                        *Assistant General Counsel*

                                      OFFICE OF GENERAL COUNSEL
                                      U.S. HOUSE OF REPRESENTATIVES
                                      219 Cannon House Office Building
                                      Washington, D.C.  20515
                                      (202) 225-9700 (telephone)
                                      (202) 226-1360 (facsimile)
                                      douglas.letter@mail.house.gov

                                      *Counsel for the Committee on Oversight and*
                                      *Reform of the U.S. House of Representatives*

May 13, 2019

**CERTIFICATE OF SERVICE**

I certify that on May 13, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Douglas N. Letter*
Douglas N. Letter
