IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAZARS USA LLP,<br><br>*Defendant*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENATIVES,<br><br>*Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

**NOTICE OF APPEARANCE**

I, Josephine Morse, hereby enter my appearance as counsel in the above-captioned case for the Committee on Oversight and Reform of the U.S. House of Representatives. Please send all future notices in this matter to me.

Respectfully submitted,

*/s/ Josephine Morse*
JOSEPHINE MORSE (D.C. Bar No. 1531317)
  *Associate General Counsel*

1

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Jodie.Morse@mail.house.gov

*Counsel for Intervenor-Defendant the Committee on Oversight and Reform of the U.S. House of Representatives*

May 14, 2019

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Josephine Morse*
Josephine Morse
