IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
DONALD J. TRUMP, ET AL.,          )
                                  )
          Plaintiffs,             )
                                  )    CV No. 19-1136
       vs.                        )    Washington, D.C.
                                  )    May 14, 2019
ELIJAH E. CUMMINGS, ET AL.,       )    11:00 a.m.
                                  )
          Defendants.             )
_____ )
```

TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          William S. Consovoy
                             Patrick Strawbridge
                             Cameron T. Norris
                             CONSOVOY MCCARTHY PARK PLLC
                             3033 Wilson Blvd.
                             Suite 700
                             Arlington, VA 22201
                             (703) 243-9423
                             will@consovoymccarthy.com
                             patrick@consovoymccarthy.com
                             cam@consovoymccarthy.com

                             Stefan Passantino
                             Michael Best
                             The Wharf
                             1000 Main Avenue, SW
                             Suite 400
                             Washington, D.C. 20024
                             (202) 747-9582
                             spassantino@michaelbest.com

APPEARANCES CONTINUED:

For Defendants:                    Jerry D. Bernstein
                                   BLANK ROME LLP
                                   1271 Avenue of the Americas
                                   New York, NY 10020
                                   (212) 885-5511
                                   jbernstein@BlankRome.com

                                   Douglas N. Letter
                                   Todd B. Tatelman
                                   Sally Clouse
                                   Megan Barbero
                                   Josephine Morse
                                   Brooks Hanner
                                   U.S. HOUSE OF REPRESENTATIVES
                                   Office of General Counsel
                                   219 Cannon House
                                   Office Building
                                   Washington, D.C. 20515
                                   (202) 225-9700
                                   douglas.letter@mail.house.gov
                                   todd.tatelman@mail.house.gov
                                   sally.clouse@mail.house.gov
                                   megan.barbero@mail.house.gov
                                   josephine.morse@mail.house.gov
                                   brooks.hanner@mail.house.gov

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6511
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          DEPUTY CLERK:  All rise.  This court is now in

3    session, the Honorable Amit P. Mehta presiding.

4          THE COURT:  Please be seated.

5          Good morning, everyone.

6          DEPUTY CLERK:  Your Honor, this is Civil

7    Action 19-1136, Donald J. Trump, et al., versus Committee on

8    Oversight and Reform of the United States House of

9    Representatives, et al.

10          Would counsel please approach the lectern and

11    state your appearances for the record.

12          MR. CONSOVOY:  Good morning, Your Honor.

13    Will Consovoy on behalf of President Trump.

14          Along with me today are Patrick Strawbridge and

15    Cameron Norris.

16          THE COURT:  Mr. Consovoy, good morning.  Welcome.

17          MR. PASSANTINO:  Good morning, Your Honor.

18    Stefan Passantino on behalf of the Trump Organization, the

19    Trump Old Post Office, the Trump Revocable Trust, and all of

20    the other corporate entities.

21          THE COURT:  Mr. Passantino, good morning.

22          MR. BERNSTEIN:  Good morning, Your Honor.

23    For Mazars USA, LLP, Jerry Bernstein of Blank Rome LLP.

24          THE COURT:  Mr. Bernstein, good morning.

25          MR. BERNSTEIN:  Good morning.

```
1              THE COURT:  Mr. Bernstein, while you're up here,
2    will you be asking for any time this morning?
3              MR. BERNSTEIN:  I will not, Your Honor.
4              THE COURT:  All right.  Thank you.
5              MR. LETTER:  Good morning, Your Honor.
6    Douglas Letter from the United States House of
7    Representatives.
8              And with me today is Todd Tatelman, Sally Clouse,
9    Megan Barbero, Jody Morse, and Brooks Hanner.
10             THE COURT:  Counsel, good morning.
11             All right.  Ladies and gentlemen, good morning.
12             Before we get started, I want to make something
13   abundantly clear about today's proceedings:  I will not be
14   ruling from the bench.
15             We judges are not insulated from what the media
16   says and writes about cases before us, and there's been a
17   lot of incorrect speculation that my order of last Thursday
18   was intended to convey that I plan to rule from the bench
19   after today's hearing.  The order said no such thing, and
20   any suggestion that I will announce my decision today is
21   just wrong.
22             The issues that are presented here today are
23   serious.  The case involves the intersection of powers of
24   the legislative branch in the interests of the President of
25   the United States.  No judge would make a hasty decision
```

 1    involving such important issues for the sake of expediency.

 2          The parties deserve the Court's full attention and

 3    an opportunity to be heard.  And that is the sole purpose of

 4    today's hearing, to give the parties an opportunity to be

 5    heard.

 6          The reason I issued the order to consolidate is

 7    because that is what I believe the Supreme Court and the

 8    D.C. Circuit have directed me to do in cases like this one.

 9          The Court in *Eastland* stated in context of a

10    challenge to a congressional subpoena that "such motions

11    must be given the most expeditious treatment by District

12    Courts because one branch of government is being asked to

13    halt the functions of a coordinate branch."

14          And in *Exxon versus FTC*, the Circuit observed that

15    *Eastland* emphasized the necessity from courts to refrain

16    from interfering or delaying the investigatory functions of

17    Congress.

18          My ruling will come after I've had a sufficient

19    time to consider what the parties have written, what is said

20    today, and the evidence that has been submitted.

21          My decision in this case will be issued promptly,

22    but it will be issued on a timeline that reflects the

23    gravity of the issues presented and the importance of the

24    issues to the parties.

25          And so with that, let me turn to Mr. Consovoy.

1    Let me hear from the plaintiffs.

2              MR. CONSOVOY:  Your Honor, just a question to

3    begin.

4              THE COURT:  Yes.

5              MR. CONSOVOY:  You said we would take up the

6    objections.  Do I understand Your Honor to have overruled

7    them?

8              THE COURT:  No -- well, let's put it this way:

9    I'm happy to hear them.

10             Let's have a discussion about that.  What I'd like

11   to actually do is start with the merits, and then we can

12   talk about the consolidation order and what it is you all

13   think you need in terms of additional time, evidence, or

14   argument, and we can take that up.

15             MR. CONSOVOY:  Thank you, Your Honor.

16             Your Honor, on the merits, as we've stated in

17   summary fashion in our filings, we believe this subpoena

18   lacks a legitimate legislative purpose for two principal

19   reasons.

20             First, this is an effort to engage in law

21   enforcement, not to legislate.

22             And, second, any legislation that the committee

23   could point to or speculate about would exceed its powers

24   under Article I, Section 8 and, therefore, does not provide

25   a proper legislative basis.

1          THE COURT:  So let's start, if we could, with

2    Chairman Cummings' memorandum of April the 12th and in its

3    conclusion section -- why don't you go ahead and grab it --

4    he identifies four grounds as the reason for the issuance of

5    the subpoena plus a catch-all statement about legislation.

6    So let's take these in reverse order.

7          First, he says that the subpoena's necessary to

8    review whether the President has accurately reported his

9    finances to the Office of Government Ethics and other

10   federal entities.

11         So is it your position that an investigation into

12   whether the President has properly and accurately reported

13   his finances, that's not subject to investigation by

14   Congress?

15         MR. CONSOVOY:  Correct.

16         So that is a pure law enforcement.

17         Now, if Congress wants to point to a legislative

18   bill that it thinks would be relevant to that, then there's

19   a whole separate discussion to be had.

20         THE COURT:  But does Congress have to do that?

21   Do they have to identify a bill in advance?

22         In fact, the Supreme Court has said just the

23   opposite, which is that you don't have to identify a bill in

24   advance and it need not be attendant to any investigatory

25   request.

1          MR. CONSOVOY:  So the Supreme Court has said two

2     different things here.  I think the Court has said that as

3     long as there's a possibility for legislation, that can be

4     sufficient.

5          The Court has also said, though, that once the

6     committee, like any government actor says things, they can't

7     take it back and so -- and what *Watkins* called retroactive

8     rationalizations about their behavior.

9          And if you look at this letter and many other

10    letters that Chairman Cummings has issued and some of the

11    other evidence we've submitted for the record, they have

12    made clear that this is not about legislation.

13         They said they want to know if there's been

14    wrongdoing.  They would like to know if things have been

15    done improperly.  And that is not the purpose of Congress.

16         And if it is --

17         THE COURT:  Do you disagree -- I mean, there's

18    some suggestion in the case law, in particular, in *Watkins*

19    and *Sinclair*, that independent of Congress' function in

20    passing and considering legislation, that it has this

21    informing function; that is, a function of informing itself

22    and informing the public of wrongdoing in office,

23    corruption, maladministration, inefficiencies, the words

24    that are used in *Watkins*.

25         MR. CONSOVOY:  Yes.

1          THE COURT:  Why would not an investigation into
2    the President's accuracy of his disclosures fall within that
3    function, that informing function was described in *Watkins?*
4          MR. CONSOVOY:  Two responses, Your Honor.
5          One, because the President is not an agency.  All
6    of those cases go to agencies.
7          And we don't deny that with respect to the actions
8    of agencies, which are created by Congress and which
9    Congress supervises in a far different way than the Office
10   of the President, that it does have a supervisory function.
11   And that goes all the way back to *McGrain* when it was the
12   early case about the Attorney General.
13         THE COURT:  This is not this case, but say that
14   the belief was the President -- a president was involved in
15   some corrupt enterprise.  You mean to tell me that because
16   he's the President of the United States, Congress would have
17   no ability to investigate him?
18         MR. CONSOVOY:  In terms -- I can only speak to
19   this, this --
20         THE COURT:  Right.  I'm not saying this case.
21   I'm asking you if that's your position, that if there was a
22   question about a corrupt enterprise and we -- historically,
23   we already know that there have been investigations of
24   presidents and their conduct.  But is it your position that
25   if that were the case, that because the President's not an

 1   agency, that there could be no investigation by Congress?

 2           MR. CONSOVOY:  Not pursuant to a legislative

 3   agenda.

 4           I mean, I have to take the committee at its word.

 5   The committee, both in the chairman's letters, in the

 6   subpoena, and in its briefs to this Court has chosen its

 7   ground.  And as Your Honor knows, it has chosen the ground

 8   set forth in these memos.

 9           You can imagine other cases and other instances

10   and potentially other powers at issue.  But that's not this

11   case.  And the rules of waiver and forfeiture apply to the

12   committee no less than anyone else.

13           THE COURT:  Understood.

14           But I guess the question is, your view is that the

15   committee investigation on the accuracy of the President's

16   financial reporting would not qualify as a basis for

17   investigation, at least in terms of its exercise of its

18   legislative authority?

19           MR. CONSOVOY:  Correct.

20           THE COURT:  Okay.

21           MR. CONSOVOY:  And for the two reasons I outlined

22   at the top, and we've focused on the one, which is leg- --

23   investigating for investigation's sake.

24           The second half, though, is even if you credit the

25   committee with all of the statements they've made, including

1   some of the post hoc statements that were made in briefs

2   that weren't made in the letters, there's still an

3   underlying question that the D.C. Circuit said in *Tobin* this

4   Court would have to answer, which is, is that legislation,

5   whether in existence, in a bill, or imagined, could it be

6   constitutional?

7            THE COURT:  Right.

8            You don't mean to suggest that I have to undertake

9   a constitutional determination of a piece of legislation

10  that doesn't exist?

11           MR. CONSOVOY:  I do.  With respect.  And *Tobin*

12  says so.  *Tobin* is an interesting case.

13           So *Tobin* is a subpoena to the

14  Port Authority of New York on matters of internal

15  administration because there were questions about corruption

16  there.

17           The Port Authority went into contempt.

18           THE COURT:  I thought the Circuit there intended

19  to avoid the constitutional question, just the opposite.

20           MR. CONSOVOY:  I think we agree.  They interpreted

21  the subpoena quite narrowly so --

22           THE COURT:  Right.

23           MR. CONSOVOY:  -- they would have not have to

24  answer that constitutional question.

25           The committee has not offered you that side exit,

1    with respect.  They have pushed it to the limits by saying

2    that the chairman is intending to amend the conflict of

3    interest laws to encompass the Presidency, which Judge

4    Silberman then, not Judge Silberman's memo from Office of

5    Legal Counsel says would violate the Constitution.

6            They're saying they want to put the President's

7    financial affairs into a blind trust that would clearly

8    violate *Powell versus McCormack* and term limits.  And that's

9    really the extent, everything is like that.

10           And so under *Tobin*, the Court, I agree, they said,

11   We need to read this narrowly to avoid what was an amazingly

12   important constitutional issue, which was whether they were

13   going to violate the compact clause that created the

14   Port Authority.

15           And the Court was quite frustrated with Congress

16   that it had pushed the Court to have to decide that question

17   in the context of a subpoena.

18           But I don't think the Court was suggesting that if

19   they -- if there was no way to avoid the question, that they

20   simply could abstain from answering it.

21           THE COURT:  So let's turn to emoluments, then.

22   One of the other reasons offered is whether the President is

23   complying with the emoluments clause of the Constitution.

24   Why is that, in your view, not a proper subject of

25   investigation by Congress?

1          MR. CONSOVOY:  So I'll answer it directly, but if
2    I could just make a preliminary point.
3          It's not clear to me that the House is actually
4    relying on that when I read its papers on the preliminary
5    injunction, and so I reserve the right to further discuss
6    that, if it comes to the question of forfeiture or waiver on
7    that point.
8          But, again, we don't -- you know, I've been
9    involved in this litigation.  I know there's been litigation
10   in this building about it.  We don't think that the
11   President's personal financial affairs are the proper
12   reading of the emoluments clause because there's no --
13   that's as we've argued to the Fourth Circuit.
14          THE COURT:  But you would agree with me that the
15   emoluments clause, at least your rationale regarding law
16   enforcement, that's not applicable here?
17          MR. CONSOVOY:  I'm sorry, Your Honor?
18          THE COURT:  Your rationale that you identified for
19   why the finances or the financial disclosures couldn't be
20   investigated, that was a law enforcement function, in your
21   view.
22          MR. CONSOVOY:  Well --
23          THE COURT:  The emoluments clause, in an
24   investigation with the President's compliance or violation
25   of the emoluments clause, that's not a law enforcement

1    function.  That, in fact, if anything, is a function that's

2    strictly of Congress.

3         MR. CONSOVOY:  If I could respectfully disagree in

4    part.

5         So you could imagine a case in which you could

6    look at the emoluments clause.  I still think you have this

7    big constitutional question about whether any of this has to

8    do with actually the original meaning of the emoluments

9    clause.

10        But what the Supreme Court has said in cases like

11   *Quinn* and others is what Congress can't do is engage in

12   everything that looks like a law enforcement investigation

13   and then say, "And if we find something wrong, we'll take

14   some remedial step because we don't like what we found.

15        That is a law enforcement investigation with a

16   tack on, so to speak, of remedial legislation at the end.

17        And what Your Honor --

18        THE COURT:  Right.

19        But here we're not even talking about remedial

20   legislation.  We're talking about the President's compliance

21   with a constitutional prohibition or violation of a

22   constitutional prohibition that only Congress has the

23   authority to approve; in other words, approve any kind of

24   emoluments that he may receive.

25        MR. CONSOVOY:  I still think that would be in the

1    context of law enforcement.  They're not -- I understood

2    your original question to say they might pass new

3    legislation around emoluments.

4            THE COURT:  I'm just asking, could, for example,

5    Congress say, We believe that the President of the

6    United States is receiving payments from foreign

7    governments, foreign interests, and we want to investigate

8    that.  We want to determine if that's so.  And we're going

9    to get financial records from him, from his entities to make

10   that determination.

11           Congress does not have that power, in your view?

12           MR. CONSOVOY:  Not in the way you framed it,

13   Your Honor, no, they don't.

14           THE COURT:  Why not?

15           MR. CONSOVOY:  Because it is still determining

16   whether he's in compliance with law.

17           Federal statutory law is no less supreme than the

18   Constitution and the supremacy clause.  They're all supreme

19   law.

20           THE COURT:  I don't understand how that jibes with

21   your what I thought was a concession that if the President

22   was engaging in corrupt behavior in office that might

23   violate a criminal law, that that would be a proper subject

24   of investigation.

25           MR. CONSOVOY:  I'm sorry if I created any

 1  confusion.

 2          I don't think that is the proper subject of

 3  investigation as to the President.

 4          As to agencies --

 5          THE COURT:  Okay.

 6          MR. CONSOVOY:  -- I think the question could be

 7  different.

 8          THE COURT:  So, in your view, Congress'

 9  investigations in Whitewater, for example, and Watergate

10  were beyond the scope of its constitutional authority?

11          MR. CONSOVOY:  I'd have to look at what the basis

12  they were providing.

13          And, again, we have --

14          THE COURT:  They were inquiring as to violations

15  of criminal law.  It's pretty straightforward.  Among other

16  things.

17          MR. CONSOVOY:  The question here is, is the

18  legislation that the committee has pointed to a valid basis

19  for this subpoena?  Again, other cases --

20          THE COURT:  But this isn't -- I don't mean to

21  quibble with you, but this is just what the memo says,

22  emoluments clause.  It doesn't say anything about

23  legislation.

24          So they want to know, is he complying with the

25  emoluments clause of the Constitution?  That's one of the

1  rationales forward.

2          MR. CONSOVOY:  I guess I would stand by my two

3  answers, which is that is still law enforcement; and,

4  second, any -- to the extent that -- and I guess this is

5  beyond the scope of your question.

6          To the extent it has to do with emoluments

7  legislation, it would exceed Congress' authority because

8  none of the activities they're concerned with have to do

9  with that.

10          But, again, Your Honor, we can't just ignore the

11  sum and substance of the overall thrust of what the

12  chairman's letter says.

13          This was about Michael Cohen's testimony.  It's

14  right on the face of the letter itself.  It says that.

15  There was nothing in that testimony about emoluments.  There

16  was nothing -- it was all about inflating of assets and

17  compliance with disclosure laws.

18          They cannot take that back, and that is the

19  situation we must confront in the legal analysis.

20          THE COURT:  I'll get to that in a moment, but let

21  me ask you about the third ground here that's identified,

22  which is that to determine whether the President has

23  undisclosed conflicts of interest that may impair his

24  ability to make impartial policy decisions.  Is that a fair

25  subject matter for Congress to investigate, in your view?

1          MR. CONSOVOY:  So I'm going to be somewhat

2    repetitive, Your Honor, but, no.

3          So, again, that is law enforcement.

4          Congress is saying, are you complying with federal

5    law?  That is not -- the Supreme Court, if it says anything

6    clearly, it has said, that is not a proper subject.  It must

7    be linked to a legislative agenda.

8          THE COURT:  So Congress, in your view, cannot

9    determine -- say, for example, a president had a financial

10   interest in a particular piece of legislation that was being

11   considered or an executive action that he was considering.

12   In your view, Congress could not investigate whether such a

13   conflict of interest -- whether the President has such a

14   conflict of interest or the conflict of interest might in

15   some way bear on decision-making by the President.

16         MR. CONSOVOY:  It would lack legitimate

17   legislative purpose.  And that is the test.

18         I understand Your Honor is -- you know, the prism

19   by which some of these questions are focused are

20   investigations, and Congress has engaged in an

21   investigation.  I understand that.

22         But the test is legitimate legislative purpose.

23         And the Court has said, I don't think *Watkins* or

24   even *Eastland* --

25         THE COURT:  It doesn't say -- it's upon -- which

1    legislation could be had, right?

2         And so it is not -- it's not a test that requires

3    Congress to point to any concrete piece of legislation.

4    It's a subject matter test, which is to say subject matter

5    upon which legislation could be had.

6         So, I mean, I've just -- I now identified three

7    different subject areas.  And your view is that legislation

8    could not be had as to any of those three.

9         MR. CONSOVOY:  That is correct.

10         And this is probably, I think, the most

11    straightforward on these conflict of interest laws.

12         THE COURT:  Even though, for example, there could

13    be legislation that arises that might modify or amend the

14    ethics statutes or ethics rules that -- or disclosure laws

15    that will apply to the President.

16         MR. CONSOVOY:  There are very few that apply to

17    the President.  And the reason for that is the

18    constitutional barrier for Congress doing so.  That's

19    what -- I'm going to say Judge Silberman's, out of respect,

20    Judge Silberman's memo.

21         THE COURT:  Look, he's binding on me in a lot of

22    ways.  I don't know about that letter he wrote 20 years ago.

23         MR. CONSOVOY:  He's binding on all of us in many

24    ways.

25         But -- so I think that memorandum from Office of

1  Legal Counsel lays out our position pretty succinctly.

2  It was about Vice President Rockefeller, but the bulk of the

3  analysis was about the effort to apply, I believe it's

4  Section 205, to the President.

5         And Congress can't.  The Office of the President,

6  unlike agencies, unlike the principal and inferior officers

7  is created by the Constitution directly.

8         Congress under term limits in *Powell versus*

9  *McCormack* can't add qualifications to office and can't add

10  procedural requirements that would impair the President's

11  ability to function.

12        Take, for example, Your Honor, if Congress

13  decided, in amending its ethics laws, that the President

14  must come meet with the House for three weeks every January

15  to discuss his forms and how he filled them out, I think

16  that's an obviously unconstitutional statute for multiple

17  reasons.

18        And so this whole area is pretty much fenced off.

19        I understand --

20        THE COURT:  I guess shouldn't I, just as you've

21  suggested, the Circuit did in *Tobin*, view Congress as not

22  trying to legislate in a way that is unconstitutional?

23        In other words, shouldn't I be presuming in this

24  case, just as the Circuit did in *Tobin*, that what Congress

25  is doing is not unconstitutional and that leave for a later

1  day, if, in fact, it comes to pass, a concrete case in which

2  that can be tested?

3         I mean, it seems to me that you're asking me to

4  make a whole a lot of the determinations about the

5  constitutionality about potential actions that Congress

6  might take.  And that, frankly, strikes me as the essence of

7  opinion-driven judicial decision-making.

8         MR. CONSOVOY:  I think *Tobin* stands for the

9  proposition which I've offered it, which is if there's a way

10 to read the subpoena to not raise these issues, I think the

11 Court can do so.  I don't think that's available here.

12        At some point, the question is going to be, okay,

13 What is the legitimate legislative purpose?

14        And I will accept for purposes of this proceeding

15 this morning that they don't have to appear -- necessarily

16 all have to appear on the face of the subpoena.  I think I'd

17 like to bracket, having put forth evidence, whether Congress

18 can now, in briefing, come up with new ones.

19        But let's just put that aside for a second and

20 assume that it's a blank slate, the worst possible scenario.

21 I don't disagree that there's a way to say, under some of

22 the cases, that the Court can look to see whether any

23 legislation could be had.

24        But at some point, the Court has to say what that

25 legislation might be.

1          And then under *Tobin*, the Court has to say why

2     that legislation would or would not be constitutional.

3          And I don't think there is any permutation of any

4     of these proposals that could meet constitutional muster,

5     given that the Office of the President is quite different

6     than an agency under the Constitution.

7          THE COURT:  So let me ask -- am I right that there

8     isn't a single Supreme Court case or any appellate case

9     since 1880 that has found a congressional subpoena to have

10    overstepped the bounds of its legislative function?

11         MR. CONSOVOY:  I think --

12         THE COURT:  Since *Kilbourn* in 1880, am I right

13    that there's not a single case?

14         MR. CONSOVOY:  I think there's at least one.

15    I think it's *Watkins*, but I can check.

16         THE COURT:  *Watkins* was a contempt case and was

17    about -- it was a notice question, I think.

18         MR. CONSOVOY:  Right.

19         It was a question about vagueness and the breadth

20    and scope of the power --

21         THE COURT:  Right.

22         MR. CONSOVOY:  -- which I think does --

23         THE COURT:  Right.

24         But it wasn't a case in which, as you've suggested

25    here, Congress is stepping into purely personal matters.

1    There isn't any case since *Kilbourn* that has so held.

2             MR. CONSOVOY:  As you framed it, yes.

3             But I do think *Watkins* does stand for a broader

4    proposition that there are outer limits that Congress -- I

5    agree that --

6             THE COURT:  Right, I agree that there are outer

7    limits.  It's not clear to be what they are.  They're pretty

8    fuzzy.

9             MR. CONSOVOY:  I happen to like *Kilbourn*.  I think

10   it is still good law.  It is actually, I think, quite

11   similar to this case in many ways.

12            There, the issue was, obviously, there was a

13   bankruptcy for the Jay & Company or something like that, and

14   Congress was disappointed with the way the Federal Court had

15   handled the bankruptcy.

16            And it had a committee, and it looked like it was

17   doing legislative things.  And it wanted to investigate this

18   real estate cooperative.

19            And the Court said, I think, two things that

20   matter here.  One is, you can't invade the province of

21   another branch inside the executive or the judiciary.  And,

22   two, we don't just look at what Congress says; we look at

23   what Congress is doing.

24            I think that's important here, because

25   I understand, there are places where my friend will point to

1    and say, This looks like just another investigation.

2           But when you look at all of the particular

3    statements, and I think *Shelton* and --

4           THE COURT:  I mean, aren't you asking me, at the

5    end of the day, to get behind what are facially acceptable

6    purposes and get to the question of motive, which I'm

7    expressly prohibited from getting to?

8           I mean, you acknowledge that the Supreme Court has

9    repeatedly said that I can't look to Congress' motives, even

10   if Congress' motives happen to be the motive that you think

11   it is, which is using subpoenas for political purposes, so

12   long as there is a facially plausible, facially valid

13   legislative reason offered for an investigation, that's

14   really the end of the Court's inquiry, right?

15          MR. CONSOVOY:  We are not, Your Honor, looking for

16   the Court to look for hidden or secret motives.  We are

17   asking the Court, as this Court has done, or that the

18   D.C. Circuit has done and the Supreme Court did in cases

19   like *Barenblatt*, to look at everything Congress has said,

20   its stated reasons, and draw inferences, conclusions from

21   them, which I believe is exactly -- if you look at

22   *Barenblatt*, the Court looked not just at the subpoenas

23   themselves, it looked at the statements that were made in

24   the committee hearings and other aspects of the legislative

25   record.

1          And as Your Honor pointed, I think, quite fairly,

2    to the letters, so may we.

3          And we think when you look at those letters in

4    their full context -- this is law enforcement -- they want

5    to know if there's been wrongdoing.  They want to know if

6    there's inconsistencies.

7          And I guess I would -- this is the question

8    I thought about to myself, which is, what would Congress or

9    the committee have to do here that it hasn't done to make

10   this look like law enforcement?

11          I mean, if you look at the subpoena itself, this

12   isn't -- if you think about how this is supposed to work,

13   Congress says, We'd like to legislate.  This is an area of

14   concern.  Now let's think about what kind of documents out

15   there in the world that people have that we might find

16   useful.  And if they won't give them to us voluntarily or if

17   we feel a subpoena is necessary, we seek it.

18          This is all coming from the other end of the

19   spectrum.  We want these things from this person.

20          THE COURT:  But am I supposed to -- I mean, this

21   is a question I have for Mr. Letter, too.

22          But if I determine that there is a subject matter

23   upon which Congress could, for which there could be

24   legislation, the records, for example, in this case that

25   Congress is requesting, what role does the Court have in

 1  making an assessment as to whether those records are

 2  relevant to Congress' purposes?

 3          My sense is very little, if any.

 4          MR. CONSOVOY:  I think Congress gets some room to

 5  run here, I don't disagree with that.

 6          We're not asking for the Court to go line by line

 7  and pencil --

 8          THE COURT:  It's not just some.

 9          I almost wonder whether I have no role.  But it's

10  not clear to me what role, if any, I have and what standard

11  I ought to be applying.

12          I mean, I think you agree with me that I can't

13  say, for example, Well, look, you're asking for records back

14  to 2011.  That's too far back.  It's only 2013.  I can't do

15  that.  I could do that in a civil case, a regular civil

16  proceeding.  I can't do that here.

17          So what, in your view, is the standard, if at all,

18  I ought to be applying to determine the relevancy -- I'm

19  using that word very generally -- of what's being requested?

20          MR. CONSOVOY:  I think, most directly, it relates

21  back to determining what the actual purpose for this is.

22          So I think where it does matter is -- I'm not

23  asking the Court to, again, go through it line by line or

24  say, This is okay and that's not.

25          What I am saying, though, just like in *Barenblatt*,

1    the Court looked at all of the public material and said, Is

2    this law enforcement or is this legislative?

3         And when you look at a subpoena that says, Not

4    only give me these underlying documents that we purport to

5    help inform legislation, but we want your underlying

6    contracts and we want all of your communications,"

7    I don't know how that's not law enforcement.  That looks

8    like what a law enforcement subpoena would ask for.

9         This doesn't say, Hey, we're going to legislate in

10   the healthcare arena.  So please give us documents relating

11   to the insurance markets, or something like that with a

12   broad scope; nor has the committee sought from multiple

13   people who submit these kinds of forms to inform their

14   overall legislative purpose.

15        I think the Court may or may not -- and

16   I understand the Court's hesitation to get into the weeds,

17   so to speak, of the request.  But I also don't think the

18   Court can ignore the nature of the request in trying to

19   determine legislative purpose.

20        Unless the Court has further questions...

21        THE COURT:  Let's talk about the consolidation and

22   what you think you need in terms of additional time.

23        As I've tried to make clear at the start of this,

24   my purpose in the consolidation order was not to try and

25   pre-terminate your ability to make the record or make your

1    arguments.

2          That said, I think you agree that there's no

3    discovery to be had in this case, at least from the

4    committee.  Would you agree with that?

5          MR. CONSOVOY:  I don't agree with that.

6          THE COURT:  Okay.

7          MR. CONSOVOY:  I agree that -- so "from the

8    committee" is maybe a broader statement.

9          THE COURT:  From the Oversight Committee.

10          You send interrogatories to the Oversight

11    Committee or you try and depose the chairman, that's not

12    going anywhere.

13          MR. CONSOVOY:  Because they would invoke Speech or

14    Debate.

15          THE COURT:  Correct.

16          MR. CONSOVOY:  But the ranking minority member may

17    not, and he may have documents in his possession that he is

18    interested in sharing.

19          We, out of the respect for the Court and rules of

20    when discovery commenced, have not independently sought any

21    of those materials, including the memorandum of

22    understanding.

23          THE COURT:  Well, but that would have to be

24    produced voluntarily, not through process --

25          MR. CONSOVOY:  I --

1          THE COURT:  -- unless he's asked for it.

2          In other words, you don't need the instruments of

3    the Court to get something from Congressman Jordan.  If he's

4    going to turn it over, he'll turn it over.  If he's going to

5    give you a statement, he'll give you a statement.

6          But you don't need -- you don't need to rely on

7    the Rules of Civil Procedure or a subpoena to do that.

8          MR. CONSOVOY:  Understood.

9          I guess maybe I was overly cautious.

10          But once we filed the Complaint, there had been no

11    Rule 26 conference.  It is still seeking discovery from a

12    third party.

13          I agree it may not be coercive discovery, but it's

14    still -- I did not feel it would have been appropriate while

15    we were litigating the preliminary injunction to start

16    engaging in that.

17          THE COURT:  How long do you think you'd need to

18    get something from Congressman Jordan if you thought he

19    would be prepared to provide you with something?  I mean,

20    you've had some amount of time, but I understand that you

21    might want some more.

22          MR. CONSOVOY:  Yeah.

23          So we didn't know we were permitted to go forth,

24    given that there had been no Rule 26 conference and there

25    had been -- if I could just sort of -- the answer is

1    I don't know, Your Honor.  I don't think --

2            THE COURT:  Look, here's --

3            MR. CONSOVOY:  Yeah.

4            THE COURT:  This isn't an APA case, but it feels

5    like one.

6            And this isn't a case in which you're going to sit

7    folks down, ask for documents, depositions and the like.

8            This is a legal question.  It's a legal question

9    that even the Circuit has said is relying -- the evidence is

10   largely public statements, what Congress has said, and

11   that's really -- that's about it.

12           And so what you can do is collect what they've

13   said in public, and you've done that.

14           We have the letters.  You've got media statements.

15   I'm wondering what more you need and how long you need it to

16   make your record, because --

17           MR. CONSOVOY:  Right.

18           THE COURT:  -- we're not going to drag this out.

19           And so I'd like to know what is it you think you

20   need and how long you think you need to complete the record.

21           And I may give you the time, but I want to know

22   how much time you think you need.

23           MR. CONSOVOY:  I think we would ask for the things

24   we would like to ask for from Congressman Jordan

25   immediately.  If we get it and there's nothing else that it

1  produces that we want, we'd be done rather quickly, a week,

2  you know, a week or two at most.

3          If we find more -- we're very interested in this

4  memorandum of understanding between these other committees,

5  because we did think there's a chance and a fair chance that

6  it will support our argument that this is a law enforcement

7  effort and not a legislative one, given that you have three

8  committees sort of working together to investigate one

9  particular individual.

10          THE COURT:  Let's assume I get that.  You get it.

11          MR. CONSOVOY:  Right.

12          THE COURT:  Can I consider it?

13          MR. CONSOVOY:  Yes.

14          THE COURT:  In other words, there's been a

15  document that has been voluntarily disclosed by the ranking

16  member.  Is that something I could even consider?

17          MR. CONSOVOY:  I believe so.

18          I mean, in *Barenblatt*, the Court considered

19  statements that were made at hearings by various members of

20  the committee.

21          THE COURT:  Right.  This is not intended to be a

22  public memorandum.

23          MR. CONSOVOY:  I don't think the -- I don't read

24  any principle in the case law that draws that line, that the

25  intent to make it public is what matters.

1          I imagine that if -- and, you know, if you take

2     some of the cases from the '50s about the subcommittee on

3     un-American activities, that if an open mic had picked up

4     two Congressmen saying at the hearing, Well, yeah, this is

5     an investigation; we're not going to legislate, I don't

6     think --

7               THE COURT:  Is that what the memo says?

8               MR. CONSOVOY:  We could only hope.

9               But we don't know.

10               And just like Congress looked for things in the

11     legislative arena that takes it up blind alleys, so many

12     parties pursue discovery that may or may not produce helpful

13     information.

14               But what I think our concern was is that, in our

15     view -- and we understand the Court's interest in that

16     because we just haven't had that chance.

17               And if I could just sort of more broadly speak

18     to -- I don't think you'll find the plaintiffs opposed,

19     I hope we didn't come across this way as to expediting the

20     case.

21               We understand what the Supreme Court said in

22     *Eastland.*  I think while we're in this spot that we find

23     uncomfortable is because the House could have filed a motion

24     to dismiss and expedited and said, Hey, we'll keep the

25     status quo; and then everything we've said in the complaint

1    would have been accepted as true.  And Your Honor could have

2    said, I find it interesting or uninteresting; or I think we

3    have material factual disputes or we don't.

4            They could have filed a motion for summary

5    judgment immediately and sought expedition on that.

6            And we could have come to a stipulated facts or we

7    could have had very limited -- you could have said, Hey, we

8    want very limited discovery, let's do it in a week or two,

9    and let's get these summary judgment motions filed.

10            I think it's the -- and as I read the case law and

11    the notes on Rule 65(a)(2), consolidation is ordinarily when

12    the parties are coming to a preliminary injunction hearing

13    with lots of witnesses, with lots of documents, and if the

14    Court is going to take testimony, we've got everybody here.

15            THE COURT:  It's also appropriate where just the

16    opposite is true, which is where, I mean, in fact, the

17    Seventh Circuit case you cited from then Judge Stevens, says

18    consolidation is appropriate where there is no discovery,

19    where there's not discovery to be had, and that's why I

20    compared this to an APA case where we often consolidate

21    under Rule 65 if there's a preliminary injunction.

22            MR. CONSOVOY:  I understand and I don't disagree

23    that that was said by then Judge Stevens and also in the

24    notes itself.

25            But it also has to be true that that has to be the

1  rare set of cases as I see it, because almost every

2  First Amendment case is a pure question of law.

3          Yet, as Your Honor knows, if you pull all the

4  First Amendment preliminary injunction cases in this court

5  and the D.C. Circuit, you would pile them up to the ceiling

6  without consolidation.  And so something different is going

7  on there, I think, when you consolidate.

8          So I think all we were trying to get across is we

9  didn't really fully brief our legal arguments, and I just

10  think --

11          THE COURT:  That raises a separate question, which

12  is that, so far as I can tell, between both parties, you've

13  cited every single relevant case there is on this issue.

14          So I've read them all; I've read your arguments.

15  What more do you think you need to say in writing that

16  hasn't been said already or that you haven't had an

17  opportunity to say today?

18          MR. CONSOVOY:  So I appreciate the opportunity to

19  speak today, I think, as you could imagine, any lawyer wants

20  to put his best foot forward in his briefs, and we did feel

21  constrained by -- I'll just be candid, we thought -- we were

22  trying to get a preliminary injunction.

23          THE COURT:  I know.

24          MR. CONSOVOY:  And the case law says in some of

25  the cases we've cited -- I'm sure Your Honor has read

1    them -- that you would be disserving your client if you

2    showed all of your cards on the merits in that stage when

3    all you have to meet is a "serious questions" standard.

4           And I did not go into the depth on some of the

5    facts of some of these cases.

6           Take *McGrain* for example.

7           THE COURT:  I've read those, I've read the facts,

8    I've read the cases, and so I've got them all stacked up

9    here and you can imagine I've read them and are familiar

10   with the facts.

11          Look, there's sort of three discernible bench

12   backstops, it seems to me, in terms of what Congress can do.

13   Can't -- no general authority to investigate into private

14   affairs, you made that argument, can't expose for the sake

15   of exposure, you've made that argument, and you can't

16   encroach on the province of the other two branches, you've

17   made that argument.

18          And you've cited all the cases that stand for each

19   of those propositions.  So I'm not saying that you couldn't

20   have written up something more fulsome, but sometimes fewer

21   words are better and you've done an effective job of getting

22   across what you want to in fewer words.

23          MR. CONSOVOY:  Fair enough.  I won't belabor it.

24          I think what the President is asking for is simply

25   one good shot to write a merits brief.

1           I understand if Your Honor feels differently.

2           The House has not responded, there's been very

3    little briefing on beyond Article I, Section 8.

4           We've wrote a couple paragraphs on *Powell*, we

5    cited the Silberman memo.

6           There has been no real response and Your Honor

7    today walked through each of these statutes and said, Would

8    that one exceed their powers, would this one --

9           THE COURT:  Well, I can assure you that my

10   decision isn't going to involve, determine the

11   constitutionality of legislation involving the emoluments

12   clause for example.

13          That's -- there's no case that's going to stand

14   for the proposition that in a vacuum like the one that's

15   been presented here, I need to make major determinations

16   about the constitutionality about potential legislation.

17   There's just no case that stands for that proposition.

18          MR. CONSOVOY:  This will be the last thing I say,

19   I promise, Your Honor.

20          I just respectfully disagree.

21          I would urge the Court to take a second look --

22          THE COURT:  I'll take a look at it.

23          But I cannot imagine I'm being asked to -- you

24   know, for example, we've now talked about two or three or

25   four potentially constitutional encroachments that you

1  believe any potential legislation might involve.

2          I cannot imagine that I'm supposed to write an

3  opinion, if it ends up in your favor, that knocks down the

4  constitutionality of three or four different possible

5  avenues of legislation that Congress might consider.

6          MR. CONSOVOY:  I understand.

7          THE COURT:  I just can't imagine that that's what

8  I'm supposed to do.

9          MR. CONSOVOY:  I understand the trepidation, but I

10  would ask it the other way:  What good is it to us of

11  Congress can't go beyond what legislation to be had if they

12  can simply say, Well, imagine what you will but don't

13  evaluate it because that would be in the abstract.

14          There's nothing that can't do that.  There's

15  nothing.  Thank you, Your Honor.

16          THE COURT:  All right.  Thank you, Mr. Consovoy.

17  I'll also give you an opportunity for rebuttal, if you wish.

18          MR. CONSOVOY:  Thank you, Your Honor.

19          THE COURT:  All right, Mr. Letter.

20          MR. LETTER:  Thank you very much, Your Honor.

21          Obviously, I am here primarily to answer your

22  questions.

23          What I was planning to do is talk for just a brief

24  time about the theme of my argument and then I was going to

25  march through and respond to points that my friend

1   Mr. Consovoy so eloquently made.

2          But, again, I hope -- my main purpose here is to

3   answer your questions.  So I'll start, but anything you want

4   to ask me, please do.

5          THE COURT:  You can anticipate I'll interrupt you.

6          MR. LETTER:  Excellent.  I welcome it.

7          Your Honor, I want to start, as I said, with my

8   basic theme.

9          The point that my friend Mr. Consovoy has

10  emphasized so much today is totally consistent with the

11  views that have been expressed by his client.

12         His client, his main client, President Trump, has

13  taken the position, really, that Congress, and in

14  particular, the House of Representatives, is a nuisance and

15  we're just getting in his way while he's trying to run the

16  country.

17         And the problem with that is, this is a total and

18  basic and fundamental misunderstanding of the system that's

19  set up by the Constitution.

20         THE COURT:  So let's talk about how I make this

21  very assessment.

22         I'll confess one of the things that has been

23  frustrating for me is that in nearly every one of these

24  cases you read on the subject, there is some resolution,

25  some statement by an investigating body within Congress as

1    to what the scope and subject matter of the investigation

2    is.

3              There's no such resolution or public statement

4    here, correct, except for in the letters that you've cited?

5              MR. LETTER:  That is correct, Your Honor.

6              THE COURT:  And so it really does open the door,

7    it seems to me, to the accusation, perhaps valid or not,

8    that this really is sort of an effort to, if not harass the

9    President, but to get into his private affairs, for the

10   political purposes, when there is no clear line of

11   demarcation as to what, in fact, this investigation is

12   about.

13             MR. LETTER:  Your Honor, I have several responses

14   to that, and it's the argument that Mr. Consovoy is making

15   on this is absolutely wrong.

16             The main thing I point you to is you've -- you

17   know, you've said you're aware of the cases.

18             By far the most important case here is *McGrain*,

19   because *McGrain* resembles this case so much.  It's a

20   unanimous decision by the Supreme Court, it's cited,

21   I think, in every single more modern case.

22             In *McGrain*, Your Honor, they made -- they said,

23   the argument that was made was that the Senate had given no

24   reasons, no reasons.

25             And, in fact, that's why the lower court had

1  struck down the subpoena.

2          And, in fact, tying in very closely with the

3  argument that my friend is making, they said, And besides, a

4  District Court ruled, you're attacking the Attorney General

5  personally.  It's so clear that this is what you are doing.

6          THE COURT:  I recognize that the Court has said

7  that there's no obligation on the part of Congress to

8  articulate precisely what the subject matter is, and I agree

9  with you, I know that's what they say.

10          MR. LETTER:  Yes.

11          THE COURT:  On the other hand, when the House

12  Oversight Committee's scope of responsibility is an

13  investigation or has the authority to investigate at any

14  time in any manner, what essentially you've suggested is

15  that your authority is co-extensive with the Constitution

16  itself, it seems to me.

17          MR. LETTER:  And the power of the Oversight

18  Committee to do, investigate, is consistent with legislative

19  authority of the House and the whole House, you know the

20  Oversight Committee is very special.

21          THE COURT:  Right.

22          MR. LETTER:  Right.

23          And Your Honor --

24          THE COURT:  And so how will I then -- how do I, in

25  that circumstance, determine whether what you're doing is

1   consistent with the Constitution or not?

2         I mean, there are no lines drawn here in a way

3   that a court ordinarily, it seems to me, can embrace to

4   test, even if it's a very soft test, the validity of what

5   the Oversight Committee is doing.

6         MR. LETTER:  Right.

7         And a couple of points in response.

8         First, remember, it's -- as you pointed out, we do

9   have letters here.

10        It's not as if the Oversight Committee has issued

11  a subpoena and then been totally silent, which even then, we

12  would win because the Supreme Court in *McGrain* said, Doesn't

13  matter, you win.

14        Even if we want to get outside that.

15        And I'll get to in a moment Mr. Consovoy's

16  argument that once statements are made, they can't be taken

17  back.

18        THE COURT:  They can be?

19        MR. LETTER:  I'm sorry?

20        THE COURT:  I said, They can be?

21        MR. LETTER:  Strike that from the record.

22        THE COURT:  Right.

23        MR. LETTER:  Your Honor has that power, don't you?

24        So, first of all, several things:  One, remember

25  the test the Supreme Court said is, Could it be something

1    going to valid legislation?

2            It's "could" and not "would" and not "is."

3    "Could."  So that's one thing.

4            Two is, Chairman Cummings has said some things

5    very clearly.  He has made clear that the statements, some

6    of the statements and documents presented by Mr. Cohen show

7    that there may be violations of the Ethics in

8    Government Act.  And that's key.

9            By the way, you know, in the briefing,

10   Mr. Consovoy says, Well, Mr. Cohen is a liar.  But,

11   remember, Mr. Cohen also presented documents.  So even if

12   he's a liar, that's one thing the committee can look at.

13           THE COURT:  I'm not --

14           MR LETTER:  And one other point, Your Honor, and

15   I think this is a key one.

16           And here, I'm relying on a D.C. Circuit decision

17   that came down just several weeks ago, the *Barker* case.

18           In that decision, the D.C. Circuit twice notes

19   that the counsel for the House, my predecessor, in court

20   explained what a House -- a vaguely worded House rule meant,

21   what it meant.  And the D.C. Circuit said, Okay, that is

22   said in court, that's the position of the House.

23           The position of the Oversight Committee is what

24   I am saying, it's what we said in our brief, it's what I'm

25   saying today.

1          The Oversight Committee is looking into the very

2    things that Your Honor mentioned.

3          And no less than what this Court, the

4    D.C. Circuit, did just several week ago, you can take that

5    as that is -- that is the position of the Oversight

6    Committee.

7          We have an obviously legitimate purpose.

8          Now --

9          THE COURT:  Can I ask you, because I don't think

10   it's -- well, it wasn't clear to me in your briefs.

11         One is, do you view the law in the way that I do,

12   which is that there is a legislative function that Congress

13   has in terms of its investigations?

14         And that related, although not entirely separate

15   but related to that, is this informing function; that at

16   least as I understand it, or perhaps could be read, I don't

17   need to look at whether there's, in fact, a legislative

18   purpose attached to that.

19         Do you agree that there is such a -- there are --

20   two categories of authority exist?  And if so, are you

21   relying on the informing function here?

22         MR LETTER:  Your Honor, I do agree that they

23   exist.  They interlock very closely, though.

24         THE COURT:  Right.

25         MR. LETTER:  And I don't want to mislead you; but

1    since you said you've read the opinions, I think it's

2    *Watkins* says -- places some question about whether --

3              THE COURT:  Right.

4              MR. LETTER:  -- this exists.

5              But, for example, the kinds of things that

6    Congress has looked into over the years, they have looked --

7    9/11 investigation, investigation about what happened with

8    Iraq.

9              As you mentioned, Watergate, Whitewater.

10             Congress obviously serves an extremely important

11   informative function for the American people, especially

12   given the House is the closest part of the Federal

13   Government for the people.

14             THE COURT:  So are you relying on that?

15             That's why I asked Mr. Consovoy specifically about

16   the question of whether the President has accurately

17   reported his assets and liabilities on his public disclosure

18   statements.

19             Is that something Congress can investigate?  And

20   if it can, does it need a legislative purpose associated

21   with that?

22             Or as seems to be the suggestion in *Watkins*, can

23   that be disclosed for the sake of disclosure because he's

24   the President of the United States and there's an informing

25   function that Congress performs about the President's

1   conduct?

2           MR. LETTER:  Your Honor, I'd like to answer that

3   this way:  I don't need it, but I think it is also a valid

4   ground to rely on.

5           But we don't need it, because if the President --

6   I don't think I heard Mr. Consovoy say that the President --

7   that the Ethics in Government Act is unconstitutional.

8           And I'm going to mention some other statutes that

9   I think his argument -- I think he's taken on a lot here.

10  I think he's going to have to argue that a whole batch of

11  statutes are unconstitutional.

12          So we know the Ethics in Government Act places

13  certain requirements on the President.  He is required to do

14  an annual financial disclosure form that I believe is

15  similar to what you and I both do.

16          THE COURT:  Which reminds me, I need to ask for an

17  extension.

18          MR. LETTER:  Yes.  Thank you.  I just got mine.

19          And so he's required to do that.

20          So obviously, it's something that we can look into

21  to see, well, so if a president is ignoring that, should the

22  legislation be changed?  Should there maybe be penalties put

23  on it?  How should we do this?

24          And with the informing function, if I could just

25  go back to that for a moment, because I think it's a very

 1   key question that you've asked, remember that because the

 2   President cannot spend any money whatsoever unless it's

 3   appropriated by Congress, it's very difficult to think of

 4   anything that Congress can't look into because almost

 5   everything the Federal Government does requires some money.

 6          So the President's the Commander in Chief.

 7   Obviously, if he says, We're invading Yemen tomorrow or

 8   we're providing all sorts of military aid to the Saudis, if

 9   Congress passed a statute saying not a penny shall be spent

10   on those things, I think even Mr. Consovoy would admit the

11   President cannot do it.

12          So appropriations money just covers virtually

13   everything the government does.

14          THE COURT:  Right.

15          But we're not anything -- we're not on that.

16          I mean, we're not -- nothing that's being

17   investigated here touches anywhere close to that in terms of

18   the President's expenditures of appropriations.

19          MR. LETTER:  That is correct, Your Honor.

20          I was just -- I wanted to make clear just your

21   point about informative is key, but you can probably tie

22   almost anything to -- eventually to appropriations.

23          Now, so let's look at what I think Mr. Consovoy

24   has to argue is unconstitutional.

25          Presidential Records Act.  You know, for many,

1   many years, many presidents destroyed all of their records

2   or they selectively gave them out; they selectively handed

3   them to various libraries, but many of them actually totally

4   destroyed them.  We learned, American people, Congress

5   learned from President Nixon that that was no good.

6          So now --

7          THE COURT:  So how is that relevant here?

8          They're only purely private records that are being

9   requested, right?

10          MR. LETTER:  I'm sorry, Your Honor.  I'm just

11  pointing out, Mr. Consovoy seems to be arguing that Congress

12  cannot regulate the President.  I was responding --

13          THE COURT:  I understand.

14          MR. LETTER:  -- Oh, yeah?  We've done it.

15          The STOCK Act.

16          The STOCK Act, which, again, governs, I'm fairly

17  sure, you and me, and we have to disclose what

18  investments -- when we sell stock, et cetera, that applies

19  to the President.

20          The President, for example, I don't know.

21          Would Mr. Consovoy argue that the President is

22  free to engage in insider trading?  Now, maybe he couldn't

23  be prosecuted while he's president -- I'm not sure -- but

24  certainly, I would think that he could be -- if he's

25  engaging in insider trading, he can be criminally prosecuted

1    the moment he's no longer in office.

2         THE COURT:  And your view is Congress could

3    investigate that conduct?

4         MR. LETTER:  Absolutely.  Absolutely, Your Honor.

5         THE COURT:  So even if there's not a legislative

6    end to it?

7         MR. LETTER:  Again, the problem there is, you're

8    not a prophet, I'm not a prophet.  How do we know what the

9    legislative end is going to be?  Congress starts out doing

10   an investigation, and we don't know where it's going to go.

11        And if I might, one of the key things -- and I

12   heard what you said, that you were not likely to rule that

13   everything Congress might do here, whether it's

14   constitutional or not.

15        I suggest you couldn't do that because, as I think

16   you well know, the Supreme Court has said a number of times

17   the courts defer to and are very interested in the views of

18   Congress about the constitutionality of something.  And

19   that, obviously, weighs very heavily when you're deciding is

20   something constitutional or not.

21        The fact that Congress passed it right away, you

22   know, means there's a big thumb on the scale that it is

23   constitutional.

24        So I don't -- if you -- in advance, I'm not sure

25   how you could possibly decide here that nothing Congress can

1   do from this legislation -- from this investigation would be

2   constitutional.

3          THE COURT:  So can I ask you, where are the

4   limits?  I'm curious where you think the limits are.

5          I mean, the proposition you've advanced is very

6   broad.

7          MR. LETTER:  Yes.

8          THE COURT:  So is there anything about the

9   President's private life that you think is off limits from

10  Congress?

11         MR. LETTER:  His totally private life?

12         We probably could come up with something, if there

13  was absolutely no way that it impacts anything else.

14         If the President -- well, for example, right now,

15  the parliamentarian, I believe, has determined that Congress

16  cannot subpoena things, a famous case some time ago, I

17  remember, Terry Schiavo, the young women in Florida.  And

18  Congress at some point was looking at issuing a subpoena

19  about the -- for the life support device, and apparently

20  that couldn't be done.

21         Could Congress subpoena the President's blood for

22  a blood test?

23         THE COURT:  I mean, you know, say, for instance --

24  could you say, Look, I'd like the President's mortgage loan

25  application from 15 years ago.  Is there anything that

1  prevents Congress from doing something like that, in your

2  view?

3          MR LETTER:  15 years ago, 30 years ago, you can

4  start making an example, maybe not.

5          But here, remember that the --

6          THE COURT:  Right.  But I'm just trying to figure

7  out what the limits are.

8          MR. LETTER:  Hypothetically, I would definitely

9  agree with Your Honor, I am sure that we can come up with

10 some hypotheticals that you'd say, That's just too far.

11         I want to see the President's diary from when he

12 was 7 years old or she was 12 years old; that would probably

13 stretch my arguments to the breaking point.

14         Fortunately for the House today, we're nowhere

15 even close to that.

16         And by the way --

17         THE COURT:  So what standard -- I asked

18 Mr. Consovoy this very question.

19         If I determine that the subject matter that

20 Congress is investigating is one upon which legislation

21 could be had, is there a next question of, are the records

22 being sought in furtherance of that purpose?  And if that's

23 a question I'm supposed to ask, what standard am I supposed

24 to use to assess that question?

25         MR. LETTER:  As you said, the -- you're -- the

1    Supreme Court cases make clear that your power in this area

2    is limited.  And obviously, I say that with all due respect.

3         THE COURT:  That's okay.

4         MR. LETTER:  As you know, the Supreme Court has

5    said, you can't look at motive.  You're not supposed to go

6    line by line looking.

7         This is a very, very broad inquiry.  Could it tie

8    in with legislative purposes?

9         And on that, fortunately, my colleague has just

10   reminded me, there's a presumption of regularity that the

11   Supreme Court has emphasized -- I think in *Eastland*, I think

12   it says it a couple times.

13        So if you presume regularity here, they're just --

14        THE COURT:  Some of the District Courts have

15   relied on this standard in *McPhaul*, which is that the

16   records are "not plainly incompetent or irrelevant to any

17   lawful purpose in the discharge of its duties."

18        Is that the standard, in your view?

19        MR. LETTER:  *McPhaul* is a Supreme Court decision

20   and it said it.  So plainly incompetent.

21        There's no way you come anywhere close to meeting

22   that standard here.

23        Remember, we're looking at conflicts of interest.

24   Is the President maybe -- the President has to serve the

25   interests of the American people, not use the

1    Office of the President to benefit financially himself

2    personally.

3          GSA, there are rules.  There are things that

4    govern the President's dealings, financial dealings with the

5    government.

6          Again, I hope Mr. Consovoy is not going to argue

7    that that's unconstitutional.

8          So remember, here, he did certain things to try to

9    remove the Trump Hotel, because he couldn't, as President,

10   under the law, have financial, commercial dealings with the

11   U.S. Government, so he sort of shifted some assets.

12         THE COURT:  You mean under the lease?

13         MR. LETTER:  The lease, right, and his

14   relationships with GSA.

15         So obviously, Congress can look into, did he

16   really take himself out of that transaction?  Or is this

17   just President Trump doing business and profiting off of a

18   GSA lease?

19         Obviously, Congress can look into that.

20         And as I said, the Ethics in Government Act,

21   clearly, this is a subject that the Congress can look into.

22         THE COURT:  Can I ask you a different question?

23         MR. LETTER:  Yes.

24         THE COURT:  How does the Speech or Debate Clause

25   fit into this analysis, if at all?  You haven't invoked it

 1  expressly.

 2          *Eastland* is a Speech or Debate Clause case, but

 3  you haven't invoked it and I'm wondering why that is.  And

 4  I'm speculating that perhaps you don't think the committee

 5  has the right to invoke the Speech or Debate Clause.

 6          MR LETTER:  Oh, no.  The committee does.

 7          THE COURT:  It does.  Okay.

 8          MR. LETTER:  In fact, I'm about to invoke it,

 9  because Mr. Consovoy was urging you to have a trial.  He

10  wants to have discovery of Chairman Cummings, apparently,

11  and wants to --

12          THE COURT:  He didn't say that.  I think he

13  acknowledged that that wasn't in the offering.

14          MR LETTER:  I'm sorry.  Maybe I misunderstood.

15          So if Mr. Consovoy is saying --

16          THE COURT:  I think he said that you hadn't

17  officially evoked, but I think he assumed that you were

18  going to do that.

19          MR. LETTER:  Yes, because if Mr. Consovoy wants to

20  take a deposition of Chairman Cummings, he can't do that.

21          The Speech or Debate Clause is absolutely clear,

22  he cannot do that, that's -- as you know, *Eastland* has a

23  lengthy discussion about this.

24          THE COURT:  Right.

25          MR LETTER:  We didn't think it was necessary here

1  because we thought that Mr. Consovoy was seeking a win --

2        THE COURT:  My question is a little bit different

3  in terms of --

4        MR. LETTER:  Okay.

5        THE COURT:  -- the question with respect to the

6  validity of the subpoena and whether the Speech or Debate

7  Clause has anything to say about that question.

8        I mean, I recognize that -- *Eastland* was a case

9  involving essentially what was a motion to quash a

10  congressional subpoena.  But the action was brought against

11  individual members and, I think, the chief counsel or

12  something like that, and so that's why the Speech or Debate

13  Clause had some relevance there.

14        MR. LETTER:  Yes.

15        THE COURT:  So I'm wondering why that doesn't have

16  an applicability here, too.

17        MR. LETTER:  It has an applicability.  It had, but

18  it was mooted.

19        When Mr. Consovoy brought this suit --

20        THE COURT:  Okay.

21        MR. LETTER:  -- remember, he sued --

22        THE COURT:  Right.

23        MR LETTER:  -- the chairman and he sued a staffer.

24        We had a very fruitful discussion with

25  Mr. Consovoy and said, You can't do that.

1          But the way this is done properly is, you have

2   sued Mazars, that's appropriate.  Now we will intervene on

3   behalf of the committee, and we were authorized by the House

4   to do that.

5          We intervene and the committee then comes in and

6   argues that the subpoena is valid.

7          But, no, President Trump cannot sue Chairman

8   Cummings.  He cannot do that.

9          THE COURT:  Right.

10          MR. LETTER:  I had other points, but you look like

11   you want to ask me another question.

12          THE COURT:  I'm trying to remember what I was

13   about to ask you.

14          MR LETTER:  Sorry.

15          THE COURT:  I know what I was going to ask you.

16          The memo that Mr. Consovoy thinks can help him

17   out, is that something the Oversight Committee is prepared

18   to produce?  The memorandum of understanding that I gather

19   exists between the Oversight Committee and some of the other

20   committees?

21          MR. LETTER:  I will check that and give you an

22   answer in just a moment.

23          But a couple of things.

24          That memorandum of understanding has nothing to do

25   with Mazars.  Mazars isn't mentioned.  It has nothing to do

1    with Mazars.

2           And Mr. Consovoy said there's -- in his brief,

3    I think he said there's a memo of understanding with the

4    Financial Services Committee and the Intelligence Committee.

5    There is no memorandum of understanding with the

6    Intelligence Committee.

7           THE COURT:  Okay.

8           MR. LETTER:  There is a memorandum of

9    understanding with the Financial Services Committee.  And as

10   has been pointed out, the minority has that, and --

11          THE COURT:  Minority has that memo already?

12          MR. LETTER:  Yes.

13          It has nothing to do with Mazars.

14          Would Your Honor give me just 15 seconds to check

15   on this, please?

16          THE COURT:  Sure.

17          (Defense counsel conferred off the record.)

18          MR. LETTER:  Your Honor, thank you.

19          I was consulting with Ms. Grooms, who's a

20   high-level attorney with the committee.

21          Your Honor, we would be happy to provide it to you

22   under seal, and you can see it has nothing to do with

23   Mazars.

24          One of the reasons I'm reluctant to give it out

25   publicly is that it does apply to a different financial

1    institution that has nothing to do with this case, and we

2    generally do not make -- these kinds of subpoenas are not

3    normally made public.

4          But we are happy to provide it to you Your Honor,

5    under seal, and you can see it has nothing to do with

6    Mazars, and you'll see it has --

7          THE COURT:  Just to be clear, we're talking about

8    the same thing.

9          You mentioned a subpoena to another financial

10   institution.  That's not what I heard Mr. Consovoy asking

11   for.  He's asking for a memorandum of understanding that may

12   or may not exist.

13         MR. LETTER:  Right.

14         The memorandum of understanding is about sharing

15   information with a different committee from a different

16   subpoena.

17         THE COURT:  From a different subpoena.

18         Understood.  Okay.

19         MR. LETTER:  Right.

20         THE COURT:  I see.

21         MR. LETTER:  All right?

22         So if you're right, we'll wait for your direction.

23         THE COURT:  Okay.

24         MR. LETTER:  But we will be happy to provide that

25   to you.

1          So if I'm just checking my list of points here, if

2     Your Honor will give me a moment.

3          Oh, Mr. Consovoy said, Once something is said, we

4     can't take it back.

5          I mean, *McGrain*, again, it talks about how the

6     lower court ruled that the subpoena was invalid because it

7     was attacking the Attorney General Daugherty, and the

8     Supreme Court obviously said, We don't care, and so I don't

9     know if you want to say that's taking things back or not.

10         And it's a little bit ironic for this argument to

11    be made here, because not that long ago in the

12    Supreme Court, a case involving a travel ban, there were

13    also -- the plaintiffs there made all sorts of arguments

14    based on things that candidate Trump and President Trump had

15    said that they thought went to motive, and the Supreme Court

16    said, We're not going to look at that, we're going to look

17    at what he officially has done, and we're showing you what

18    the committee here is officially doing.

19         And so other statements maybe, I don't know, maybe

20    they're interesting.  They're white noise maybe.

21         But *McGrain* makes absolutely clear that's not the

22    issue.

23         THE COURT:  Can I ask you two process questions?

24         MR. LETTER:  Yes.

25         THE COURT:  Or one that's not really a process

1    question.

2            The first is, in terms of assurances of

3    confidentiality, were these records to be produced?

4            I know the committee's rules or the House rules

5    provide that documents produced pursuant to a subpoena

6    issued by the House Oversight Committee are to be treated

7    confidentially.

8            Are there any other further assurances that can be

9    given in terms of the treatment of those records and that

10   they not be spilled out into the public?

11           MR. LETTER:  No, Your Honor.

12           The rules provide a process.  The Oversight

13   Committee does receive all sorts of confidential

14   information; however, it is within the power of the

15   Oversight Committee to determine whether or not they will

16   disclose records and other Members of Congress have access

17   to records that the Oversight Committee gathers.

18           As we said, we will consult with the target of a

19   subpoena; and, in this case, if President Trump wants to be

20   heard on whether certain things should or shouldn't be

21   disclosed, we would definitely, out of respect for the

22   Presidency, we would definitely listen.

23           But, no, the Oversight Committee, as part of the

24   powers of Congress, its informing powers, we cannot pledge

25   that these will be kept secret.

1          THE COURT:  Okay.

2          The other question is a process question in terms

3    of if -- I mean, I do intend to consolidate, timing is a

4    separate question which we'll address in a moment.

5          But if I am consolidating, how do you propose I

6    treat the pleadings before me as either a motion to dismiss,

7    motion -- cross-motions for summary judgment, what is your

8    view on that?

9          MR. LETTER:  Your Honor, we believe your order was

10   absolutely correct.  And the main reason is:  This is

11   clearly -- there is only a legal issue here; there's no

12   discovery that is either possible or relevant.

13         As you have pointed out, the Supreme Court has

14   given you limited authority to look into what Congress is

15   doing, you can't look at motive, you're not looking line by

16   line, et cetera.

17         You know now what the record is, what the House is

18   saying, what the committee is saying its purposes are, and

19   so it's for you then to make a legal judgment, just like the

20   Supreme Court did, in *McGrain*, about whether that is

21   consistent with the Constitution.

22         So you could frame that as, we think you have two

23   options:  One is, stick to the order that you issued, which

24   we think is absolutely correct; another is, if for any

25   reason at all that's -- you want to get rid of that order,

1   you can because -- and I think we cited this opinion, the

2   Supreme Court decision, for example, in *Munaf*, M-u-n-a-f,

3   the Supreme Court there was dealing with an appeal of a

4   preliminary injunction, and the Court said, There's no

5   chance of success on the merits, and, therefore, it

6   dismissed.

7           Here, I hope that I've today and in our brief

8   pointed out to you -- and, again, actually you don't need us

9   to point it out, you've read the cases, the Supreme Court

10  cases -- President Trump has no chance of success here on

11  the merits of this claim.  This claim is so far outside what

12  the Supreme Court has ruled that there is no chance of

13  success.

14          And so you could keep it at the

15  preliminary-injunction stage if you wish, and under *Munaf*,

16  it's not the first and only case that has done that.

17          THE COURT:  But if I did consolidate on the

18  merits, and you haven't answered, for example -- and so

19  it would be a little odd, I guess, to treat it as a motion

20  for summary judgment, or maybe not, or a motion for judgment

21  on the pleadings.

22          MR. LETTER:  Your Honor, I'd be happy to do that

23  orally right now:  We would move for summary judgment based

24  on the pleadings because this is a pure legal issue.

25          There are facts behind things, but there is no

1   legitimate dispute about the facts here.

2          We're not saying that Congressman Cummings didn't

3   say the things that he's quoted as saying, all of that just

4   is obviously irrelevant to the claim.

5          So -- and, Your Honor, we are -- I thank

6   Mr. Consovoy because we were able to work out with him a

7   highly expedited briefings and argument schedule with you,

8   and thank you also.

9          We are so cognizant of what has happened in prior

10  cases where there's a dispute between the Executive Branch

11  and the House, Legislative Branch, and cases have dragged

12  on, and *Eastland* is one of the ones that says this.

13          THE COURT:  Right.

14          MR. LETTER:  The House is, this Congress is

15  limited in time.

16          There's obviously going to be appeals here.

17  We just do not want there to be any lag in time, and so we

18  rushed and we briefed this case, and we think that it should

19  be decided quickly.

20          As I think you're aware, there's another case

21  involving a different subpoena that will be at a hearing in

22  front of Judge Ramos up in New York.

23          THE COURT:  That's right.

24          MR. LETTER:  Next week.

25          THE COURT:  The 22nd, I think.

1          MR. LETTER:  Right.

2          And we just think --

3          THE COURT:  Is that when the hearing is, on the

4  22nd?

5          Is that when your hearing is in front of Judge

6  Ramos?

7          MR. LETTER:  Yes.  That's exactly right,

8  Your Honor.

9          Any delay here is -- undermines the House's

10  ability to do what the Constitution allows it to do.

11          One other point to make, I don't think it's been

12  discussed yet, the *Packwood* case, which is a District Court

13  decision from this Court some time ago.  And there, the

14  Court said, you know, the target of a subpoena that Congress

15  has issued doesn't get to say, Well, the scope should be

16  this or that.  That's for Congress and Congress alone to do.

17          And the last point, I don't -- you know,

18  Mr. Consovoy said there are more -- possibly more arguments

19  he would want to make.  I respect that, but we're having a

20  hearing now.  Your Honor is being extremely kind in the

21  amount of time you're letting us talk.  I suggest that

22  Mr. Consovoy can raise any points he wants now.

23          And other than that, you've said you've got the

24  Supreme Court, the D.C. Circuit, the decisions, like

25  Judge Leon's decision in the *Bean* case.  You've got them

1    all.  And so further briefing just seems totally

2    unnecessary.  I think courts often can and do decide cases

3    without any briefing at all from parties.

4         And the -- oh, the last thing I would like to just

5    say is, I know Mr. Consovoy has said, Well, the irreparable

6    injury.

7         Remember, the Supreme Court did say in *Winter* and

8    in *Munaf*, the key thing is, if you have no chance, if you

9    have not shown any kind of likelihood of success on the

10   merits, the other factors do drop out.  And the

11   Supreme Court has said that and has, in *Munaf*, applied that

12   standard.

13        Unless the Court has anything further, may I just

14   consult?

15             THE COURT:  Yes.  Sure.

16             MR. LETTER:  Thank you very much, Your Honor.

17             THE COURT:  Thank you, Mr. Letter.

18             Mr. Consovoy.

19             MR. CONSOVOY:  Thank you, Your Honor.

20             THE COURT:  Thank you.

21             MR. CONSOVOY:  I'll sort of take them as they were

22   brought up.

23        But the one I would like to start with is the

24   committee's statement of its scope of its authority.

25        What I heard today is the answer is unbridled.

1   I think I heard maybe they can't get the President's blood

2   and maybe they can't get his diary from when he was 12, but

3   only maybe.

4            It's unfathomable that that is the scope of

5   Congress' authority.  That's just simply unimaginable.

6            And Your Honor asked whether Oversight or

7   information for the sake of Oversight information is

8   different or separate, head of authority than legislation.

9            I can only quote from *Watkins* at page 206.

10            "Plainly, these committees are restricted to the

11   missions delegated to them; i.e., to acquire certain data to

12   be used by the House or Senate in coping with a problem that

13   falls within its legislative sphere."

14            There is no separate and part.

15            And, Your Honor, you asked about Speech or Debate.

16            The reason why, as I understand it -- maybe I was

17   wrong -- the House has not invoked the Speech or Debate is

18   because if *Eastland* makes one thing clear, it's that whether

19   there's a legitimate legislative purpose is antecedent to

20   Speech or Debate.

21            First Amendment, these things come up on the other

22   side.

23            And as we noted in Footnote 14 of *Eastland*, the

24   posture of this case does somewhat constrain the arguments

25   we can make.

1          We may end up appearing in other such matters,

2    Your Honor, before you or other courts.

3          And if they're in a different posture where we

4    are, the actual party and not having sought a third party,

5    there are a wide array of First Amendment arguments that can

6    be raised in that posture, and Speech or Debate won't

7    necessarily cut them off.

8          Here, the Court sort of reached what I would think

9    is an effective compromise position, which is, we can

10   offensively sue even, though it's not -- the subpoena is not

11   directed to us, but Congress sought to have a legitimate

12   legislative purpose, and then the brick wall comes up after

13   that.

14         And our arguments are predicated on legitimate

15   legislative purpose.  We have not sought to invade Speech or

16   Debate.

17         On the request for the memorandum of

18   understanding, it's always nice when the other party tells

19   you that you don't want to see what they have.  Don't worry.

20   It's not a big deal.

21         I hope you would respect my "trust but verify"

22   position on this.

23         I don't think it's inappropriate to submit it

24   under seal.  If the committee wants to waive Speech or

25   Debate and share it, it should be shared.  If redactions are

1   appropriate, obviously the Court can take that up.

2           But we've asked to go get it from the minority.

3           And the minority has the right to not raise its

4   own Speech or Debate, as Mr. Letter said, about various

5   Congresspeople being able to expose things.  And so, too,

6   may Congressman Jordan share any materials that he they

7   have.

8           And whether or not these specific memorandums

9   deals with Mazars is not really the point.

10          What we're trying to discern is whether there is a

11  coordinated effort to engage in, effectively, a law

12  enforcement review of the President's behavior and that this

13  type of coordination is emblematic of that type of

14  operation.

15          And maybe it does or maybe it doesn't.  We'd like

16  to know.

17          THE COURT:  You'd like to know.

18          MR. CONSOVOY:  I know Your Honor is hesitant to

19  get into -- I think I've not convinced Your Honor that there

20  is -- you should evaluate these things on a constitutional

21  level.

22          I think -- I don't know if there's an effective

23  response to how that couldn't yield unbridled power without

24  looking at it.  But I don't think we're entitled in the

25  abstract here.

1          HR1 is one statute that Congress has pointed to.

2     It would require the President to put his funds in a blind

3     trust.  I think that is flagrantly unconstitutional under

4     *Powell v. McCormack*.

5          And at a minimum, to the extent the Court is going

6     to address their additional arguments, I think it has to at

7     least deal with that one.

8          On *McGrain* -- and this is why we hoped we'd have

9     more briefing -- the case that the committee thinks is best

10    for them we think is terrific for us.

11         At the end of the opinion -- and this is on

12    page 180, after ruling against the challenger, the Court

13    said, "It is not as if an inadmissible or unlawful object

14    were affirmatively and definitively avowed," meaning,

15    Congress didn't say the thing they weren't supposed to say

16    that proved they were doing the unlawful thing.

17         That's different from this case.  If you look

18    at -- Your Honor started with me on the chairman's letter,

19    and we worked backwards, but we never got to the beginning.

20         And in the beginning, what the chairman says is,

21    We think there's something illegal going on here, and we'd

22    like to find out.

23         That's precisely what -- if there was any line on

24    law enforcement, that has to cross it.

25         And they've emphasized the ethics disclosures.

1   Those go back two years.

2          This subpoena goes back -- and I'm not asking the

3   Court to partially invalidate the subpoena.  This goes back

4   to 2011; and with respect to paragraph 2, says, Without

5   regard to time.

6          So I think the Court has to take the

7   measurements --

8          THE COURT:  It has to do with the retainer

9   letters.

10          MR. CONSOVOY:  It does.  It does.

11          Which I don't understand how retainer letters are

12   about legislation, but I understand that I'm probably

13   crossing a red line with the Court on that.

14          But I do think the Court has to at least think to

15   itself about, at a minimum, you can look at the subpoena and

16   say, Does this look like law enforcement, or does this look

17   like legislation?

18          You asked about what the test would be for

19   determining, effectively, relevance.

20          I think the pertinency principle that comes out of

21   *Watkins* and other cases is the right line.

22          And the Court will have to make an assessment as

23   to whether whatever conjured-up possible legislation that

24   might be relevant here beyond those stated, you know, why

25   would these records going all the way back to 2011 and all

1   the way back to forever with respect to some of them have --

2   be pertinent to legislation?

3              And my point about the Ethics in Government Act --

4   and this is where we started -- is not necessarily that

5   every statute that ever regulates the President is

6   unconstitutional.  I think that most of the things that the

7   chairman has talked about are.

8              And we're taking our cue from the chairman.  He

9   talked about these blind trusts and things like that, and we

10  think those are pretty easy constitutional calls.

11             But as we talked about earlier in cases like

12  *Quinn*, what you can't do is say, We want to investigate this

13  particular individual; and if we find something bad, we may

14  take remedial legislative steps.

15             That is not permissible.

16             And what we were saying about the

17  Ethics in Government Act stuff in particular is, that's

18  exactly what this looks like to us.  Let's look to see

19  whether they're inaccurate.  And maybe if we found that the

20  President did something inaccurate, we will somehow, some

21  way amend, and we think it's that line that it's crossing.

22             *Packwood*, we think, has marginal relevance at

23  best.  It was an internal issue with respect to a member of

24  the Senate.

25             And the rules are quite different there.

1          That, as Your Honor knows from the history that we

2     were only able to get to in a footnote, that's how Congress'

3     investigative powers for coercive subpoenas began.

4          And it was only far more recently, starting with

5     *Kilbourn* 100 years later, that the courts ever even ventured

6     into this area of Congress issuing testimonial subpoenas.

7     And then it took another, I don't know, 60 or 70 years to

8     get into document subpoenas.

9          And so lastly on the process, Your Honor, the

10    Court has asked, What is the mechanism by which to

11    consolidate?  And I think that raises some of the concerns

12    we've had.

13          If it's --

14          THE COURT:  Well, the question is different.  Not

15    the mechanism for consolidation.  What standard to apply.

16          MR. CONSOVOY:  Right.

17          So if it's judgment on the pleadings, then we have

18    to figure out how to get our evidence that you asked us to

19    supplement into the record.

20          If it's summary judgment, we don't know what facts

21    have been agreed to or what haven't.

22          And if it's motion to dismiss, all of our facts

23    and evidence must be taken as true.

24          So as I understood Rule 65(a)(2), it's literally

25    to consolidate into a trial.

1              And then we'd have to -- it's a bench trial.  And

2      so we'd have to figure out what evidence needs to be

3      submitted.

4              Are there -- I assume there are no hearsay

5      objections to all of the evidence we've submitted; I haven't

6      heard any.

7              But all that has to come out in the wash before we

8      can figure out what the nature of the consolidation is.

9              And I'm just -- I'm not trying -- again, we would

10     do this on whatever pace the Court says, but I would be

11     remiss if I didn't point out these potential obstacles.

12              THE COURT:  Okay.

13              MR. CONSOVOY:  Okay.

14              THE COURT:  Okay.  Thank you, Mr. Consovoy.

15              Mr. Letter, did you want to --

16              MR. LETTER:  May I be heard on one point,

17     Your Honor?

18              THE COURT:  Sure.

19              MR. LETTER:  Thank you very much.

20              And if Mr. Consovoy should be allowed to rebut

21     what I'm about to say, that's fine with me.

22              Mr. Consovoy, I think, is making an argument that

23     is very, very broad by saying, If Congress is looking into

24     whether the law has been violated, that's law enforcement.

25     That is not correct at all.

1          And, again, *McGrain*, what the Senate there wanted

2    to do was look into whether the Attorney General and his

3    assistants were performing or neglecting their duties in

4    failing to prosecute, et cetera.  So clearly, they were

5    looking into law enforcement.

6          But Congress is not trying to send President Trump

7    to jail; we're not prosecuting anybody.

8          But that still means we can look into whether

9    Watergate, et cetera, whether somebody is violating the law.

10   Those are two.

11         THE COURT:  How far does that go?

12         It did stand out to me, and I meant to ask you

13   this, that Chairman Cummings' very first rationale offered

14   for the subpoena is to determine whether the President may

15   have engaged in illegal conduct before his tenure in office,

16   before his tenure in office.

17         This is not an impeachment proceeding.  So what's

18   the relevance of these records?  Or what the basis to

19   investigate illegal conduct before his tenure in office?

20         MR LETTER:  Because, Your Honor, Mr. Trump is a

21   very big businessman, and so there are all sorts of

22   activities that -- financial activities that continue.

23         It's not as if something -- let's say he committed

24   bank fraud, lying in order to get a loan from a particular

25   bank.

1          Then the question is, all right, having done that,

2     would that -- does that maybe place him in a situation where

3     he then has conflicts of interest?  Is he maybe beholden to

4     foreign governments who can then exercise control over him

5     because they also know he has violated the law?

6          Clearly, this is highly relevant with somebody

7     like Mr. Trump, who has business dealings that extend over a

8     lengthy period and continuing business relationships.

9          President Trump has conceded, I believe, that,

10    yes, he was trying to get a hotel in Moscow; and I think he

11    has said, had he not been elected president, he would have

12    pushed that.

13         Well, let's suppose he had done illegal things in

14    trying to get that loan, that hotel in Moscow.  It may very

15    well be that the Russians know that; it may be that banks

16    know that; it may be that the Russian oligarchs know that.

17         We need to know that.  Therefore, the

18    Committee on Oversight and other committees need to know

19    that, because we need to know:  Is the President of the

20    United States beholden to foreign interests who can hold

21    certain things over his head?

22         These are obviously totally legitimate things for

23    Congress to look into.

24         THE COURT:  Thank you, Mr. Letter.

25         MR. LETTER:  Thank you, Your Honor.

1          MR. CONSOVOY:  One point.

2          THE COURT:  Very quickly, yes.

3          MR. CONSOVOY:  I apologize.

4          THE COURT:  That's okay.

5          MR. CONSOVOY:  On the point about *McGrain*, I think

6    Your Honor answered Mr. Letter's question earlier:  That's

7    about an agency.

8          The issues are different with an agency.  Congress

9    has powers of oversight that are unique with the agency

10   because they create the agencies.  And so fraud, corruption,

11   abuse, which was the issue with the Attorney General and the

12   enforcement of the antitrust laws in *McGrain* is just a

13   different situation than we're confronting here.

14         And on -- I think it's, if I've heard anything

15   from my friend today, is this isn't about legislation, this

16   is about the House being dissatisfied with the President and

17   wanting to prove, through any means possible, that he's done

18   things wrong, and that is not a legitimate legislative

19   purpose.

20         Thank you.

21         THE COURT:  All right.  Thank you, Mr. Consovoy.

22         Okay.  So here's how I think we'll proceed.

23         What I'll do is I'll leave the record open until

24   the 18th, and either side can submit any further evidence

25   you wish to submit by the 18th.

1          And if the House wishes to submit something under

2    seal, I'll take a look at it.  If I think it's something

3    that ought to be disclosed to the other side, I'll at least

4    raise that with you before I do something like that.

5          So I'll ask you all to submit that no later than

6    the 16th to chambers so I can at least make that assessment.

7    And so at that point, I think I will consider the matter

8    submitted and I won't accept any further briefing.

9          I do think -- just so the record's clear, I think

10   this has been fully, exhaustively, both in writing and

11   today, argued.

12          There haven't been any arguments raised today by

13   plaintiffs' counsel that aren't already reflected in the

14   briefs.  It's ably done, both orally and written -- in

15   written form.

16          So to the extent that there's a concern that the

17   President hasn't had an opportunity to be heard, I think

18   that's been laid to rest.

19          And as I said, I'll leave the record open until

20   Friday to submit any additional information.

21          And just to be clear, I don't think any discovery

22   is to be had in this case based upon the Speech or Debate

23   Clause that's been invoked.

24          And to the extent that there's anything publicly

25   available, I assume you'll put it before me by Friday.

1          MR. CONSOVOY:  Can I ask two questions,

2    Your Honor?

3          THE COURT:  Of course.

4          MR. CONSOVOY:  I don't want to do anything wrong.

5    We are permitted to reach out to the minority of the

6    Committee and seek anything we'd like to submit from them?

7          THE COURT:  I'm not putting any limitations to

8    behoove you trying to obtain information.

9          You figure out what sources are available and make

10   your record.

11         I mean, you've alluded to getting statements from

12   Mazars.  If you think you can do that, you've got a few days

13   to do that.

14         MR. CONSOVOY:  Okay.

15         And lastly, since this may be the last time we see

16   you before a judgment is rendered, I would like to -- the

17   subpoena becomes effective seven days after, I assume, now

18   your opinion on the merits because you've consolidated.

19         We hope we win, as all parties do.  But if we

20   don't, we would ask the Court to administratively stay the

21   judgment.

22         As Mr. Letter noted, there will be appeals here.

23   We will be seeking, if we are in that position, a stay

24   pending appeal.

25         And so we'd ask at least for time for -- we'd do

1   it rather quickly, but seven days is awfully fast.  And so

2   obviously, the whole premise of the injunction, the

3   injunctive phase of this was to --

4          THE COURT:  Are you asking me to essentially stay

5   the seven days, or are you asking me to consider that in the

6   event and in conjunction if I rule against you?

7          In other words, I know what the standards are;

8   I don't know that you need to repeat that in a pleading.

9   In fact, it's the same standard that you've --

10         MR. CONSOVOY:  If the Court doesn't think further

11   briefing is necessary -- we haven't seen your opinion, so we

12   don't know what you'll say.  If we win, none of this

13   matters.  If we lose, it would be the same standard.  You've

14   noted that in opinions yourself.

15         So I guess I would leave it to the Court.  We

16   don't want irreparable injury to occur while we pursue our

17   appeals.

18         THE COURT:  Understood.

19         MR. CONSOVOY:  Yes.  Thank you.

20         THE COURT:  Well, let's put it this way:  If you

21   do not prevail, I'll make clear how I intend to proceed from

22   that point in terms of seeking a stay pending appeal.

23         MR. CONSOVOY:  Thank you, Your Honor.

24         THE COURT:  Mr. Letters?

25         MR LETTER:  May I just be heard very briefly on

1     that point?

2               THE COURT:  Sure.

3               I suspect your position is that there's no

4     likelihood of success; and, therefore, I should deny any

5     stay pending appeal.

6               MR. LETTER:  Your Honor, I did want to say one

7     thing.

8               If you do end up considering a stay pending

9     appeal, I believe you have the authority to say that given

10    the need for expedition here, you could make it conditional.

11              You could set -- we think you shouldn't issue any.

12    But you could say any stay pending appeal would be

13    conditioned on the plaintiff appealing within X number of

14    days and seeking extreme expedition in the Court of Appeals.

15              So, again, we don't think you should issue any

16    stay; but if you're thinking about it, please keep that

17    under consideration.

18              Thank you, Your Honor.

19              THE COURT:  Thank you.  Sure.

20              Counsel, thank you, all, very much for your

21    arguments today.  A lot to think about.  And I'll get back

22    to you as soon as I can.

23              Thanks, everyone.  Don't wait for me.

24              DEPUTY CLERK:  The Court stands adjourned.

25              (Proceedings concluded at 12:28 p.m.)

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: May 14, 2019_____          /S/__William P. Zaremba_____

                                   William P. Zaremba, RMR, CRR

DEPUTY CLERK: [3]
3/1 3/5 79/23

MR LETTER: [10]
42/13 43/21 50/2 53/5
53/13 53/24 54/22
55/13 73/19 78/24

MR. BERNSTEIN: [3]
3/21 3/24 4/2

MR. CONSOVOY: [80]
3/11 6/1 6/4 6/14 7/14
7/25 8/24 9/3 9/17 10/1
10/18 10/20 11/10
11/19 11/22 12/25
13/16 13/21 14/2 14/24
15/11 15/14 15/24 16/5
16/10 16/16 17/1 17/25
18/15 19/8 19/15 19/22
21/7 22/10 22/13 22/17
22/21 23/1 23/8 24/14
26/3 26/19 28/4 28/6
28/12 28/15 28/24 29/7
29/21 30/2 30/16 30/22
31/10 31/12 31/16
31/22 32/7 33/21 34/17
34/23 35/22 36/17 37/5
37/8 37/17 64/18 64/20
67/17 69/9 71/15 72/12
74/25 75/2 75/4 76/25
77/3 77/13 78/9 78/18
78/22

MR. LETTER: [57] 4/4
37/19 38/5 39/4 39/12
40/9 40/16 40/21 41/5
41/18 41/20 41/22
43/24 44/3 45/1 45/17
46/18 47/9 47/13 48/3
48/6 49/6 49/10 50/7
50/24 51/3 51/18 52/12
52/22 53/7 53/18 54/3
54/13 54/16 54/20 55/9
55/20 56/7 56/11 56/17
57/12 57/18 57/20
57/23 58/23 59/10 60/8
61/21 62/13 62/23
62/25 63/6 64/15 72/15
72/18 74/24 79/5

MR. PASSANTINO: [1]
3/16

THE COURT: [151]

'
'50s [1] 32/2

/
/S [1] 80/7

1
100 [1] 71/5
1000 [1] 1/20
10020 [1] 2/3
11 [1] 44/7
1136 [2] 1/5 3/7
11:00 [1] 1/6
12 [1] 65/2
12 years old [1] 50/12
1271 [1] 2/3
12:28 [1] 79/25
12th [1] 7/2

14 [3] 1/6 65/23 80/7
15 [1] 36/25 76/23
16th [1] 76/6
180 [1] 68/12
1880 [2] 22/9 22/12
18th [2] 75/24 75/25
19-1136 [1] 1/5

2
20 [1] 19/22
20001 [1] 2/18
20024 [1] 1/21
2011 [3] 26/14 69/4
69/25
2013 [1] 26/14
2019 [2] 1/6 80/7
202 [3] 1/22 2/11 2/19
205 [1] 20/4
20515 [1] 2/10
206 [1] 65/9
212 [1] 2/4
219 [1] 2/9
22201 [1] 1/16
225-9700 [1] 2/11
22nd [2] 62/25 63/4
243-9423 [1] 1/16
26 [2] 29/11 29/24

3
30 [1] 50/3
3033 [1] 1/15
3249 [1] 2/19
333 [1] 2/17
354-3249 [1] 2/19

4
400 [1] 1/21

5
5511 [1] 2/4

6
60 [1] 71/7
65 [3] 33/11 33/21
71/24
6511 [1] 2/18

7
7 years old [1] 50/12
70 [1] 71/7
700 [1] 1/15
703 [1] 1/16
747-9582 [1] 1/22

8
885-5511 [1] 2/4

9
9/11 [1] 44/7
9423 [1] 1/16
9582 [1] 1/22
9700 [1] 2/11

A
a.m [1] 1/6
ability [5] 9/17 17/24
20/11 27/25 63/10
able [3] 62/6 67/5 71/2
ably [1] 76/14
about [73] 4/13 4/16

6/10 6/12 6/23 7/5 8/8
9/19 11/3 12/5 13/10
13/10 14/7 14/19 14/20
16/22 17/13 17/15
17/16 17/21 19/22 20/2
20/3 21/4 21/5 22/17
22/19 25/8 25/12 25/14
27/21 30/11 32/2 36/16
36/16 36/24 37/24
38/20 39/12 44/2 44/7
44/15 44/25 46/21
48/18 49/8 49/19 53/8
53/23 54/7 55/13 57/7
57/14 58/5 60/20 62/1
65/15 67/4 69/12 69/15
69/18 70/3 70/7 70/9
70/11 70/16 72/21 75/5
75/7 75/15 75/16 79/16
79/21
above [1] 80/4
above-titled [1] 80/4
absolutely [8] 39/15
48/4 48/4 49/13 53/21
58/21 60/10 60/24
abstain [1] 12/20
abstract [2] 37/13
67/25
abundantly [1] 4/13
abuse [1] 75/11
accept [2] 21/14 76/8
acceptable [1] 24/5
accepted [1] 33/1
access [1] 59/16
accuracy [1] 9/2 10/15
accurately [3] 7/8 7/12
44/16
accusation [1] 39/7
acknowledge [1] 24/8
acknowledged [1]
53/13
acquire [1] 65/11
across [3] 32/19 34/8
35/22
Act [9] 42/8 45/7 45/12
46/25 47/15 47/16
52/20 70/3 70/17
action [3] 3/7 18/11
54/10
Action 19-1136 [1] 3/7
actions [2] 9/7 21/5
activities [4] 17/8 32/3
73/22 73/22
actor [1] 8/6
actual [2] 26/21 66/4
actually [6] 6/11 13/3
14/8 23/10 47/3 67/6
add [2] 20/9 20/9
additional [4] 6/13
27/22 68/6 76/20
address [2] 60/4 68/6
adjourned [1] 79/24
administration [1]
11/15
administratively [1]
77/20
admit [1] 46/10
advance [3] 7/21 7/24
48/24
advanced [1] 49/5

affairs [4] 12/7 13/11
14/16 39/19
affirmatively [1] 68/14
after [5] 4/19 5/18
66/12 68/12 77/17
again [15] 13/8 16/13
16/19 17/10 18/3 26/23
38/2 47/16 48/7 52/6
58/5 61/8 72/9 73/1
79/15
against [3] 54/10 68/12
78/6
agencies [5] 9/6 9/8
16/4 20/6 75/10
agency [6] 9/5 10/1
22/6 75/7 75/8 75/9
agenda [2] 10/3 18/7
ago [9] 19/22 42/17
43/4 49/16 49/25 50/3
50/3 58/11 63/13
agree [15] 11/20 12/10
13/14 23/5 23/6 26/12
28/2 28/4 28/5 28/7
29/13 40/8 43/19 43/22
50/9
agreed [1] 71/21
ahead [1] 7/3
aid [1] 46/8
aided [1] 2/20
all [51] 3/2 3/19 4/4
4/11 6/12 7/5 9/5 9/11
10/25 15/18 17/16
19/23 21/16 24/2 25/18
26/17 27/1 27/6 34/3
34/8 34/14 35/2 35/3
35/8 35/18 37/16 37/19
41/24 46/8 47/1 51/2
52/25 57/21 58/13
59/13 60/25 62/3 64/1
64/3 69/25 69/25 71/22
72/5 72/7 72/25 73/21
74/1 75/21 76/5 77/19
79/20
all of [1] 27/1
all right [4] 4/11 37/19
74/1 75/21
all the [2] 34/3 35/18
alleys [1] 32/11
allowed [1] 72/20
allows [1] 63/10
alluded [1] 77/11
almost [4] 26/9 34/1
46/4 46/22
alone [1] 63/16
Along [1] 3/14
already [4] 9/23 34/16
56/11 76/13
also [11] 8/5 27/17
33/15 33/23 33/25
37/17 42/11 45/3 58/13
62/8 74/5
although [1] 43/14
always [1] 66/18
am [9] 22/7 22/12
25/20 26/25 37/21
42/24 50/9 50/23 60/5
amazingly [1] 12/11
amend [3] 12/2 19/13

70/21
amending [1] 20/13
Amendment [4] 34/2
34/4 65/21 66/5
American [4] 32/3
44/11 47/4 51/25
Americas [1] 2/3
AMIT [2] 1/10 3/3
Among [1] 16/15
amount [2] 29/20
63/21
analysis [3] 17/19 20/3
52/25
announce [1] 4/20
annual [1] 45/14
another [7] 22/21 24/1
55/11 57/9 60/24 62/20
71/7
answer [9] 11/4 11/24
13/1 29/25 37/21 38/3
45/2 55/22 64/25
answered [2] 61/18
75/6
answering [1] 12/20
answers [1] 17/3
antecedent [1] 65/19
anticipate [1] 38/5
antitrust [1] 75/12
any [47] 4/2 4/20 6/22
7/24 8/6 14/7 14/23
15/25 17/4 19/3 19/8
21/22 22/3 22/3 22/8
23/1 26/3 26/10 28/20
31/24 34/19 37/1 40/13
40/14 46/2 51/16 59/8
60/24 62/17 63/9 63/22
64/3 64/9 67/6 68/23
72/6 75/17 75/24 76/8
76/12 76/20 76/21 77/7
79/4 79/11 79/12 79/15
anybody [1] 73/7
anyone [1] 10/12
anything [16] 14/1
16/22 18/5 38/3 46/4
46/15 46/22 49/8 49/13
49/25 54/7 64/13 75/14
76/24 77/4 77/6
anywhere [3] 28/12
46/17 51/21
APA [2] 30/4 33/20
apologize [1] 75/3
apparently [2] 49/19
53/10
appeal [6] 61/3 77/24
78/22 79/5 79/9 79/12
appealing [1] 79/13
appeals [4] 62/16
77/22 78/17 79/14
appear [2] 21/15 21/16
appearances [3] 1/12
2/1 3/11
appearing [1] 66/1
appellate [1] 22/8
applicability [2] 54/16
54/17
applicable [1] 13/16
application [1] 49/25
applied [1] 64/11
applies [1] 47/18

**A**

apply [6] 10/11 19/15
19/16 20/3 56/25 71/15
applying [2] 26/11
26/18
appreciate [1] 34/8
approach [1] 3/10
appropriate [5] 29/14
33/15 33/18 55/2 67/1
appropriated [1] 46/3
appropriations [3]
46/12 46/18 46/22
approve [2] 14/23
14/23
April [1] 7/2
are [69] 3/14 4/15 4/22
4/22 8/24 9/8 13/11
18/4 18/19 18/19 19/16
23/4 23/6 23/7 23/25
32/12 35/9 35/21 40/5
41/2 41/16 43/19 43/20
44/14 45/11 47/8 48/17
49/3 49/4 50/7 50/21
51/16 52/3 52/3 57/2
57/4 59/6 59/8 60/18
61/25 62/5 62/9 63/18
65/10 66/4 66/5 66/14
66/25 69/11 70/7 70/10
70/25 72/4 72/4 73/10
73/21 74/22 75/8 75/9
77/5 77/9 77/23 78/4
78/5 78/7
area [4] 20/18 25/13
51/1 71/6
areas [1] 19/7
aren't [2] 24/4 76/13
arena [2] 27/10 32/11
argue [4] 45/10 46/24
47/21 52/6
argued [2] 13/13 76/11
argues [1] 55/6
arguing [1] 47/11
argument [15] 1/9 6/14
31/6 35/14 35/15 35/17
37/24 39/14 39/23 40/3
41/16 45/9 58/10 62/7
72/22
arguments [12] 28/1
34/9 34/14 50/13 58/13
63/18 65/24 66/5 66/14
68/6 76/12 79/21
arises [1] 19/13
Arlington [1] 1/16
around [1] 15/3
array [1] 66/5
Article [2] 6/24 36/3
Article I [1] 36/3
articulate [1] 40/4
as [69] 6/16 7/4 8/2 8/3
10/7 10/16 13/13 16/3
16/4 16/14 19/8 20/20
20/21 20/24 21/6 22/24
23/2 24/12 24/17 25/1
26/1 27/23 32/19 33/1
33/10 34/1 34/3 34/12
34/19 38/7 38/25 39/11
41/8 41/10 43/5 43/16

**B**

44/9 44/22 48/15 50/25
50/1 53/6 53/16 55/11
56/9 59/18 59/23 60/6
60/13 60/22 61/19 62/3
62/20 64/21 65/16
65/23 67/4 68/13 69/22
70/11 71/1 71/23 71/24
73/23 76/19 77/19
77/22 79/22 79/22
aside [1] 21/19
ask [22] 17/21 22/7
27/8 30/7 30/23 30/24
37/10 38/4 43/9 45/16
49/3 50/23 52/22 55/11
55/13 55/15 58/23
73/12 76/5 77/1 77/20
77/25
asked [12] 5/12 29/1
36/23 44/15 46/1 50/17
65/6 65/15 67/2 69/18
71/10 71/18
asking [15] 4/2 9/21
15/4 21/3 24/4 24/17
26/6 26/13 26/23 35/24
57/10 57/11 69/2 78/4
78/5
aspects [1] 24/24
assess [1] 50/24
assessment [4] 26/1
38/21 69/22 76/6
assets [3] 17/16 44/17
52/11
assistants [1] 73/3
associated [1] 44/20
assume [5] 21/20
31/10 72/4 76/25 77/17
assumed [1] 53/17
assurances [2] 59/2
59/8
assure [1] 36/9
attached [1] 43/18
attacking [2] 40/4 58/7
attendant [1] 7/24
attention [1] 5/2
attorney [6] 9/12 40/4
56/20 58/7 73/2 75/11
Attorney General [5]
9/12 40/4 58/7 73/2
75/11
authority [17] 10/18
11/14 11/17 12/14
14/23 16/10 17/7 35/13
40/13 40/15 40/19
43/20 60/14 64/24 65/5
65/8 79/9
authorized [1] 55/3
available [3] 21/11
76/25 77/9
Avenue [3] 1/20 2/3
2/17
avenues [1] 37/5
avoid [3] 11/19 12/11
12/19
avowed [1] 68/14
aware [2] 39/17 62/20
away [1] 48/21
awfully [1] 78/1

back [16] 8/7 9/11
17/18 26/13 26/14
26/21 41/17 45/25 58/4
58/9 69/1 69/2 69/3
69/25 70/1 79/21
backstops [1] 35/12
backwards [1] 68/19
bad [1] 70/13
ban [1] 58/12
bank [2] 73/24 73/25
bankruptcy [2] 23/13
23/15
banks [1] 74/15
Barbero [2] 2/7 4/9
Barenblatt [4] 24/19
24/22 26/25 31/18
Barker [1] 42/17
barrier [1] 19/18
based [3] 58/14 61/23
76/22
basic [2] 38/8 38/18
basis [5] 6/25 10/16
16/11 16/18 73/18
batch [1] 45/10
be [110]
Bean [1] 63/25
bear [1] 18/15
because [42] 5/7 5/12
9/5 9/15 9/25 11/15
13/12 14/14 15/15 17/7
23/24 28/13 30/16 31/5
32/16 32/23 34/1 37/13
39/19 41/12 43/9 44/23
45/5 45/25 46/1 46/4
48/15 52/9 53/9 53/19
54/1 58/6 58/11 61/1
61/24 62/6 65/18 73/20
74/5 74/19 75/10 77/18
becomes [1] 77/17
been [31] 4/16 5/20
8/13 8/14 9/23 13/8
13/9 25/5 29/10 29/14
29/24 29/25 31/14
31/15 33/1 34/16 36/2
36/6 36/15 38/11 38/22
41/11 56/10 63/11
71/21 72/24 74/11
76/10 76/12 76/18
76/23
before [12] 1/10 4/12
4/16 60/6 66/2 72/7
73/15 73/16 73/19 76/4
76/25 77/16
began [1] 71/3
begin [1] 6/3
beginning [2] 68/19
68/20
behalf [3] 3/13 3/18
55/3
behavior [3] 8/8 15/22
67/12
behind [2] 24/5 61/25
beholden [2] 74/3
74/20
behoove [1] 77/8
being [10] 5/12 18/10
26/19 36/23 46/16 47/8

50/22 63/20 67/5 75/16
77/15
belabor [1] 46/8
belief [1] 9/14
believe [12] 5/7 6/17
15/5 20/3 24/21 31/17
37/1 45/14 49/15 60/9
74/9 79/9
bench [4] 4/14 4/18
35/11 72/1
benefit [1] 52/1
Bernstein [4] 2/2 3/23
3/24 4/1
besides [1] 40/3
best [4] 1/19 34/20
68/9 70/23
better [1] 35/21
between [4] 31/4 34/12
55/19 62/10
beyond [5] 16/10 17/5
36/3 37/11 59/22
big [4] 14/7 48/22
66/20 73/21
bill [4] 7/18 7/21 7/23
11/5
binding [2] 19/21
19/23
bit [2] 54/2 58/10
blank [3] 2/2 3/23
21/20
Blank Rome [1] 3/23
BlankRome.com [1]
2/4
blind [4] 12/7 32/11
68/2 70/9
blood [3] 49/21 49/22
65/1
Blvd [1] 1/15
body [1] 38/25
both [5] 10/5 34/12
45/15 76/10 76/14
bounds [1] 22/10
bracket [1] 21/17
branch [6] 4/24 5/12
5/13 23/21 62/10 62/11
branches [1] 35/16
breadth [1] 22/19
breaking [1] 50/13
brick [1] 66/12
brief [6] 34/9 35/25
37/23 42/24 56/2 61/7
briefed [1] 62/18
briefing [8] 21/18 36/3
42/9 64/1 64/3 68/9
76/8 78/11
briefings [1] 62/7
briefly [1] 78/25
briefs [5] 10/6 11/1
34/20 43/10 76/14
broad [4] 27/12 49/6
51/7 72/23
broader [2] 23/3 28/8
broadly [1] 32/17
Brooks [2] 2/8 4/9
Brooks Hanner [1] 4/9
brooks.hanner [1]
2/14
brought [3] 54/10
54/19 64/22
building [2] 2/10 13/10

bulk [1] 20/2
business [3] 52/17
74/7 74/8
businessman [1]
73/21

**C**

called [1] 8/7
calls [1] 70/10
cam [1] 1/18
came [1] 42/17
Cameron [2] 1/14 3/15
Cameron Norris [1]
3/15
can [62] 6/11 6/14 8/3
9/18 10/9 21/2 21/11
21/18 21/22 22/15
27/18 30/12 31/12
34/12 35/9 35/12 36/9
37/12 38/5 41/3 41/18
41/20 42/12 43/4 43/9
44/19 44/20 44/22
45/20 46/21 47/25
48/25 49/3 50/3 50/9
52/15 52/19 52/21
52/22 55/16 56/22 57/5
58/23 59/8 61/1 63/22
64/2 65/9 65/25 66/5
66/9 67/1 69/15 72/8
73/8 74/4 74/20 76/24
76/6 77/1 77/12 79/22
can't [27] 8/6 14/11
17/10 20/5 20/9 20/9
23/20 24/9 26/12 26/14
26/16 35/13 35/14
35/15 37/7 37/11 37/14
41/16 46/4 51/5 53/20
54/25 58/4 60/15 65/1
65/2 70/12
candid [1] 34/21
candidate [1] 58/14
Cannon [1] 2/9
cannot [12] 17/18 18/8
36/23 37/2 46/2 46/11
47/12 49/16 53/22 55/7
55/8 59/24
cards [1] 35/2
care [1] 35/2
case [53] 4/23 5/21
8/18 9/12 9/13 9/20
9/25 10/11 11/12 14/5
20/24 21/1 22/8 22/8
22/13 22/16 22/24 23/1
23/11 25/24 26/15 28/3
30/4 30/6 31/24 32/20
33/10 33/17 33/20 34/2
34/13 34/24 36/13
34/13 34/24 36/13
39/21 42/17 49/16 53/2
54/8 57/1 58/12 59/19
61/16 62/18 62/20
63/12 63/25 65/24 68/9
68/17 76/22
cases [25] 4/16 5/8 9/6
10/9 14/10 16/19 21/22
24/18 32/2 34/1 34/4
34/25 35/5 35/8 35/18
38/24 39/17 51/1 61/9
61/10 62/10 62/11 64/2

## C

cases... [2] 69/21 70/11
catch [1] 7/5
catch-all [1] 7/5
categories [1] 43/20
cautious [1] 29/9
ceiling [1] 34/5
certain [5] 45/13 52/8 59/20 65/11 74/21
certainly [1] 47/24
Certified [1] 2/16
certify [1] 80/2
cetera [4] 47/18 60/16 73/4 73/9
chairman [13] 7/2 8/10 12/2 28/11 42/4 53/10 53/20 54/23 55/7 68/20 70/7 70/8 73/13
Chairman Cummings [3] 8/10 42/4 53/10
Chairman Cummings' [1] 73/13
chairman's [3] 10/5 17/12 68/18
challenge [1] 5/10
challenger [1] 68/12
chambers [1] 76/6
chance [7] 31/5 31/5 32/16 61/5 61/10 61/12 64/8
changed [1] 45/22
check [3] 22/15 55/21 56/14
checking [1] 58/1
chief [2] 46/6 54/11
chosen [2] 10/6 10/7
Circuit [16] 5/8 5/14 11/3 11/18 13/13 20/21 20/24 24/18 30/9 33/17 34/5 42/16 42/18 42/21 43/4 63/24
circumstance [1] 40/25
cited [8] 33/17 34/13 34/25 35/18 36/5 39/4 39/20 61/1
civil [4] 3/6 26/15 26/15 29/7
claim [3] 61/11 61/11 62/4
clause [19] 12/13 12/23 13/12 13/15 13/23 13/25 14/6 14/9 15/18 16/22 16/25 36/12 52/24 53/2 53/5 53/21 54/7 54/13 76/23
clear [19] 4/13 8/12 13/3 23/7 26/10 27/23 39/10 40/5 42/5 43/10 46/20 51/1 53/21 57/7 58/21 65/18 76/9 76/21 78/21
clearly [7] 12/7 18/6 42/5 52/21 60/11 73/4 74/6
client [4] 35/1 38/11 38/12 38/12

close [3] 46/17 50/15 59/16
closely [1] 40/2 43/23
closest [1] 44/12
Clouse [2] 2/6 4/8
co [1] 40/15
co-extensive [1] 40/15
coercive [1] 29/13 71/3
cognizant [1] 62/9
Cohen [3] 42/6 42/10 42/11
Cohen's [1] 17/13
colleague [1] 51/9
collect [1] 30/12
COLUMBIA [1] 1/2
come [10] 5/18 20/14 21/18 32/19 33/6 49/12 50/9 51/21 65/21 72/7
comes [5] 13/6 21/1 55/5 66/12 69/20
coming [2] 25/18 33/12
Commander [1] 46/6
Commander in Chief [1] 46/6
commenced [1] 28/20
commercial [1] 52/10
committed [1] 73/23
committee [50] 3/7 6/22 8/6 10/4 10/5 10/12 10/15 10/25 11/25 16/18 23/16 24/24 25/9 27/12 28/4 28/8 28/9 28/11 31/20 40/18 40/20 41/5 41/10 42/12 42/23 43/1 43/6 53/4 53/6 53/3 55/5 55/17 55/19 56/4 56/4 56/6 56/9 56/20 57/15 58/18 59/6 59/13 59/15 59/17 59/23 60/18 66/24 68/9 74/18 77/6
Committee on Oversight [1] 74/18
committee's [3] 40/12 59/4 64/24
committees [5] 31/4 31/8 55/20 65/10 74/18
communications [1] 27/6
compact [1] 12/13
Company [1] 23/13
compared [1] 33/20
complaint [2] 29/10 32/25
complete [1] 30/20
compliance [4] 13/24 14/20 15/16 17/17
complying [3] 12/23 16/24 18/4
compromise [1] 66/9
computer [1] 2/20
computer-aided [1] 2/20
conceded [1] 74/9
concern [3] 25/14 32/14 76/16
concerned [1] 17/8
concerns [1] 71/11
concession [1] 15/21

concluded [1] 79/25
conclusion [1] 79/11
conclusions [1] 24/20
concrete [2] 19/3 21/1
conditional [1] 79/10
conditioned [1] 79/13
conduct [5] 9/24 45/1 48/3 73/15 73/19
conference [2] 29/11 29/24
conferred [1] 56/17
confess [1] 38/22
confidential [1] 59/13
confidentiality [1] 59/3
confidentially [1] 59/7
conflict [5] 12/2 18/13 18/14 18/14 19/11
conflicts [3] 17/23 51/23 74/3
confront [1] 17/19
confronting [1] 75/13
confusion [1] 16/1
Congress [89]
Congress' [8] 8/19 16/8 17/7 24/9 24/10 26/2 65/5 71/2
Congressman [5] 29/3 29/18 30/24 62/2 67/6
Congressman Jordan [3] 29/18 30/24 67/6
Congressmen [1] 32/4
Congresspeople [1] 67/5
conjunction [1] 78/6
conjured [1] 69/23
conjured-up [1] 69/23
consider [6] 5/19 31/12 31/16 37/5 76/7 78/5
consideration [1] 79/17
considered [2] 18/11 31/18
considering [3] 8/20 18/11 79/8
consistent [4] 38/10 40/18 41/1 60/21
consolidate [7] 5/6 33/20 34/7 60/3 61/17 71/11 71/25
consolidated [1] 77/18
consolidating [1] 60/5
consolidation [8] 6/12 27/21 27/24 33/11 33/18 34/6 71/15 72/8
Consovoy [37] 1/13 1/14 3/13 3/16 5/25 37/16 38/1 38/9 39/14 42/10 44/15 45/6 46/10 46/23 47/11 47/21 50/18 52/6 53/9 53/15 53/19 54/1 54/19 54/25 55/16 56/2 57/10 58/3 62/6 63/18 63/22 64/5 64/18 72/14 72/20 72/22 75/21
Consovoy's [1] 41/15

consovoymccarthy.co
m [3] 1/17 page 8/8 of 9
Constitution [12] 2/17 12/5 12/23 15/18 16/25 20/7 22/6 38/19 40/15 41/1 60/21 63/10
constitutional [19] 11/6 11/9 11/19 11/24 12/12 14/7 14/21 14/22 16/10 19/18 22/2 22/4 36/25 48/14 48/20 48/23 49/2 67/20 70/10
constitutionality [5] 21/5 36/11 36/16 37/4 48/18
constrain [1] 65/24
constrained [1] 34/21
consult [2] 59/18 64/14
consulting [1] 56/19
contempt [2] 11/17 22/16
context [4] 5/9 12/17 15/1 25/4
continue [1] 73/22
CONTINUED [1] 2/1
continuing [1] 74/8
contracts [1] 27/6
control [1] 74/4
convey [1] 4/18
convinced [1] 67/19
cooperative [1] 23/18
coordinate [1] 5/13
coordinated [1] 67/11
coordination [1] 67/13
coping [1] 65/12
corporate [1] 3/20
correct [11] 7/15 10/19 19/9 28/15 39/4 39/5 46/19 60/10 60/24 72/25 80/3
corrupt [1] 9/15 9/22 15/22
corruption [3] 8/23 11/15 75/10
could [50] 6/23 7/1 10/1 11/5 12/20 13/2 14/3 14/5 14/5 15/4 16/6 18/12 19/1 19/5 19/8 19/12 21/23 22/4 25/23 25/23 26/15 29/25 31/16 32/8 32/17 32/23 33/1 33/4 33/6 33/7 33/7 34/19 41/25 42/2 42/3 43/16 45/24 47/24 48/2 48/25 49/12 49/21 49/24 50/21 51/7 60/22 61/14 79/10 79/11 79/12
couldn't [7] 13/19 35/19 47/22 48/15 49/20 52/9 67/23
counsel [10] 2/9 3/10 4/10 12/5 20/1 42/19 54/11 56/17 76/13 79/20
country [1] 38/16
couple [4] 36/4 41/7 51/12 55/23
course [1] 77/3

## court [95]

Court of Appeals [1] 79/14
Court's [4] 5/2 24/14 27/16 32/15
Courthouse [1] 2/17
courts [5] 5/12 5/15 48/17 51/14 64/2 66/2 71/5
covers [1] 46/12
create [1] 75/10
created [4] 9/8 12/13 15/25 20/7
credit [1] 10/24
criminal [2] 15/23 16/15
criminally [1] 47/25
cross [2] 60/7 68/24
cross-motions [1] 60/7
crossing [2] 69/13 70/21
CRR [2] 80/2 80/8
cue [1] 70/8
CUMMINGS [7] 1/6 8/10 42/4 53/10 53/20 55/8 62/2
Cummings' [2] 7/2 73/13
curious [1] 49/4
cut [1] 66/7
CV [1] 1/5

## D

D.C [4] 1/5 1/21 2/10 2/18
D.C. [9] 5/8 11/3 24/18 34/5 42/16 42/18 42/21 43/4 63/24
D.C. Circuit [9] 5/8 11/3 24/18 34/5 42/16 42/18 42/21 43/4 63/24
data [1] 65/11
Date [1] 80/7
Daugherty [1] 58/7
day [2] 21/1 24/5
days [5] 77/12 77/17 78/1 78/5 79/14
deal [2] 66/20 68/7
dealing [1] 61/3
dealings [4] 52/4 52/4 52/10 74/7
deals [1] 67/9
Debate [15] 28/14 52/24 53/2 53/5 53/21 54/6 54/12 65/15 65/17 65/20 66/6 66/16 66/25 67/4 76/22
decide [3] 12/16 48/25 64/2
decided [2] 20/13 62/19
deciding [1] 48/19
decision [13] 4/20 4/25 5/21 18/15 21/7 36/10 39/20 42/16 42/18 51/19 61/23 63/13 63/25
decision-making [2] 18/15 21/7
decisions [2] 17/24

**D**

decisions... [1] 63/24
Defendants [2] 1/7 2/2
Defense [1] 56/17
defer [1] 48/17
definitely [3] 50/8
59/21 59/22
definitively [1] 68/14
delay [1] 63/9
delaying [1] 5/16
delegated [1] 65/11
demarcation [1] 39/11
deny [2] 9/7 79/4
depose [1] 28/11
deposition [1] 53/20
depositions [1] 30/7
depth [1] 35/4
described [1] 9/3
deserve [1] 5/2
destroyed [2] 47/1
47/4
determination [2] 11/9
15/10
determinations [2]
21/4 36/15
determine [11] 15/8
17/22 18/9 25/22 26/18
27/19 36/10 40/25
50/19 59/15 73/14
determined [1] 49/15
determining [3] 15/15
26/21 69/19
device [1] 49/19
diary [2] 50/11 65/2
did [17] 20/21 20/24
24/18 29/14 31/5 34/20
35/4 43/4 52/8 52/15
60/20 61/17 64/7 70/20
72/15 73/12 79/6
didn't [8] 29/23 32/19
34/9 53/12 53/25 62/2
68/15 72/11
different [21] 8/2 9/9
16/7 19/7 22/5 34/6
37/4 52/22 54/2 56/25
57/15 57/15 57/17
62/21 65/8 66/3 68/17
70/25 71/14 75/8 75/13
differently [1] 36/1
difficult [1] 46/3
directed [2] 5/8 66/11
direction [1] 57/22
directly [3] 13/1 20/7
26/20
disagree [6] 8/17 14/3
21/21 26/5 33/22 36/20
disappointed [1] 23/14
discern [1] 67/10
discernible [1] 35/11
discharge [1] 51/17
disclose [2] 47/17
59/16
disclosed [4] 31/15
44/23 59/21 76/3
disclosure [5] 17/17
19/14 44/17 44/23
45/14
disclosures [3] 9/2

13/19 68/25
discovery [17] 28/8
28/20 29/11 29/13
32/12 33/8 33/18 33/19
53/10 60/12 76/21
discuss [2] 13/5 20/15
discussed [1] 63/12
discussion [4] 6/10
7/19 53/23 54/24
dismiss [3] 32/24 60/6
71/22
dismissed [1] 61/6
dispute [2] 62/1 62/10
disputes [1] 33/3
dissatisfied [1] 75/16
disserving [1] 35/1
DISTRICT [7] 1/1 1/2
1/10 5/11 40/24 51/14
63/12
do [80] 5/8 6/6 6/11
7/20 7/21 8/17 11/11
14/8 14/11 17/6 17/8
21/11 23/3 25/9 26/14
26/15 26/16 29/7 29/17
30/12 33/8 34/15 35/12
37/8 37/14 37/23 38/4
40/18 40/24 41/8 43/11
43/11 43/19 43/22
45/13 45/15 45/19
45/23 46/11 48/8 48/13
48/15 49/1 53/18 53/20
53/22 54/25 55/4 55/8
55/24 55/25 56/13
56/22 57/1 57/2 57/5
60/3 60/5 61/22 62/17
63/10 63/10 63/16 64/2
64/10 69/8 69/14 70/12
70/12 73/2 75/23 76/4
76/9 77/4 77/12 77/13
77/19 77/25 78/21 79/8
Do they [1] 7/21
do you [3] 43/11 43/19
60/5
document [2] 31/15
71/8
documents [9] 25/14
27/4 27/10 28/17 30/7
33/13 42/6 42/11 59/5
does [25] 6/24 7/20
9/10 15/11 22/22 23/3
25/25 26/22 39/6 44/20
46/5 46/13 52/24 53/6
53/7 56/25 59/13 65/24
67/15 69/10 69/10
69/16 69/16 73/11 74/2
doesn't [9] 11/10 16/22
18/25 27/9 41/12 54/15
63/15 67/15 78/10
doing [13] 19/18 20/25
23/17 23/23 40/5 40/25
41/5 48/9 50/1 52/17
58/18 60/15 68/16
don't [69] 7/3 7/23 9/7
11/8 12/18 13/8 13/10
14/14 15/13 15/20 16/2
16/20 18/23 19/22
21/11 21/15 21/21 22/3
23/22 26/5 27/7 27/17
28/5 29/2 29/6 29/6

30/1 30/1 31/23 31/23
32/3 32/3 32/1 36/5
33/22 37/12 41/23 43/9
43/16 43/25 45/3 45/5
45/6 47/20 48/10 48/24
53/4 58/8 58/8 58/19
61/8 63/11 63/17 66/19
66/19 66/23 67/22
67/24 69/11 71/7 71/20
76/21 77/4 77/20 78/8
78/12 78/16 79/15
79/23
DONALD [2] 1/3 3/7
done [16] 8/15 24/17
24/18 25/9 30/13 31/1
35/21 47/14 49/20 55/1
58/17 61/16 74/1 74/13
75/17 76/14
door [1] 39/6
Douglas [2] 2/5 4/6
Douglas Letter [1] 4/6
douglas.letter [1] 2/11
down [4] 30/7 37/3
40/1 42/17
drag [1] 30/18
dragged [1] 62/11
draw [1] 24/20
drawn [1] 41/2
draws [1] 31/24
driven [1] 21/7
drop [1] 64/10
due [1] 51/2
duties [2] 51/17 73/3

**E**

each [2] 35/18 36/7
earlier [2] 70/11 75/6
early [1] 9/12
Eastland [11] 5/9 5/15
18/24 32/22 51/11 53/2
53/22 54/8 62/12 65/18
65/23
easy [1] 70/10
effective [4] 35/21 66/9
67/22 77/17
effectively [1] 67/11
69/19
effort [5] 6/20 20/3
31/7 39/8 67/11
either [5] 60/6 60/12
75/24
elected [1] 74/11
ELIJAH [1] 1/6
eloquently [1] 38/1
else [3] 10/12 30/25
49/13
emblematic [1] 67/13
embrace [1] 41/3
emoluments [15]
12/21 12/23 13/12
13/15 13/23 13/25 14/6
14/8 14/24 15/3 16/22
16/25 17/6 17/15 36/1
emphasized [4] 5/15
38/10 51/11 68/25
encompass [1] 12/3
encroach [1] 35/16
encroachments [1]
36/25

end [9] 14/16 24/5
24/12 25/3 26/24 27/22
66/1 68/11 79/8
ends [1] 37/3
enforcement [22] 6/21
7/16 13/16 13/20 13/25
14/12 14/15 15/1 17/3
18/3 25/4 25/10 27/2
27/7 27/8 31/6 67/12
68/24 69/16 72/24 73/5
75/12
engage [4] 6/20 14/11
47/22 67/11
engaged [2] 18/20
73/15
engaging [3] 15/22
29/16 47/25
enough [1] 35/23
enterprise [2] 9/15
9/22
entirely [1] 43/14
entities [3] 3/20 7/10
15/9
entitled [1] 67/24
especially [1] 44/11
essence [1] 21/6
essentially [3] 40/14
54/9 78/4
estate [1] 23/18
et [8] 1/3 1/6 3/7 3/9
47/18 60/16 73/4 73/9
et al [1] 3/9
et cetera [3] 47/18
60/16 73/9
ethics [11] 7/9 19/14
19/14 20/13 42/7 45/7
45/12 52/20 68/25 70/3
70/17
Ethics in Government
Act [5] 45/7 45/12
52/20 70/3 70/17
evaluate [2] 37/13
67/20
even [16] 10/24 14/19
18/24 19/12 24/9 30/9
31/16 41/4 41/11 41/14
42/11 46/10 48/5 50/15
66/10 71/5
event [1] 78/6
eventually [1] 46/22
ever [2] 70/5 71/5
every [6] 20/14 34/1
34/13 38/23 39/21 70/5
everybody [1] 33/14
everyone [2] 3/5 79/23
everything [7] 12/9
14/12 24/19 32/25 46/5
46/13 48/13
evidence [10] 5/20
6/13 8/11 21/17 30/9
71/18 71/23 72/2 72/5
75/24
evoked [1] 53/17
exactly [3] 24/21 63/7
70/18
example [16] 15/4 16/9
18/9 19/12 20/12 25/24
26/13 35/6 36/12 36/24
44/5 47/20 49/14 50/4

61/2 61/18
exceed [2] 6/23 17/7
36/8
Excellent [1] 38/6
except [1] 39/4
executive [3] 18/11
23/21 62/10
exercise [2] 10/17 74/4
exhaustively [1] 76/10
exist [4] 11/10 43/20
43/23 57/12
existence [1] 11/5
exists [2] 44/4 55/19
exit [1] 11/25
expediency [1] 5/1
expedited [2] 32/24
62/7
expediting [1] 32/19
expedition [3] 33/5
79/10 79/14
expeditious [1] 5/11
expenditures [1] 46/18
explained [1] 42/20
expose [2] 35/14 67/5
exposure [1] 35/15
expressed [1] 38/11
expressly [1] 24/7 53/1
extend [1] 74/7
extension [1] 45/17
extensive [1] 40/15
extent [6] 12/9 17/4
17/6 68/5 76/16 76/24
extreme [1] 79/14
extremely [2] 44/10
63/20
Exxon [1] 5/14

**F**

face [2] 17/14 21/16
facially [3] 24/5 24/12
24/12
fact [11] 7/22 14/1 21/1
33/16 39/11 39/25 40/2
43/17 48/21 53/8 78/9
factors [1] 64/10
facts [8] 33/6 35/5 35/7
35/10 61/25 62/1 71/20
71/22
factual [1] 33/3
failing [1] 73/4
fair [3] 17/24 31/5
35/23
fairly [1] 25/1 47/16
fall [1] 9/2
falls [1] 65/13
familiar [1] 35/9
famous [1] 49/16
far [8] 9/9 26/14 34/12
39/18 50/10 61/11 71/4
73/11
fashion [1] 6/17
fast [1] 78/1
favor [1] 37/5
federal [6] 7/10 15/17
18/4 23/14 44/12 46/5
feel [3] 25/17 29/14
34/20
feels [2] 30/4 36/1
fenced [1] 20/18

**F**

few [2] 19/16 77/12
fewer [2] 35/20 35/22
figure [5] 50/6 71/18
72/2 72/8 77/9
filed [4] 72/10 32/23
33/4 33/9
filings [1] 6/17
filled [1] 20/15
finances [3] 7/9 7/13
13/19
financial [14] 10/16
12/7 13/11 13/19 15/9
18/9 45/14 52/4 52/10
56/4 56/9 56/25 57/9
73/22
financially [1] 52/1
find [8] 14/13 25/15
31/3 32/18 32/22 33/2
68/22 70/13
fine [1] 72/21
first [11] 6/20 7/7 34/2
34/4 41/8 41/24 59/2
61/16 65/21 66/5 73/13
First Amendment [4]
34/2 34/4 65/21 66/5
fit [1] 52/25
flagrantly [1] 68/3
Florida [1] 49/17
focused [2] 10/22
18/19
folks [1] 30/7
foot [1] 34/20
footnote [2] 65/23 71/2
Footnote 14 [1] 65/23
For Mazars USA [1]
3/23
foregoing [1] 80/3
foreign [4] 15/6 15/7
74/4 74/20
forever [1] 70/1
forfeiture [2] 10/11
13/6
form [2] 45/14 76/15
forms [2] 20/15 27/13
forth [3] 10/8 21/17
29/23
fortunately [2] 50/14
51/9
forward [2] 17/1 34/20
found [3] 14/14 22/9
70/19
four [3] 7/4 36/25 37/4
Fourth [1] 13/13
frame [1] 60/22
framed [2] 15/12 23/2
frankly [1] 21/6
fraud [2] 73/24 75/10
free [1] 47/22
Friday [2] 76/20 76/25
friend [5] 22/25 37/25
38/9 40/3 75/15
front [2] 62/22 63/5
fruitful [1] 54/24
frustrated [1] 12/15
frustrating [1] 38/23
FTC [1] 5/14
full [2] 5/2 25/4

fully [2] 34/9 76/10
fulsome [1] 35/20
function [17] 8/19 8/21
8/21 9/3 9/3 9/10 13/20
14/1 14/1 20/11 22/10
43/12 43/15 43/21
44/11 44/25 45/24
functions [5] 5/13 5/16
fundamental [1] 38/18
funds [1] 68/2
further [8] 13/5 27/20
59/8 64/1 64/13 75/24
76/8 78/10
furtherance [1] 50/22
fuzzy [1] 23/8

**G**

gather [1] 55/18
gathers [1] 59/17
gave [1] 47/2
general [7] 2/9 9/12
35/13 40/4 58/7 73/2
75/11
generally [2] 26/19
57/2
gentlemen [1] 4/11
get [30] 4/12 15/9
17/20 24/5 24/6 27/16
29/3 29/18 30/25 31/10
31/10 33/9 34/8 34/22
39/9 41/14 41/15 60/25
63/15 65/1 65/2 67/2
67/19 71/2 71/8 71/18
73/24 74/10 74/14
79/21
gets [1] 26/4
getting [4] 24/7 35/21
38/15 77/11
give [12] 5/4 25/16
27/4 27/10 29/5 29/5
30/21 37/17 55/21
56/14 56/24 58/2
given [5] 5/11 22/5
29/24 31/7 39/23 44/12
59/9 60/14 79/9
go [13] 7/3 9/6 26/6
26/23 29/23 35/4 37/11
45/25 48/10 51/5 67/2
69/1 73/11
goes [3] 9/11 69/2 69/3
going [31] 12/13 15/8
18/1 19/19 21/12 27/9
28/12 29/4 29/4 30/6
30/18 32/5 33/14 34/6
36/10 36/13 37/24 42/1
45/8 45/10 48/9 48/10
52/6 53/18 55/15 58/16
58/16 62/16 68/5 68/21
69/25
good [15] 3/5 3/12
3/16 3/17 3/21 3/22
3/24 3/25 4/5 4/10 4/11
23/10 35/25 37/10 47/5
good morning [6] 3/12
3/16 3/21 4/5 4/10 4/11
got [8] 30/14 33/14
35/8 45/18 63/23 63/25
68/19 77/12
govern [1] 52/4

government [14] 5/12
11/24 42/8 47/20 47/23
45/12 46/5 46/13 52/5
52/11 52/20 70/3 70/17
Government Act [1]
42/8
governments [2] 15/7
74/4
governs [1] 47/16
grab [1] 7/3
gravity [1] 5/23
Grooms [1] 10/7
ground [4] 10/7 10/7
17/21 45/4
grounds [1] 7/4
GSA [3] 52/3 52/14
52/18
guess [8] 10/14 17/2
17/4 20/20 25/7 29/9
61/19 78/15

**H**

had [34] 5/18 7/19
12/16 18/9 19/1 19/5
19/8 21/23 23/14 23/16
28/3 29/10 29/20 29/24
29/25 32/3 32/16 33/7
33/19 34/16 37/11
39/23 39/25 50/21
54/13 54/17 54/24
55/10 58/14 71/12
74/11 74/13 76/11
76/22
hadn't [1] 53/16
half [1] 10/24
halt [1] 5/13
hand [1] 40/11
handed [1] 47/2
handled [1] 23/15
Hanner [2] 2/8 4/9
happen [2] 23/9 24/10
happened [2] 44/7
62/9
happy [5] 6/9 56/21
57/4 57/24 61/22
harass [1] 39/8
has [104]
hasn't [3] 25/9 34/16
76/17
hasty [1] 4/25
have [82]
haven't [9] 32/16 34/16
52/25 53/3 61/18 71/21
72/5 76/12 78/11
having [4] 21/17 63/19
66/4 74/1
he [47] 7/4 7/7 14/24
16/24 18/11 19/22
20/15 28/17 28/17
29/18 42/5 45/13 46/7
47/22 47/24 47/25
50/11 52/8 52/9 52/11
52/15 53/9 53/12 53/22
53/16 53/20 53/20
53/22 54/21 54/23 55/8
56/3 58/17 63/19 63/22
65/2 67/6 70/8 73/23
74/3 74/3 74/5 74/10
74/10 74/11 74/11

74/11
he'll [2] 29/4 29/5
he's [19] 9/16 15/16
19/21 19/23 29/1 29/3
29/4 38/15 42/12 44/23
45/9 45/10 45/19 45/23
47/24 48/1 57/11 62/3
75/17
head [2] 65/8 74/21
healthcare [1] 27/10
hear [2] 6/1 6/9
heard [13] 15/5 45/6
48/12 57/10 59/20
64/25 65/1 72/6 72/16
75/14 76/17 78/25
hearing [4] 4/19 5/4
32/4 33/12 62/21 63/3
63/5 63/20
hearings [2] 24/24
31/19
hearsay [1] 72/4
heavily [1] 48/19
held [1] 23/1
help [2] 27/5 55/16
helpful [1] 32/12
here [52] 4/1 4/22 8/2
13/16 14/19 16/17
17/21 21/11 22/25
23/20 23/24 25/9 26/5
26/16 33/14 35/9 36/15
37/21 38/2 39/4 39/18
41/2 41/9 42/16 43/21
45/9 46/17 47/7 48/13
48/25 50/5 51/13 51/22
52/8 53/24 54/16 58/1
58/11 58/18 60/11 61/7
61/10 62/1 62/16 63/9
66/8 67/25 68/21 69/24
75/13 77/22 79/10
here's [2] 30/2 75/22
hesitant [1] 67/18
hesitation [1] 27/16
Hey [3] 27/9 32/24 33/7
hidden [1] 24/16
high [1] 56/20
high-level [1] 56/20
highly [2] 62/7 74/6
him [6] 9/17 15/9 55/16
62/6 74/2 74/4
himself [2] 52/1 52/16
his [27] 7/8 7/13 9/2
15/9 17/23 20/15 28/17
34/20 34/20 38/11
38/12 38/12 38/15 39/9
44/17 44/17 45/9 49/11
52/13 56/2 65/2 68/2
73/2 73/15 73/16 73/19
74/21
historically [1] 9/22
history [1] 71/1
hoc [1] 11/1
hold [1] 74/20
Honor [74] 3/6 3/12
3/17 3/22 4/3 4/5 6/2
6/6 6/15 6/16 9/4 10/7
13/17 14/17 15/13
17/10 18/2 18/18 20/12
24/15 25/1 30/1 33/1

34/3 34/25 36/1 36/6
36/19 37/15 37/18
37/20 38/7 39/5 39/13
39/22 40/23 41/23
42/14 43/2 43/22 45/2
46/19 47/10 48/4 50/9
56/14 56/18 56/21 57/4
58/2 59/11 60/9 61/22
62/5 63/8 63/20 64/16
64/19 65/6 65/15 66/2
67/18 67/19 68/18 71/1
71/9 72/17 73/20 74/25
75/6 77/2 78/23 79/6
79/18
HONORABLE [2] 1/10
3/3
hope [7] 32/8 32/19
38/2 52/6 61/7 66/21
77/19
hoped [1] 68/8
hotel [3] 52/9 74/10
74/14
HOUSE [28] 2/8 2/9 3/8
4/6 13/3 20/14 32/23
36/2 38/14 40/11 40/19
40/19 42/19 42/20
42/20 42/22 44/12
50/14 55/3 59/4 59/6
60/17 62/11 62/14
65/12 65/17 75/16 76/1
House's [1] 63/9
how [25] 15/20 20/15
25/12 27/7 29/17 30/15
30/20 30/22 38/20
40/24 40/24 45/23 47/7
48/8 48/25 52/24 58/5
60/5 67/23 69/11 71/2
71/18 73/11 75/22
78/21
however [1] 59/14
HR1 [1] 68/1
Hypothetically [1] 50/8
hypotheticals [1]
50/10

**I**

I also [1] 27/17
I am [4] 26/25 37/21
42/24 50/9
I apologize [2] 75/3
I assume [2] 72/4
77/17
I believe [7] 5/7 20/3
24/21 45/14 49/15 74/9
79/9
I can [6] 9/18 22/15
34/12 36/9 65/9 76/6
I can't [3] 24/9 26/14
26/16
I cannot [2] 36/23 37/2
I did [2] 29/14 35/4
I don't [7] 21/21 26/5
28/5 31/23 43/16 45/3
48/24
I don't know [6] 19/22
27/7 30/1 47/20 67/22
78/8
I don't think [14] 12/18
16/2 18/23 21/11 22/3

**I**

**I don't think... [9]** 30/1 31/23 32/18 43/9 45/6 63/11 66/23 67/24 76/21

**I guess [5]** 10/14 17/2 25/7 29/9 78/15

**I have [6]** 10/4 11/8 25/21 26/9 26/10 39/13

**I hope [4]** 32/19 38/2 61/7 66/21

**I just [4]** 36/20 37/7 45/18 64/13

**I know [7]** 13/9 34/23 40/9 55/15 59/4 64/5 78/7

**I mean [15]** 10/4 19/6 21/3 24/8 25/11 25/20 26/12 31/18 41/2 46/16 49/5 49/23 54/8 58/5 60/3

**I should [1]** 79/4

**I think [67]** 8/2 11/20 19/10 19/25 20/15 21/8 21/16 22/11 22/14 22/15 22/17 22/22 23/10 23/19 23/24 24/3 25/1 26/4 26/12 26/20 27/15 28/2 30/23 32/22 33/2 33/10 34/7 34/19 35/24 39/21 42/15 44/1 45/3 45/9 45/9 45/10 45/25 46/10 46/23 48/15 51/11 51/11 53/12 53/16 53/17 54/11 56/3 61/1 62/20 62/25 64/2 65/1 67/19 67/22 68/3 68/6 69/20 70/6 71/11 72/22 74/10 75/5 75/14 75/22 76/7 76/9 76/17

**I thought [3]** 11/18 15/21 25/8

**I understand [10]** 18/21 23/25 27/14 29/20 33/22 36/1 43/16 47/13 65/16 69/12

**I want [4]** 4/12 30/21 38/7 50/11

**I was [8]** 29/9 37/23 37/24 46/20 47/12 55/12 55/15 65/16

**I'd [7]** 6/10 16/11 21/16 30/19 45/2 49/24 61/22

**I'll [18]** 13/1 17/20 34/21 36/22 37/17 38/3 38/5 38/22 41/15 64/21 76/5 76/19 78/21 79/21

**I'm [45]** 6/9 9/20 9/21 13/17 15/4 15/25 18/1 19/19 24/6 26/18 26/22 30/15 34/25 35/19 36/23 37/2 37/8 41/19 42/13 42/16 42/24 45/8 47/10 47/10 47/16 47/23 48/8 48/24 49/4 50/6 50/23 53/3 53/4

53/8 53/14 54/15 55/12 56/1 56/7 69/11 69/12 72/9 72/9 72/21 77/7

**I'm asking [1]** 9/21

**I'm going [1]** 18/1 19/19 45/8

**I'm just [5]** 15/4 47/10 50/6 58/1 72/9

**I'm not [6]** 9/20 26/22 35/19 42/13 72/9 77/7

**I'm not sure [2]** 47/23 48/24

**I'm sorry [3]** 15/25 47/10 53/14

**I've [15]** 5/18 13/8 19/6 21/9 27/23 34/14 34/14 35/7 35/7 35/8 35/8 35/9 61/7 67/19 75/14

**i.e [1]** 65/11

**identified [3]** 13/18 17/21 19/6

**identifies [1]** 7/4

**identify [2]** 7/21 7/23

**ignore [2]** 17/10 27/18

**ignoring [1]** 45/21

**illegal [4]** 68/21 73/15 73/19 74/13

**imagine [9]** 10/9 14/5 32/1 34/19 35/9 36/23 37/2 37/7 37/12

**imagined [1]** 11/5

**immediately [2]** 30/25 33/5

**impacts [1]** 49/13

**impair [2]** 17/23 20/10

**impartial [1]** 17/24

**impeachment [1]** 73/17

**importance [1]** 5/23

**important [5]** 5/1 12/12 23/24 39/18 44/10

**improperly [1]** 8/15

**In fact [1]** 78/9

**inaccurate [2]** 70/19 70/20

**inadmissible [1]** 68/13

**inappropriate [1]** 66/23

**including [2]** 10/25 28/21

**incompetent [2]** 51/16 51/20

**inconsistencies [1]** 25/6

**incorrect [1]** 4/17

**independent [1]** 8/19

**independently [1]** 28/20

**individual [3]** 31/9 54/11 70/13

**inefficiencies [1]** 8/23

**inferences [1]** 24/20

**inferior [1]** 20/6

**inflating [1]** 17/16

**inform [2]** 27/5 27/13

**information [7]** 32/13 57/15 59/14 65/7 65/7 76/20 77/8

**informative [2]** 44/11

46/21

**injunction [9]** 13/5 29/15 33/12 33/21 34/4 34/22 61/4 61/15 78/2

**injunctive [1]** 78/3

**injury [2]** 64/6 78/16

**inquiring [1]** 16/14

**inquiry [2]** 24/14 51/7

**inside [1]** 23/21

**insider [2]** 47/22 47/25

**instance [1]** 49/23

**instances [1]** 10/9

**institution [2]** 57/1 57/10

**instruments [1]** 29/2

**insulated [1]** 4/15

**insurance [1]** 27/11

**Intelligence [2]** 56/4 56/6

**intend [2]** 60/3 78/21

**intended [3]** 4/18 11/18 31/21

**intending [1]** 12/2

**intent [1]** 31/25

**interest [10]** 12/3 17/23 18/10 18/13 18/14 18/14 19/11 32/15 51/23 74/3

**interested [3]** 28/18 31/3 48/17

**interesting [3]** 11/12 33/2 58/20

**interests [4]** 4/24 15/7 51/25 74/20

**interfering [1]** 5/16

**interlock [1]** 43/23

**internal [2]** 11/14 70/23

**interpreted [1]** 11/20

**interrogatories [1]** 28/10

**interrupt [1]** 38/5

**intersection [1]** 4/23

**intervene [2]** 55/2 55/5

**invade [2]** 23/20 66/15

**invading [1]** 46/7

**invalid [1]** 58/6

**invalidate [1]** 69/3

**investigate [13]** 9/17 15/7 17/25 18/12 23/17 31/8 35/13 40/13 40/18 44/19 48/3 70/12 73/19

**investigated [2]** 13/20 46/17

**investigating [3]** 10/23 38/25 50/20

**investigation [23]** 7/11 7/13 9/1 10/1 10/15 10/17 12/25 13/24 14/12 14/15 15/24 16/3 18/21 24/1 24/13 32/5 39/1 39/11 40/13 44/7 44/7 48/10 49/1

**investigation's [1]** 10/23

**investigations [4]** 9/23

16/9 18/20 43/13

**investigatory [2]** 5/16 7/24

**investments [1]** 47/18

**invoke [3]** 28/13 53/5 53/8

**invoked [4]** 52/25 53/3 65/17 76/23

**involve [2]** 36/10 37/1

**involved [2]** 9/14 13/9

**involves [1]** 4/23

**involving [5]** 5/1 36/11 54/9 58/12 62/21

**Iraq [1]** 44/8

**ironic [1]** 58/10

**irrelevant [2]** 51/16 62/4

**irreparable [2]** 64/5 78/16

**is [320]**

**is there [3]** 49/8 49/25 50/21

**isn't [9]** 16/20 22/8 23/1 25/12 30/4 30/6 36/10 55/25 75/15

**issuance [1]** 7/4

**issue [10]** 10/10 12/12 23/12 34/13 58/22 60/11 61/24 70/23 75/11 79/11 79/15

**issued [8]** 5/6 5/21 5/22 8/10 41/10 59/6 60/23 63/15

**issues [6]** 4/22 5/1 5/23 5/24 21/10 75/8

**issuing [2]** 49/18 71/6

**It [167]**

**It was [1]** 20/2

**it would be [2]** 61/19 78/13

**it's [58]** 13/3 16/15 17/13 18/25 19/2 19/4 20/3 21/20 22/15 23/7 26/8 26/9 26/14 29/13 30/8 33/10 33/15 39/14 39/19 39/20 40/5 41/4 41/8 41/10 42/2 42/24 42/24 43/10 44/1 45/20 45/25 46/2 46/3 48/10 48/13 58/10 60/19 61/16 63/11 65/4 65/18 66/10 66/18 66/20 66/23 70/21 70/21 71/13 71/17 71/20 71/22 71/24 72/1 73/23 75/14 76/2 76/14 78/9

**its [20]** 6/23 7/2 10/4 10/6 10/6 10/17 10/17 13/4 16/10 20/13 22/10 24/20 43/13 51/17 59/24 60/18 64/24 64/24 65/13 67/3

**itself [6]** 8/21 17/14 25/11 33/24 40/16 69/15

**J**

**jail [1]** 73/7

**January [1]** 20/14

**Jay [1]** 23/13

**jbernstein [1]** 2/4

**Jerry [2]** 2/2 3/23

**jibes [1]** 15/20

**job [1]** 35/21

**Jody [1]** 4/8

**Jordan [4]** 29/3 29/18 30/24 67/6

**Josephine [1]** 2/7

**josephine.morse [1]** 2/13

**judge [11]** 1/10 4/25 12/3 12/4 19/19 19/20 33/17 33/23 62/22 63/5 63/25

**Judge Leon's [1]** 63/25

**Judge Ramos [1]** 62/22

**Judge Silberman's [2]** 19/19 19/20

**judges [1]** 4/15

**judgment [11]** 33/5 33/9 60/7 60/19 61/20 61/20 61/23 71/17 71/20 77/16 77/21

**judicial [1]** 21/7

**judiciary [1]** 23/21

**just [59]** 4/21 6/2 7/22 11/19 13/2 15/4 16/21 17/10 19/6 20/20 20/24 21/19 23/22 24/1 24/22 26/8 26/25 29/25 32/10 32/16 32/17 33/15 34/9 34/21 36/17 36/20 37/7 37/23 38/15 42/17 43/4 45/18 45/24 46/12 46/20 46/20 47/10 50/6 50/10 51/9 51/13 52/17 55/22 56/14 57/7 58/1 60/19 62/3 62/17 63/2 64/1 64/4 64/13 65/5 72/9 75/12 76/9 76/21 78/25

**K**

**keep [3]** 32/24 61/14 79/16

**kept [1]** 59/25

**key [6]** 42/8 42/15 46/1 46/21 48/11 64/8

**Kilbourn [4]** 22/12 23/1 23/9 71/5

**kind [4]** 14/23 25/14 63/20 64/9

**kinds [3]** 27/13 44/5 57/2

**knocks [1]** 37/3

**know [59]** 8/13 8/14 9/23 13/8 13/9 16/24 18/18 19/22 25/5 25/5 27/7 29/23 30/1 30/19 30/21 31/22 32/1 32/9 34/23 36/24 39/17 40/9 40/9 42/9 45/12 46/25 47/20 48/8 48/16 48/22 49/23 51/4 53/22 55/15 58/9 58/19 59/4

**K**

**know...** [21] 60/17 63/13 63/17 64/5 66/16 67/17 67/18 67/22 69/24 71/7 71/20 74/5 74/15 74/16 74/16 74/17 74/18 74/19 78/7 78/8 78/12
**knows** [3] 10/7 34/3 71/1

**L**

**lack** [1] 18/16
**lacks** [1] 6/18
**Ladies** [1] 4/11
**lag** [1] 62/17
**laid** [1] 76/18
**largely** [1] 30/10
**last** [5] 4/17 36/18 63/17 64/4 77/15
**lastly** [2] 71/9 77/15
**later** [3] 20/25 71/5 76/5
**law** [38] 6/20 7/16 8/18 13/15 13/20 13/25 14/12 14/15 15/1 15/16 15/17 15/19 15/23 16/15 17/3 18/3 18/5 23/10 25/4 25/10 27/2 27/7 27/8 31/6 31/24 33/10 34/2 34/24 43/11 52/10 67/11 68/24 69/16 72/24 72/24 73/5 73/9 74/5
**lawful** [1] 51/17
**laws** [6] 12/3 17/17 19/11 19/14 20/13 75/12
**lawyer** [1] 34/19
**lays** [1] 20/1
**learned** [2] 47/4 47/5
**lease** [3] 52/12 52/13 52/18
**least** [10] 10/17 13/15 22/14 28/3 43/16 68/7 69/14 76/3 76/6 77/25
**leave** [4] 20/25 75/23 76/19 78/15
**lectern** [1] 3/10
**leg** [1] 10/22
**legal** [9] 12/5 17/19 20/1 30/8 30/8 34/9 60/11 60/19 61/24
**legislate** [5] 6/21 20/22 25/13 27/9 32/5
**legislation** [39] 6/22 7/5 8/3 8/12 8/20 11/4 11/9 14/16 14/20 15/3 16/18 16/23 17/7 18/10 19/1 19/3 19/5 19/7 19/13 21/23 21/25 22/2 25/24 27/5 36/11 36/16 37/1 37/5 37/11 42/1 45/22 49/1 50/20 65/8 69/12 69/17 69/23 70/2 75/15
**legislative** [33] 4/24 6/18 6/25 7/17 10/2

**10/18 18/7 18/17 18/22 20/11 23/7 23/17 24/13 24/14 24/24 27/2 27/14 27/19 31/7 32/11 40/18 43/12 43/17 44/20 48/5 48/9 51/8 62/11 65/13 65/19 66/12 66/15 70/14 75/18**
**legitimate** [11] 6/18 18/16 18/22 21/13 43/7 62/1 65/19 66/11 66/14 74/22 75/18**
**lengthy** [2] 53/23 74/8
**Leon's** [1] 63/25
**less** [3] 10/12 15/17 43/3
**let** [4] 5/25 6/1 17/20 22/7
**let's** [17] 6/8 6/10 7/1 7/6 12/21 21/19 25/14 27/21 31/10 33/8 33/9 38/20 46/23 70/18 73/23 74/13 78/20
**letter** [14] 2/5 4/6 8/9 17/12 17/14 19/22 25/21 37/9 64/17 67/4 68/18 72/15 74/24 77/22
**Letter's** [1] 75/6
**letters** [11] 8/10 10/5 11/2 25/2 25/3 30/14 39/4 41/9 69/9 69/11 78/24
**letting** [1] 63/21
**level** [2] 56/20 67/21
**liabilities** [1] 44/17
**liar** [2] 42/10 42/12
**libraries** [1] 47/3
**life** [3] 49/9 49/11 49/19
**like** [46] 5/8 6/10 8/6 8/14 12/9 14/10 14/12 14/14 21/17 23/9 23/13 23/16 24/1 24/14 25/10 25/13 26/25 27/8 27/11 30/5 30/7 30/19 30/24 32/10 36/14 45/2 49/24 50/1 54/12 55/10 60/19 63/24 64/4 64/23 67/15 67/17 68/22 69/16 69/17 70/9 70/11 70/18 74/7 76/4 77/6 77/16
**likelihood** [2] 64/9 79/4
**likely** [1] 48/12
**limitations** [1] 77/7
**limited** [5] 33/7 33/8 51/2 60/14 62/15
**limits** [9] 12/1 12/8 20/8 23/4 23/7 49/4 49/4 49/9 50/7
**line** [14] 26/6 26/6 26/23 26/23 31/24 39/10 51/6 51/6 60/15 60/16 68/23 69/13 69/21 70/21
**lines** [1] 41/2
**linked** [1] 18/7
**list** [1] 58/1**

**listen** [1] 59/22
**literally** [1] 71/18
**litigating** [1] 29/15
**litigation** [2] 13/9 13/9
**little** [5] 26/3 36/3 54/2 58/10 61/19
**LLP** [3] 2/2 3/23 3/23
**loan** [3] 49/24 73/24 74/14
**long** [6] 8/3 24/12 29/17 30/15 30/20 58/11
**longer** [1] 48/1
**look** [45] 8/9 14/6 16/11 19/21 21/22 23/22 23/22 24/2 24/9 24/16 24/19 24/21 25/3 25/10 25/11 26/13 27/3 30/2 35/11 36/21 36/22 42/12 43/17 45/20 46/4 46/23 49/24 51/5 52/15 52/19 52/21 55/10 58/16 58/16 60/14 60/15 68/17 69/15 69/16 69/16 69/16 70/18 73/2 73/8 74/23 76/2
**looked** [7] 23/16 24/22 24/23 27/1 32/10 44/6 44/6
**looking** [9] 24/15 43/1 49/18 51/6 51/23 60/15 67/24 72/23 73/5
**looks** [4] 14/12 24/1 27/7 70/18
**lose** [1] 78/13
**lot** [5] 4/17 19/21 21/4 45/9 79/21
**lots** [2] 33/13 33/13
**lower** [2] 39/25 58/6
**lying** [1] 73/24**

**M**

**M-u-n-a-f** [1] 61/2
**made** [17] 8/12 10/25 11/1 11/2 24/23 31/19 35/14 35/15 35/17 38/1 39/22 39/23 41/16 42/5 57/3 58/11 58/13
**mail.house.gov** [6] 2/11 2/12 2/12 2/13 2/13 2/14
**main** [5] 1/20 38/2 38/12 39/16 60/10
**major** [1] 36/15
**make** [26] 4/12 4/25 13/2 15/9 17/24 21/4 25/9 27/23 27/25 27/25 30/16 31/25 36/5 38/20 46/20 51/1 57/2 60/19 63/11 63/19 65/25 69/22 76/6 77/9 78/21 79/10
**makes** [2] 58/21 65/18
**making** [7] 18/15 21/7 26/1 39/14 40/3 50/4 72/22
**maladministration** [1] 8/23
**manner** [1] 40/14**

**many** [8] 8/9 19/23 24/19 32/2 46/24 46/25 47/1 47/3
**march** [1] 37/25
**marginal** [1] 70/22
**markets** [1] 27/11
**material** [2] 27/1 33/3
**materials** [2] 28/21 67/6
**matter** [12] 17/25 19/4 19/4 23/20 25/22 26/22 39/1 40/8 41/13 50/19 76/7 80/4
**matters** [5] 11/14 22/25 31/25 66/1 78/13
**may** [27] 1/6 14/24 17/23 25/2 27/15 27/15 28/16 28/17 29/13 30/21 32/12 32/12 42/7 57/11 57/12 64/13 66/1 67/6 70/13 72/16 73/14 74/14 74/15 74/16 77/15 78/25 80/7
**maybe** [20] 28/8 29/9 45/22 47/22 50/4 51/24 53/14 58/19 58/19 58/20 61/20 65/1 65/2 65/3 65/16 67/15 67/15 70/19 74/2 74/3
**Mazars** [10] 3/23 55/2 55/25 55/6 56/1 56/13 56/23 57/6 67/9 77/12
**MCCARTHY** [1] 1/14
**McCormack** [3] 12/8 20/9 68/4
**McGrain** [13] 9/11 35/6 39/18 39/19 39/22 41/12 58/5 58/21 60/20 68/8 73/1 75/5 75/12
**McPhaul** [2] 51/15 51/19
**me** [39] 3/14 4/8 5/8 5/25 6/1 9/15 13/3 13/14 17/21 19/21 21/3 21/3 21/6 22/7 24/4 26/10 26/12 27/4 35/12 38/4 38/23 39/7 40/16 41/3 43/10 45/16 47/17 51/10 55/11 56/14 58/2 60/6 68/18 72/21 73/12 76/25 78/4 78/5 79/23
**mean** [24] 8/17 9/15 10/4 11/8 16/20 19/6 21/3 24/4 24/8 25/11 25/20 26/12 29/19 31/18 33/16 41/2 46/16 49/5 49/23 52/12 54/8 58/5 60/3 77/11
**meaning** [2] 14/8 68/14
**means** [3] 48/22 73/8 75/17
**meant** [3] 42/20 42/21 73/12
**measurements** [1] 69/7
**mechanical** [1] 2/20
**mechanism** [2] 71/10 71/15
**media** [2] 4/15 30/14**

**meet** [3] 20/14 22/4 35/3
**meeting** [1] 51/21
**Megan** [2] 2/7 4/9
**Megan Barbero** [1] 4/9
**megan.barbero** [1] 2/13
**MEHTA** [2] 1/10 3/3
**member** [3] 28/16 31/16 70/23
**members** [3] 31/19 54/11 59/16
**memo** [8] 12/4 16/21 19/20 32/7 36/5 55/16 56/3 56/11
**memorandum** [12] 7/2 19/25 28/21 31/4 31/22 55/18 55/24 56/5 56/8 57/11 57/14 66/17
**memorandums** [1] 67/8
**memos** [1] 10/8
**mention** [1] 45/8
**mentioned** [4] 43/2 44/9 55/25 57/9
**Merit** [2] 2/15
**merits** [9] 6/11 6/16 35/2 35/25 61/5 61/11 61/18 64/10 77/18
**mic** [1] 32/3
**Michael** [2] 1/19 17/13
**Michael Cohen's** [1] 17/13
**michaelbest.com** [1] 1/22
**might** [13] 15/2 15/22 18/14 19/13 21/6 21/25 25/15 29/21 37/1 37/5 48/11 48/13 69/24
**military** [1] 46/8
**mine** [1] 45/18
**minimum** [2] 68/5 69/15
**minority** [6] 28/16 56/10 56/11 67/2 67/3 77/5
**mislead** [1] 43/25
**missions** [1] 65/11
**misunderstanding** [1] 38/18
**misunderstood** [1] 53/14
**modern** [1] 39/21
**modify** [1] 19/13
**moment** [7] 17/20 41/15 45/25 48/1 55/22 58/2 60/4
**money** [3] 46/2 46/5 46/12
**mooted** [1] 54/18
**more** [11] 29/21 30/15 31/3 32/17 34/15 35/20 39/21 63/18 63/18 68/9 71/4
**morning** [13] 3/5 3/12 3/16 3/17 3/21 3/22 3/24 3/25 4/2 4/5 4/10 4/11 21/15
**Morse** [1] 2/7 4/9**

**M**

mortgage [1] 49/24
Moscow [2] 74/10
74/14
most [6] 5/11 19/10
26/20 31/2 39/18 70/6
motion [8] 32/23 33/4
54/9 60/6 60/7 61/19
61/20 71/22
motions [3] 5/10 33/9
60/7
motive [5] 24/6 24/10
51/5 58/15 60/15
motives [3] 24/9 24/10
24/16
move [1] 61/23
Mr [1] 4/1
Mr. [51] 3/16 3/21 3/24
5/25 25/21 37/16 37/19
38/1 38/9 39/14 41/15
42/6 42/10 42/10 42/11
44/15 45/6 46/10 46/23
47/11 47/21 50/18 52/6
53/9 53/15 53/19 54/1
54/19 54/25 55/16 56/2
57/10 58/3 62/6 63/18
63/22 64/5 64/17 64/18
67/4 72/14 72/15 72/20
72/22 73/20 74/7 74/24
75/6 75/21 77/22 78/24
Mr. Bernstein [1] 3/24
Mr. Cohen [3] 42/6
42/10 42/11
Mr. Consovoy [34]
3/16 5/25 37/16 38/1
38/9 39/14 42/10 44/15
45/6 46/10 46/23 47/11
47/21 50/18 52/6 53/9
53/15 53/19 54/1 54/19
54/25 55/16 56/2 57/10
58/3 62/6 63/18 63/22
64/5 64/18 72/14 72/20
72/22 75/21
Mr. Consovoy's [1]
41/15
Mr. Letter [7] 25/21
37/19 64/17 67/4 72/15
74/24 77/22
Mr. Letter's [1] 75/6
Mr. Letters [1] 78/24
Mr. Passantino [1]
3/21
Mr. Trump [2] 73/20
74/7
Ms. [1] 56/19
Ms. Grooms [1] 56/19
much [8] 20/18 30/22
37/20 38/10 39/19
64/16 72/19 79/20
multiple [2] 20/16
27/12
Munat [4] 61/2 61/15
64/8 64/11
must [5] 5/11 17/19
18/6 20/14 71/23
muster [1] 22/4
my [23] 4/17 4/20 5/18
5/21 17/2 23/25 26/3

**N**

narrowly [2] 11/21
12/11
nature [2] 27/18 72/8
nearly [1] 38/23
necessarily [3] 21/15
66/7 70/4
necessary [4] 7/7
25/17 53/25 78/11
necessity [1] 5/15
need [26] 6/13 7/24
12/11 27/22 29/2 29/6
29/6 29/17 30/15 30/15
30/20 30/20 30/22
34/15 36/15 43/17
44/20 45/3 45/5 45/16
61/8 74/17 74/18 74/19
78/8 79/10
needs [1] 72/2
neglecting [1] 73/3
never [1] 68/19
new [5] 2/3 11/14 15/2
21/18 62/22
New York [1] 62/22
next [2] 50/21 62/24
nice [1] 66/18
Nixon [1] 47/5
no [47] 1/5 4/19 4/25
6/8 9/17 10/1 10/12
12/19 13/12 15/13
15/17 18/2 26/9 28/2
29/10 29/24 33/18
35/13 36/6 36/13 36/17
39/3 39/10 39/23 39/24
40/7 41/2 43/3 47/5
48/1 49/13 51/21 53/6
55/7 56/5 59/11 59/23
60/11 61/4 61/10 61/12
61/25 64/8 65/14 72/4
76/5 79/3
noise [1] 58/20
none [2] 17/8 78/12
normally [1] 57/3
Norris [2] 1/14 3/15
not [134]
noted [3] 65/23 77/22
78/14
notes [3] 33/11 33/24
42/18
nothing [13] 17/15
17/16 30/25 37/14
37/15 46/16 48/25
55/24 55/25 56/13
56/22 57/1 57/5
notice [1] 22/17
now [17] 3/2 7/17 19/6
21/18 25/14 36/24 43/8
46/23 47/6 47/22 49/14
55/2 60/17 61/23 63/20
62/22 77/17
nowhere [1] 50/14
nuisance [1] 38/14
number [2] 48/16

27/24 36/9 37/24 37/25
39/1 39/6 41/24 42/5
42/19 50/13 51/9 54/2
58/1 66/21 70/3 75/15
myself [1] 25/8

79/13
NY [1] 2/3

**O**

object [1] 68/13
objections [2] 6/6 72/5
obligation [1] 40/7
observed [1] 5/14
obstacles [1] 72/11
obtain [1] 77/8
obviously [17] 20/16
23/12 37/21 43/7 44/10
45/20 46/7 48/19 51/2
52/15 52/19 58/8 62/4
62/16 67/1 74/22 78/2
occur [1] 78/16
odd [1] 61/19
off [5] 20/18 49/9 52/17
56/17 66/7
offensively [1] 66/10
offered [5] 11/25 12/22
21/9 24/13 73/13
offering [1] 53/13
office [17] 2/9 2/10
3/19 7/9 8/22 9/9 12/4
15/22 19/25 20/5 20/9
22/5 48/1 52/1 73/15
73/16 73/19
Office of the President
[3] 20/5 22/5 52/1
officers [1] 20/6
Official [1] 2/16
officially [3] 53/17
58/17 58/18
often [1] 33/20 64/2
oh [4] 47/14 53/6 58/3
64/4
okay [20] 10/20 16/5
21/12 26/24 28/6 42/21
51/3 53/7 54/4 54/20
56/7 57/18 57/23 60/1
72/12 72/13 72/14 75/4
75/22 77/14
old [3] 3/19 50/12
50/12
oligarchs [1] 74/16
once [4] 8/5 29/10
41/16 58/3
one [37] 5/8 5/12 9/5
10/22 12/22 16/25
22/14 23/20 30/5 31/7
31/8 35/25 36/8 36/8
36/14 38/22 38/23
41/24 42/3 42/12 42/14
42/15 43/11 48/11
50/20 56/24 58/25
60/23 62/12 63/11
64/23 65/18 68/1 68/7
72/16 75/1 79/6
ones [2] 21/18 62/12
only [12] 9/18 14/22
26/14 27/4 32/8 47/8
60/11 61/16 65/3 65/9
71/2 71/4
open [4] 32/3 39/6
75/23 76/19
operation [1] 67/14
opinion [6] 21/7 37/3

61/1 68/11 77/18 78/11
opinion, and... [1]
21/7
opinions [2] 44/1
78/14
opportunity [6] 5/3 5/4
34/17 34/18 37/17
76/17
opposed [1] 32/18
opposite [3] 7/23
11/19 33/16
options [1] 60/23
ORAL [1] 1/9
orally [2] 61/23 76/14
order [10] 4/17 4/19
5/6 6/12 7/6 27/24 60/9
60/23 60/25 73/24
ordinarily [2] 33/11
41/3
Organization [1] 3/18
original [2] 14/8 15/2
other [39] 3/20 7/9 8/9
8/11 10/9 10/9 10/10
12/22 14/23 16/15
16/19 20/23 24/24
25/18 29/2 31/4 31/14
35/16 37/10 40/11
42/14 45/8 55/10 55/19
58/19 59/8 59/16 60/2
60/25 61/6 61/22 64/10
65/21 66/1 66/2 66/18
69/21 74/18 76/3 78/7
others [1] 14/11
ought [3] 26/11 26/18
76/3
our [13] 6/17 20/1 31/6
32/14 32/14 34/9 42/24
61/7 66/14 70/8 71/18
71/22 78/16
out [32] 19/19 20/1
20/15 25/14 28/19
30/18 41/8 47/2 47/11
48/9 50/7 52/16 55/17
56/10 56/24 59/10
59/21 60/13 61/8 61/9
62/6 64/10 68/22 69/20
71/18 72/2 72/7 72/8
72/11 73/12 77/5 77/9
outer [2] 23/4 23/6
outlined [1] 67/2
outside [2] 41/14 61/11
over [6] 29/4 29/4 44/6
74/4 74/7 74/21
overall [2] 17/11 27/14
overly [1] 29/9
overruled [1] 6/6
oversight [22] 3/8 28/9
28/10 40/12 40/17
40/20 41/5 41/10 42/23
43/1 43/5 55/17 55/19
59/6 59/12 59/15 59/17
59/23 65/6 65/7 74/18
75/9
overstepped [1] 22/10
own [1] 67/4

**P**

p.m [1] 79/25
pace [1] 72/10

Packwood [2] 63/12
63/22
page [2] 65/9 68/12
page 180 [1] 68/12
papers [1] 13/4
paragraph [1] 69/4
paragraphs [1] 36/4
PARK [1] 1/14
parliamentarian [1]
49/15
part [5] 14/4 40/7 44/12
59/23 65/14
partially [1] 69/3
particular [8] 8/18
18/10 24/2 31/9 38/14
70/13 70/17 73/24
parties [9] 5/2 5/4 5/19
5/24 32/12 33/12 34/12
64/3 77/19
party [4] 29/12 66/4
66/4 66/18
pass [2] 15/2 21/1
Passantino [3] 1/19
3/18 3/21
passed [2] 46/9 48/21
passing [1] 8/20
patrick [3] 1/13 1/17
3/14
Patrick Strawbridge
[1] 3/14
payments [1] 15/6
penalties [1] 45/22
pencil [1] 26/7
pending [5] 77/24
78/22 79/5 79/8 79/12
penny [1] 46/9
people [6] 25/15 27/13
44/11 44/13 47/4 51/25
performing [1] 73/3
performs [1] 44/25
perhaps [3] 39/7 43/16
53/4
period [1] 74/8
permissible [1] 70/15
permitted [2] 29/23
77/5
permutation [1] 22/3
person [1] 25/19
personal [2] 13/11
22/25
personally [2] 40/5
52/2
pertinency [1] 69/20
pertinent [1] 70/2
phase [1] 78/3
picked [1] 52/21
piece [3] 11/9 18/10
19/3
pile [1] 34/5
place [1] 74/2
places [3] 23/25 44/2
45/12
plainly [3] 51/16 51/20
65/10
plaintiff [1] 79/13
plaintiffs [5] 1/4 1/13
6/1 32/18 58/13
plaintiffs' [1] 76/13
plan [1] 4/18

**P**

planning [1] 37/23
plausible [1] 24/12
pleading [1] 78/8
pleadings [4] 60/6
61/21 61/24 71/17
please [6] 3/4 3/10
27/10 38/4 56/15 79/16
pledge [1] 59/24
PLLC [1] 1/14
plus [1] 7/5
point [26] 6/23 7/17
13/2 13/7 19/3 21/12
21/24 23/25 38/9 39/16
42/14 46/21 49/18
50/13 61/9 63/11 63/17
67/9 70/3 72/11 72/16
75/1 75/5 76/7 78/22
79/1
pointed [7] 16/18 25/1
41/8 56/10 60/13 61/8
68/1
pointing [1] 47/11
points [5] 37/25 41/7
55/10 58/1 63/22
policy [1] 17/24
political [2] 24/11
39/10
Port [3] 11/14 11/17
12/14
Port Authority [2]
11/17 12/14
Port Authority of New
York [1] 11/14
position [12] 7/11 9/21
9/24 20/1 38/13 42/22
42/23 43/5 66/9 66/22
77/23 79/3
possession [1] 28/17
possibility [1] 8/3
possible [5] 21/20 37/4
60/12 69/23 75/17
possibly [2] 48/25
63/18
post [2] 3/19 11/1
post hoc [1] 11/1
posture [3] 65/24 66/3
66/6
potential [4] 21/5
36/16 37/1 72/11
potentially [2] 10/10
36/25
Powell [4] 12/8 20/8
36/4 68/4
Powell v. McCormack
[1] 68/4
power [7] 15/11 22/20
40/17 41/23 51/1 59/14
67/23
powers [8] 4/23 6/23
10/10 36/8 59/24 59/24
71/3 75/9
pre [1] 27/25
pre-terminate [1]
27/25
precisely [2] 40/8
68/23
predecessor [1] 42/19

predicated [1] 66/14
preliminary [9] 37/16
13/4 29/15 33/12 33/21
34/4 34/22 61/4 61/15
preliminary-injunction
[1] 61/15
premise [1] 78/2
prepared [2] 29/19
55/17
presented [5] 4/22
5/23 36/15 42/6 42/11
Presidency [2] 12/3
59/22
president [61] 3/13
4/24 7/8 7/12 9/5 9/10
9/14 9/14 9/16 12/22
15/5 15/21 16/3 17/22
18/9 18/13 18/15 19/15
19/17 20/2 20/4 20/5
20/13 22/5 35/24 38/12
39/9 44/16 44/24 45/5
45/6 45/13 45/21 46/2
46/11 47/5 47/12 47/19
47/20 47/21 47/23
49/14 51/24 51/24 52/1
52/9 52/17 55/7 58/14
59/19 61/10 68/2 70/5
70/20 73/6 73/14 74/9
74/11 74/19 75/16
76/17
President Nixon [1]
47/5
President Trump [9]
3/13 38/12 52/17 55/7
58/14 59/19 61/10 73/6
74/9
President's [18] 9/2
9/25 10/15 12/6 13/11
13/24 14/20 20/10
44/25 46/16 48/18 49/9
49/21 49/24 50/11 52/4
65/1 67/12
Presidential [1] 46/25
Presidential Records
Act [1] 46/25
presidents [2] 9/24
47/1
presiding [1] 3/3
presume [1] 51/13
presuming [1] 20/23
presumption [1] 51/10
pretty [5] 16/15 20/1
20/18 23/7 70/10
prevail [1] 78/21
prevents [1] 50/1
primarily [1] 37/21
principal [2] 6/18 20/6
principle [2] 31/24
69/20
prior [1] 62/9
prism [1] 18/18
private [5] 35/13 39/9
47/8 49/9 49/11
probably [5] 19/10
46/21 49/12 50/12
69/12
problem [3] 38/17 48/7
65/12
procedural [2] 20/10

Procedure [1] 29/7
proceed [2] 75/22
78/21
proceeding [3] 21/14
26/16 73/17
proceedings [5] 1/9
2/20 4/13 79/25 80/4
process [6] 28/24
58/23 58/25 59/12 60/2
71/9
produce [2] 32/12
55/18
produced [4] 2/20
28/24 59/3 59/5
produces [1] 31/1
profiting [1] 52/17
prohibited [1] 24/7
prohibition [2] 14/21
14/22
promise [1] 36/19
promptly [1] 5/21
proper [6] 6/25 12/24
13/11 15/23 16/2 18/6
properly [2] 7/12 55/1
prophet [2] 48/8 48/8
proposals [1] 22/4
propose [1] 60/5
proposition [5] 21/9
23/4 36/14 36/17 49/5
propositions [1] 35/19
prosecute [1] 73/4
prosecuted [2] 47/23
47/25
prosecuting [1] 73/7
prove [1] 75/17
proved [1] 68/16
provide [7] 6/24 29/19
56/21 57/4 57/24 59/5
59/12
providing [2] 16/12
46/8
province [2] 23/20
35/16
public [10] 8/22 27/1
30/10 30/13 31/22
31/25 39/3 44/17 57/3
59/10
publicly [2] 56/25
76/24
pull [1] 34/3
pure [3] 7/16 34/2
61/24
purely [2] 22/25 47/8
purport [1] 27/4
purpose [20] 5/3 6/18
8/15 18/17 18/22 21/13
26/21 27/14 27/19
27/24 38/2 43/7 43/18
44/20 50/22 51/17
65/19 66/12 66/15
75/19
purposes [7] 21/14
24/6 24/11 26/2 39/10
51/8 60/18
pursuant [2] 10/2 59/5
pursue [2] 32/12 78/16
pushed [2] 12/1 12/16
74/12
put [9] 6/8 12/6 21/17

21/19 34/20 45/22 68/2
74/19 78/2
putting [1] 77/7

**Q**

qualifications [1] 20/9
qualify [1] 10/16
quash [1] 54/9
question [43] 6/2 9/22
10/14 11/3 11/19 11/24
12/16 12/19 13/6 14/7
15/2 16/6 16/17 17/5
21/12 22/17 22/19 24/6
25/7 25/21 30/8 30/8
34/2 34/11 44/2 44/16
46/1 50/18 50/21 50/23
50/24 52/22 54/2 54/5
54/7 55/11 59/1 60/2
60/2 60/4 71/14 74/1
75/6
questions [8] 11/15
18/19 27/20 35/3 37/22
38/3 58/23 77/1
quibble [1] 16/21
quickly [4] 31/1 62/19
75/2 78/1
Quinn [2] 14/11 70/12
quite [6] 11/21 12/15
22/5 23/10 25/1 70/25
quo [1] 32/25
quote [1] 65/9
quoted [1] 62/3

**R**

raise [4] 21/10 63/22
67/3 76/4
raised [2] 66/6 76/12
raises [2] 34/11 71/11
Ramos [2] 62/22 63/6
ranking [2] 28/16
31/15
rare [1] 34/1
rather [2] 31/1 78/1
rationale [3] 13/15
13/18 73/13
rationales [1] 17/1
rationalizations [1] 8/8
reach [1] 77/5
reached [1] 66/8
read [16] 12/11 13/4
21/10 31/23 33/10
34/14 34/14 34/25 35/7
35/7 35/8 35/9 38/24
43/16 44/1 61/9
reading [1] 13/12
real [2] 23/18 36/6
really [10] 12/9 24/14
30/11 34/9 38/13 39/6
39/8 52/16 58/25 67/9
Realtime [1] 2/16
reason [7] 5/6 7/4
19/17 24/13 60/10
60/25 65/16
reasons [8] 6/19 10/21
12/22 20/17 24/20
39/24 39/24 56/24
rebut [1] 72/20
rebuttal [1] 37/17
receive [2] 14/24 59/13

receiving [1] 15/6
recently [1] 71/4
recognize [2] 40/6 54/8
record [14] 3/11 8/11
24/25 27/25 30/16
30/20 41/21 56/17
60/17 71/19 75/23
76/19 77/10 80/3
record's [1] 76/9
recorded [1] 2/20
records [15] 15/9
25/24 26/1 26/13 46/25
47/1 47/8 50/21 51/16
59/3 59/9 59/16 59/17
red [1] 69/13
redactions [1] 66/25
reflected [1] 76/13
reflects [1] 5/22
Reform [1] 3/8
refrain [1] 5/15
regard [1] 69/5
regarding [1] 13/15
Registered [1] 2/15
regular [1] 26/15
regularity [2] 51/10
51/13
regulate [1] 47/12
regulates [1] 70/5
related [2] 43/14 43/15
relates [1] 26/20
relating [1] 27/10
relationships [2] 52/14
74/8
relevance [4] 54/13
69/19 70/2 73/18
relevancy [1] 26/18
relevant [7] 7/18 26/2
34/13 47/7 60/12 69/24
74/6
relied [1] 51/15
reluctant [1] 56/24
rely [2] 29/6 45/4
relying [5] 13/4 30/9
42/16 43/21 44/14
remedial [1] 14/14
14/16 14/19 70/14
remember [1] 41/8
41/24 42/11 46/1 49/17
50/5 51/23 52/8 54/21
55/12 64/7
reminded [1] 51/10
reminds [1] 45/16
remiss [1] 72/11
remove [1] 52/9
rendered [1] 77/16
repeat [1] 78/8
repeatedly [1] 24/9
repetitive [1] 18/2
reported [3] 7/8 7/12
44/17
Reporter [4] 2/15 2/15
2/16 2/16
reporting [1] 10/16
REPRESENTATIVES
[4] 2/8 3/9 4/7 38/14
request [7] 7/25 27/17
27/18 66/17
requested [2] 26/19

**R**

requested... [1] 47/9
requesting [1] 25/25
require [1] 68/2
required [2] 45/13
45/19
requirements [2] 20/10
45/13
requires [2] 19/2 46/5
resembles [1] 39/19
reserve [1] 13/5
resolution [2] 38/24
39/3
respect [13] 9/7 11/11
12/1 19/19 28/19 51/2
54/5 59/21 63/19 66/21
69/4 70/1 70/23
respectfully [2] 14/3
36/20
respond [1] 37/25
responded [1] 36/2
responding [1] 47/12
response [3] 36/6 41/7
67/23
responses [2] 9/4
39/13
responsibility [1]
40/12
rest [1] 76/18
restricted [1] 65/10
retainer [2] 69/8 69/11
retroactive [1] 8/7
reverse [1] 7/13
review [2] 7/8 67/12
Revocable [1] 3/19
rid [1] 60/25
right [51] 4/4 4/11 9/20
11/7 11/22 13/5 14/18
17/14 19/11 22/7 22/12
22/18 22/21 22/23 23/6
24/14 30/17 31/11
31/21 37/16 37/19
40/21 40/22 41/6 41/22
43/24 44/3 46/14 47/9
48/21 49/14 50/6 52/13
53/5 53/24 54/22 55/9
57/13 57/19 57/21
57/22 61/23 62/13
62/23 63/1 63/7 67/3
69/21 71/16 74/1 75/21
rise [1] 3/2
RMR [2] 80/2 80/8
Rockefeller [1] 20/2
role [3] 25/25 26/9
26/10
ROME [2] 2/3 3/23
room [2] 2/18 26/4
rule [9] 4/18 29/11
29/24 33/11 33/21
42/20 48/12 71/24 78/6
Rule 26 [2] 29/11 29/24
Rule 65 [3] 33/11 33/21
71/24
ruled [3] 40/4 58/6
61/12
rules [9] 10/11 19/14
28/19 29/7 52/3 59/4
59/4 59/12 70/25

ruling [3] 4/14 5/18
69/1
run [2] 26/5 38/15
rushed [1] 62/18
Russian [1] 74/16
Russians [1] 74/15

**S**

said [68] 4/19 5/19 6/5
7/22 8/1 8/2 8/5 8/13
11/3 12/10 14/10 18/6
18/23 23/19 24/9 24/19
27/1 28/2 30/9 30/10
30/13 32/21 32/24
32/25 33/2 33/7 33/23
34/16 36/7 38/7 39/17
39/22 40/3 40/6 41/12
41/20 41/25 42/4 42/21
42/22 42/24 44/1 48/12
48/16 50/25 51/5 51/20
52/20 53/16 54/25 56/2
56/3 58/3 58/3 58/8
58/15 58/16 59/18 61/4
63/14 63/18 63/23 64/5
64/11 67/4 68/13 74/11
76/19
sake [5] 5/1 10/23
35/14 44/23 65/7
Sally [2] 2/6 4/8
Sally Clouse [1] 4/8
sally.clouse [1] 2/12
same [3] 57/8 78/9
78/13
Saudis [1] 46/8
say [43] 9/13 14/13
15/2 15/5 16/22 18/9
18/25 19/4 19/19 21/21
21/24 22/1 24/1 26/13
26/24 27/9 34/15 34/17
36/18 37/12 40/9 45/6
49/23 49/24 50/10 51/2
53/12 54/7 58/9 62/3
63/15 64/5 64/7 68/15
68/15 69/16 70/12
72/21 73/23 78/12 79/6
79/9 79/12
saying [17] 9/20 12/1
12/6 18/4 26/25 32/4
35/19 42/24 42/25 46/9
53/15 60/18 60/18 62/2
62/3 70/16 72/23
says [23] 4/16 7/7 8/6
11/12 12/5 16/21 17/12
17/14 18/5 23/22 25/13
27/3 32/7 33/17 34/24
42/10 44/2 46/7 51/12
62/12 68/20 69/4 72/10
scale [1] 48/22
scenario [1] 21/20
schedule [1] 62/7
Schiavo [1] 49/17
scope [9] 16/10 17/5
22/20 27/12 39/1 40/12
63/15 64/24 65/4
seal [4] 56/22 57/5
66/24 76/2
seated [1] 3/4
second [5] 6/22 10/24
17/4 21/19 36/21

seconds [1] 56/14
section [6] 6/24 7/3
20/4 36/3
Section 205 [1] 20/4
Section 8 [1] 6/24
see [11] 21/22 34/1
45/21 50/11 56/22 57/5
57/6 57/20 66/19 70/18
77/15
seek [2] 25/17 77/6
seeking [5] 29/11 54/1
77/23 78/22 79/14
seems [8] 21/3 35/12
39/7 40/16 41/3 44/22
47/11 64/1
seen [1] 78/11
selectively [1] 47/2
47/2
sell [1] 47/18
Senate [4] 39/23 65/12
70/24 73/1
send [2] 28/10 73/6
sense [1] 26/3
separate [6] 17/9 34/11
43/14 60/4 65/8 65/14
serious [2] 4/23 35/3
serve [1] 51/24
serves [1] 44/10
Services [2] 56/4 56/9
session [1] 3/3
set [4] 10/8 34/1 38/19
79/11
seven [3] 77/17 78/1
78/5
Seventh [1] 33/17
Seventh Circuit [1]
33/17
several [4] 39/13 41/24
42/17 43/4
shall [1] 46/9
share [2] 66/25 67/6
shared [1] 66/25
sharing [2] 28/18
57/14
she [1] 50/12
Shelton [1] 24/3
shifted [1] 52/11
shot [1] 35/25
should [11] 45/21
45/22 45/23 59/20
62/18 63/15 66/25
67/20 72/20 79/4 79/15
shouldn't [4] 20/20
20/23 59/20 79/11
show [1] 42/6
showed [1] 35/2
showing [1] 58/17
shown [1] 64/9
side [4] 11/25 65/22
75/24 76/3
Silberman [1] 12/4
36/5
Silberman's [3] 12/4
19/19 19/20
silent [1] 41/11
similar [2] 23/11 45/15
simply [4] 12/20 35/24
37/12 65/5

since [5] 22/9 22/12
28/19 33/24 65/15
Sinclair [1] 8/19
single [4] 22/8 22/13
34/13 39/21
sit [1] 30/6
situation [3] 17/19
74/2 75/13
slate [1] 21/20
so [118]
So I think [3] 26/22
34/8 69/6
so it's [1] 60/19
soft [1] 41/4
sole [1] 5/3
some [36] 8/10 8/18
9/15 11/1 14/14 18/15
18/19 21/12 21/21
21/24 26/4 26/8 29/20
29/21 32/2 34/24 35/4
35/5 38/24 38/25 42/4
42/5 44/2 45/8 46/5
49/16 49/18 50/10
51/14 52/11 54/13
55/19 63/13 70/1 70/20
71/11
somebody [2] 73/9
74/6
somehow [1] 70/20
something [27] 4/12
14/13 23/13 27/11 29/3
29/18 29/19 31/16 34/6
35/20 41/25 44/19
45/20 48/18 48/20
49/12 50/1 54/12 55/17
58/3 68/21 70/13 70/20
73/23 76/1 76/2 76/4
sometimes [1] 35/20
somewhat [2] 18/1
65/24
soon [1] 79/22
sorry [6] 13/17 15/25
41/19 47/10 53/14
55/14
sort [8] 29/25 31/8
32/17 35/11 39/8 52/11
64/21 66/8
sorts [4] 46/8 58/13
59/13 73/21
sought [5] 27/12 28/20
33/5 50/22 66/4 66/11
66/15
sources [1] 77/9
spassantino [1] 1/22
speak [5] 9/18 14/16
27/17 32/17 34/19
special [1] 40/20
specific [1] 67/8
specifically [1] 44/15
spectrum [1] 25/19
speculate [1] 6/23
speculating [1] 53/4
speculation [1] 4/17
Speech [15] 28/13
52/24 53/2 53/5 53/21
54/6 54/12 65/15 65/17
65/20 66/6 66/15 66/24
67/4 76/22
spend [1] 46/2

spent [1] 46/9
sphere [1] 65/13
spilled [1] 59/10
spot [1] 32/22
stacked [1] 35/8
staffer [1] 54/23
stage [2] 35/2 61/15
stand [1] 17/2 23/3
35/18 36/13 73/12
standard [12] 26/10
26/17 35/3 50/17 50/23
51/15 51/18 51/22
64/12 71/15 78/9 78/13
standards [1] 78/7
stands [3] 21/8 36/17
79/24
start [8] 6/11 7/1 27/23
29/15 38/3 38/7 50/4
64/23
started [3] 4/12 68/18
70/4
starting [1] 71/4
starts [1] 48/9
state [1] 3/11
stated [5] 5/9 6/16
24/20 69/24
statement [7] 7/5 28/8
29/5 29/5 38/25 39/3
64/24
statements [13] 10/25
11/1 24/3 24/23 30/10
30/14 31/19 41/16 42/5
42/6 44/18 58/19 77/11
STATES [9] 1/1 1/10
3/8 4/6 4/25 9/16 15/6
44/24 74/20
status [1] 32/25
statute [4] 20/16 46/9
68/1 70/5
statutes [4] 19/14 36/7
45/8 45/11
statutory [1] 15/17
stay [8] 77/20 77/23
78/4 78/22 79/5 79/8
79/12 79/16
Stefan [2] 1/19 3/18
Stefan Passantino [1]
3/18
stenography [1] 2/20
step [1] 14/14
stepping [1] 22/25
steps [1] 70/14
Stevens [2] 33/17
33/23
stick [1] 60/23
still [9] 11/2 14/6 14/25
15/15 17/3 23/10 29/11
29/14 73/8
stipulated [1] 33/6
stock [3] 47/15 47/16
47/18
STOCK Act [2] 47/15
47/16
straightforward [2]
16/15 19/11
Strawbridge [2] 1/13
3/14
stretch [1] 50/13
strictly [1] 14/2

**S**

**Strike [1]** 41/21
**strikes [1]** 21/6
**struck [1]** 40/1
**stuff [1]** 70/17
**subcommittee [1]** 32/2
**subject [15]** 7/13 12/24
15/23 16/2 17/25 18/6
19/4 19/4 19/7 25/22
38/24 39/1 40/8 50/19
52/21
**submit [8]** 27/13 66/23
75/24 75/25 76/1 76/5
76/20 77/6
**submitted [5]** 5/20
8/11 72/3 72/5 76/8
**subpoena [38]** 5/10
6/17 7/5 10/6 11/13
11/21 12/17 16/19
25/17 27/3 27/8 29/7
40/1 41/11 49/16 49/18
49/21 54/6 54/10 55/6
57/9 57/16 57/17 58/6
59/5 59/19 62/21 63/14
66/10 69/2 69/3 69/15
73/14 77/17
**subpoena's [1]** 7/7
**subpoenas [6]** 24/11
24/22 57/2 71/3 71/6
71/8
**substance [1]** 17/11
**success [5]** 61/5 61/10
61/13 64/9 79/4
**succinctly [1]** 20/1
**such [8]** 4/19 5/1 5/10
18/12 18/13 39/3 43/19
66/1
**sue [2]** 55/7 66/10
**sued [3]** 54/21 54/23
55/2
**sufficient [2]** 5/18 8/4
**suggest [3]** 11/8 48/15
63/21
**suggested [3]** 20/21
22/24 40/14
**suggesting [1]** 12/18
**suggestion [3]** 4/20
8/18 44/22
**suit [1]** 54/19
**Suite [2]** 1/15 1/21
**sum [1]** 17/11
**summary [7]** 6/17 33/4
33/9 60/7 61/20 61/23
71/20
**supervises [1]** 5/9
**supervisory [1]** 9/10
**supplement [1]** 71/19
**support [2]** 31/6 49/19
**suppose [1]** 74/21
**supposed [8]** 25/12
25/20 37/2 37/8 50/23
50/23 51/5 68/15
**supremacy [1]** 15/18
**supreme [31]** 5/7 7/22
8/1 14/10 15/17 15/18
18/5 22/8 24/8 24/18
32/21 39/20 41/12

41/25 48/16 51/1 51/4
59/1 59/4 59/5 59/14
58/15 60/13 60/20 61/2
61/3 61/9 61/12 63/24
64/7 64/11
**Supreme Court [29]**
5/7 7/22 8/1 14/10 18/5
22/8 24/8 24/18 32/21
39/20 41/12 41/25
48/16 51/1 51/4 51/11
51/19 58/8 58/12 58/15
60/13 60/20 61/2 61/3
61/9 61/12 63/24 64/7
64/11
**sure [10]** 34/25 47/17
47/23 48/24 50/9 56/16
64/15 72/18 79/2 79/19
**suspect [1]** 79/3
**SW [1]** 1/20
**system [1]** 38/18

**T**

**tack [1]** 14/16
**take [23]** 6/5 6/14 7/6
8/7 10/4 14/13 17/18
20/12 21/6 32/1 33/14
35/6 36/21 36/22 43/4
52/16 53/20 58/4 64/21
67/1 69/6 70/14 76/2
**taken [4]** 38/13 41/16
45/9 71/23
**takes [1]** 32/11
**taking [2]** 58/9 70/8
**talk [5]** 6/12 27/21
37/23 38/20 63/21
**talked [4]** 36/24 70/7
70/9 70/11
**talking [3]** 14/19 14/20
57/7
**talks [1]** 58/5
**target [2]** 59/18 63/14
**Tatelman [2]** 2/6 4/8
**tell [2]** 9/15 34/12
**tells [2]** 66/18
**tenure [3]** 73/15 73/16
73/19
**term [2]** 12/8 20/8
**terminate [1]** 27/25
**terms [12]** 6/13 9/18
10/17 27/22 35/12
43/13 46/17 54/3 59/2
59/9 60/2 78/22
**terrific [1]** 68/10
**Terry [1]** 49/17
**Terry Schiavo [1]**
49/17
**test [9]** 18/17 18/22
19/2 19/4 41/4 41/4
41/25 49/22 69/18
**tested [1]** 21/2
**testimonial [1]** 71/6
**testimony [3]** 17/13
17/15 33/14
**than [9]** 9/9 10/12
15/17 22/6 43/3 63/23
65/8 75/13 76/5
**thank [25]** 4/4 6/15
37/15 37/16 37/18
37/20 45/18 56/18 62/5

62/8 64/16 64/17 64/19
74/24 74/25 75/20
75/21 78/19 78/23
79/18 79/19 79/20
**thank you [16]** 6/15
37/15 37/16 37/18
45/18 56/18 62/8 64/17
64/20 72/14 74/24
74/25 75/20 75/21
78/19 79/19
**Thank you very much
[3]** 37/20 64/16 72/14
**Thanks [1]** 79/23
**that [491]**
**that's [62]** 7/13 9/21
10/10 12/18 13/13 13/16
13/25 14/1 15/8 16/25
17/21 19/18 20/16
21/11 23/24 24/13
26/14 26/24 27/7 28/11
30/11 30/11 33/19
36/13 36/13 36/14 37/7
38/18 39/25 40/9 42/3
42/8 42/12 42/22 44/15
46/16 50/10 50/22 51/3
52/7 53/22 54/12 55/2
57/10 58/9 58/21 58/25
60/25 62/23 63/7 63/16
65/5 68/17 68/23 70/17
71/2 72/21 72/24 75/4
75/6 76/18 76/23
**their [8]** 8/9 9/24 25/4
27/13 36/8 47/1 68/6
73/3
**them [21]** 6/7 6/9 20/15
24/21 25/16 34/5 34/14
35/1 35/8 35/9 47/2
47/3 47/3 47/4 63/25
64/21 65/11 66/7 68/10
70/1 77/6
**theme [2]** 37/24 38/8
**themselves [1]** 24/23
**then [22]** 6/11 7/18
12/4 12/21 14/13 22/1
32/25 33/17 33/23
37/24 40/24 41/11
41/11 55/5 60/19 66/12
71/7 71/17 72/1 74/1
74/3 74/4
**there [71]** 9/21 9/23
10/1 11/15 11/16 11/18
12/19 17/15 17/15
19/12 19/16 22/3 22/7
23/1 23/4 23/6 23/12
23/12 23/25 25/22 25/23
25/15 25/22 25/23
29/10 29/24 29/24
33/18 34/7 34/13 36/6
38/24 39/10 41/2 42/7
43/12 43/19 43/19
45/22 48/7 49/8 49/12
49/25 50/21 52/3 52/3
54/13 56/5 56/8 58/12
58/13 59/8 60/11 61/3
61/12 61/25 61/25
62/17 63/13 63/18
65/14 66/5 67/10 67/19
68/23 70/25 72/4 72/4

73/1 73/21 76/12 77/22
**there's [72]** 7/24 9/17
8/23 8/13 8/17 11/2 13/9
13/12 21/9 21/21 22/13
22/14 25/5 25/6 28/2
30/25 31/5 31/14 33/19
33/21 35/11 36/2 36/13
36/17 37/14 37/14 39/3
40/7 43/17 44/24 48/5
51/2 54/10 51/21 56/2
56/3 60/11 61/4 62/10
62/16 62/20 65/19
67/22 68/21 76/16
76/24 79/3
**therefore [4]** 6/24 61/5
74/17 79/4
**these [26]** 7/6 10/8
18/19 19/11 21/10 22/4
25/19 27/4 27/13 31/4
33/9 35/5 36/7 38/23
57/2 59/3 59/25 65/10
65/21 67/8 67/20 69/25
70/9 72/11 73/18 74/22
**they [53]** 7/21 8/6 8/11
8/13 8/13 8/14 11/20
11/23 12/1 12/6 12/10
12/12 12/19 12/19 15/2
15/13 16/12 16/14
16/24 17/18 21/15 23/7
25/4 25/5 25/16 28/13
33/4 37/11 39/22 39/22
40/3 40/9 41/16 41/18
41/20 43/22 43/23 44/6
47/2 47/2 58/15 59/10
59/15 64/21 65/1 65/2
66/19 67/6 68/15 68/16
73/4 74/5 75/10
**they're [11]** 12/6 15/1
15/18 17/8 23/7 47/8
51/13 58/20 58/20 66/3
70/19
**they've [3]** 10/25 30/12
68/25
**thing [12]** 4/19 36/18
39/16 42/3 42/12 57/8
64/4 64/8 65/18 68/15
68/16 79/7
**things [34]** 8/2 8/6
8/14 16/16 23/17 23/19
25/19 30/23 32/10
38/22 41/24 42/4 43/2
44/5 46/10 48/11 49/16
52/3 52/8 55/23 58/9
58/14 59/20 61/25 62/3
65/21 67/5 67/20 70/6
70/9 74/13 74/21 74/22
75/18
**think [132]**
**thinking [1]** 79/16
**thinks [3]** 7/18 55/16
68/9
**third [3]** 17/21 29/12
66/4
**this [135]**
**those [13]** 9/6 19/8
25/3 26/1 28/21 35/7
35/19 46/10 59/9 69/1
69/24 70/10 73/10
**though [6]** 8/5 10/24

19/12 26/25 43/23
36/10
**thought [7]** 11/18
15/21 25/8 29/18 34/21
54/1 58/15
**three [7]** 19/6 19/8
20/14 31/7 35/11 36/24
37/4
**through [5]** 26/23
28/24 36/7 37/25 75/17
**thrust [1]** 17/11
**thumb [1]** 48/22
**Thursday [1]** 4/17
**tie [2]** 46/21 51/7
**time [7]** 4/2 5/19 6/13
27/22 29/20 30/21
30/22 37/24 40/14
49/16 62/15 62/17
63/13 63/21 69/5 77/15
77/25
**timeline [1]** 5/22
**times [2]** 48/16 51/12
**timing [1]** 60/3
**titled [1]** 80/4
**Tobin [9]** 11/3 11/11
11/12 11/13 12/10
20/21 20/24 21/8 22/1
**today [17]** 3/14 4/8
4/20 4/22 5/20 34/17
34/19 36/7 38/10 42/25
50/14 61/7 64/25 75/15
76/11 76/12 79/21
**today's [3]** 4/13 4/19
5/4
**Todd [2]** 2/6 4/9
**Todd Tatelman [1]** 4/8
**todd.tatelman [1]** 2/12
**together [1]** 31/8
**tomorrow [1]** 46/7
**too [5]** 25/21 26/14
50/10 54/16 67/5
**took [1]** 71/7
**top [1]** 10/22
**total [1]** 38/17
**totally [6]** 38/10 41/11
47/3 49/11 64/1 74/22
**touches [1]** 46/17
**trading [2]** 47/22 47/25
**transaction [1]** 52/16
**transcript [3]** 1/9 2/20
80/3
**transcription [1]** 2/20
**travel [1]** 58/12
**treat [2]** 60/6 61/19
**treated [1]** 59/6
**treatment [2]** 5/11 59/9
**trepidation [1]** 37/9
**trial [3]** 53/9 71/25 72/1
**tried [1]** 27/23
**true [4]** 33/1 33/16
33/25 71/23
**TRUMP [18]** 1/3 3/7
3/13 3/18 3/19 3/19
38/12 52/9 52/17 55/7
58/14 58/14 59/19
61/10 73/6 73/20 74/7
74/9
**trust [4]** 3/19 12/7
66/21 68/3

**T**

**trusts [1]** 70/9
**try [3]** 27/24 28/11 52/8
**trying [13]** 20/22 27/18
34/8 34/22 38/15 50/6
55/12 67/10 72/9 73/6
74/10 74/14 77/8
**turn [4]** 5/25 12/21
29/4 29/4
**twice [1]** 42/18
**two [19]** 6/18 8/1 9/4
10/21 17/2 23/19 23/22
31/2 32/4 33/8 35/16
36/24 42/4 43/20 58/23
60/22 69/1 73/10 77/1
**tying [1]** 40/2
**type [2]** 67/13 67/13

**U**

**U.S [2]** 2/8 2/17
**U.S. [1]** 52/11
**U.S. Government [1]**
52/11
**un [1]** 32/3
**un-American [1]** 32/3
**unanimous [1]** 39/20
**unbridled [2]** 64/25
67/23
**uncomfortable [1]**
32/23
**unconstitutional [9]**
20/16 20/22 20/25 45/7
45/11 46/24 52/7 68/3
70/6
**under [16]** 6/24 12/10
20/8 21/21 22/1 22/6
33/21 52/10 52/12
56/22 57/5 61/15 66/24
68/3 76/1 79/17
**underlying [3]** 11/3
27/4 27/5
**undermines [1]** 63/9
**understand [7]** 6/6
15/20 18/18 18/21
20/19 23/25 27/16
29/20 32/15 32/21
33/22 36/1 37/6 37/9
43/16 47/13 65/16
69/11 69/12
**understanding [10]**
28/22 31/4 55/18 55/24
56/3 56/5 56/9 57/11
57/14 66/18
**understood [6]** 10/13
15/1 29/8 57/18 71/24
78/18
**undertake [1]** 11/8
**undisclosed [1]** 17/23
**unfathomable [1]** 65/4
**unimaginable [1]** 65/5
**uninteresting [1]** 33/2
**unique [1]** 75/9
**UNITED [9]** 1/1 1/10
3/8 4/6 4/25 9/16 15/6
44/24 74/20
**United States [5]** 4/6
4/25 9/16 15/6 74/20
**unlawful [2]** 68/13

68/16
**66/13G.APM** Document 35
46/2 64/13
**unlike [2]** 20/6 20/6
**unnecessary [1]** 64/2
**until [2]** 75/23 76/19
**up [21]** 4/1 6/5 6/14
21/18 32/3 32/11 34/5
35/8 35/20 37/3 38/19
49/12 50/9 62/22 64/22
65/21 66/1 66/12 67/1
69/23 79/8
**upon [5]** 18/25 19/5
25/23 50/20 76/22
**urge [1]** 36/21
**urging [1]** 53/9
**us [11]** 4/16 19/23
25/16 27/10 37/10 61/8
63/21 66/11 68/10
70/18 71/18
**USA [1]** 3/23
**use [2]** 50/24 51/25
**used [2]** 8/24 65/12
**useful [1]** 25/16
**using [2]** 24/11 26/19

**V**

**v. [1]** 68/4
**VA [1]** 1/16
**vacuum [1]** 36/14
**vaguely [1]** 42/20
**vagueness [1]** 22/19
**valid [6]** 16/18 24/12
39/7 42/1 45/3 55/6
**validity [2]** 41/4 54/6
**various [5]** 31/19 47/3
67/4
**ventured [1]** 71/5
**verify [1]** 66/21
**versus [4]** 3/7 5/14
12/8 20/8
**very [34]** 19/16 26/3
26/19 31/3 33/7 33/8
36/2 37/20 38/21 40/2
40/20 41/4 42/5 43/1
43/23 45/25 46/3 48/17
48/19 49/5 50/18 51/7
51/7 54/24 64/16 72/19
72/23 72/23 73/13
73/21 74/14 75/2 78/25
79/20
**Vice [1]** 20/2
**Vice President**
**Rockefeller [1]** 20/2
**view [17]** 10/14 12/24
13/21 15/11 16/8 17/25
18/8 18/12 19/7 20/21
26/17 32/15 43/11 48/2
50/2 51/18 60/8
**views [2]** 38/11 48/17
**violate [4]** 12/5 12/8
12/13 15/23
**violated [2]** 72/24 74/5
**violating [1]** 73/9
**violation [2]** 13/24
14/21
**violations [2]** 16/14
42/7
**virtually [1]** 46/12

**voluntarily [3]** 25/16
28/20 33/5

**W**

**wait [2]** 57/22 79/23
**waive [1]** 66/24
**waiver [2]** 10/11 13/6
**walked [1]** 36/7
**wall [1]** 66/12
**want [32]** 4/12 8/13
12/6 15/7 15/8 16/24
25/4 25/5 25/19 27/5
27/6 29/21 30/21 31/1
33/8 35/22 38/3 38/7
41/14 43/25 50/11
55/11 58/9 60/25 62/17
63/19 66/19 70/12
72/15 77/4 78/16 79/6
**wanted [3]** 23/17 46/20
73/1
**wanting [1]** 75/17
**wants [8]** 7/17 34/19
53/10 53/11 53/19
59/19 63/22 66/24
**was [68]** 4/18 9/3 9/11
9/14 9/14 9/21 12/11
12/12 12/15 12/18
12/19 13/20 15/21
15/22 17/13 17/15
17/16 17/16 18/10
18/11 20/2 20/3 22/16
22/16 22/17 22/19
22/22 23/12 23/14
23/16 27/24 29/9 32/14
33/23 37/23 37/24
39/23 39/23 46/20 47/5
47/12 49/13 49/18
50/12 50/12 53/9 53/25
54/1 54/8 54/9 54/10
54/18 55/12 55/15
56/19 58/6 58/7 60/9
61/3 65/2 65/16 68/23
70/23 71/4 73/2 74/10
75/11 78/3
**wash [1]** 72/7
**Washington [4]** 1/5
1/21 2/10 2/18
**wasn't [3]** 22/24 43/10
53/13
**Watergate [3]** 16/9
44/9 73/9
**Watkins [12]** 8/7 8/18
8/24 9/3 18/23 22/15
22/16 23/3 44/2 44/22
65/9 69/21
**way [25]** 6/8 9/9 9/11
12/19 15/12 18/15
20/22 21/9 21/21 23/14
32/19 37/10 38/15 41/2
42/9 43/11 45/3 49/13
50/16 51/21 55/1 69/25
70/1 70/21 78/20
**ways [3]** 19/22 19/24
23/11
**we [159]**
**we believe [3]** 6/17
15/5 60/9
**We just [1]** 62/17
**We probably [1]** 49/12

**we will [5]** 55/2 57/24
59/17 70/2 72/12
**we'd [10]** 25/13 31/1
67/15 68/8 68/21 72/1
72/2 77/6 77/25 77/25
**we'll [5]** 14/13 32/24
57/22 60/4 75/22
**we're [28]** 14/19 14/20
15/8 26/6 27/9 30/18
31/3 32/5 32/23 38/15
46/7 46/8 46/15 46/15
46/16 50/14 51/23 57/7
58/16 58/16 58/17 62/2
63/19 67/10 67/24 70/8
73/7 75/13
**we've [13]** 6/16 8/11
10/22 13/13 32/25
33/14 34/25 36/4 36/24
47/14 67/2 71/12 72/5
**weeds [1]** 27/16
**week [5]** 31/1 31/2
33/8 43/4 62/24
**weeks [2]** 20/14 42/17
**weighs [1]** 48/19
**welcome [2]** 3/16 38/6
**well [18]** 6/8 13/22
26/13 28/23 32/4 36/9
37/12 42/10 43/10
45/21 48/16 49/14
63/15 64/5 71/14 74/13
74/15 78/20
**went [2]** 11/17 58/15
**were [26]** 9/25 11/1
11/15 12/12 16/10
16/12 16/14 24/23
29/15 29/23 31/19 34/8
34/21 48/12 53/17 55/3
58/12 59/3 62/6 64/21
68/14 68/16 70/16 71/2
73/3 73/4
**weren't [2]** 11/2 68/15
**Wharf [1]** 1/20
**what [112]**
**what's [2]** 26/19 73/17
**whatever [2]** 69/23
72/10
**whatsoever [1]** 46/2
**when [19]** 9/11 13/4
24/2 25/3 27/3 28/20
33/11 34/7 35/2 39/10
40/11 47/18 48/19
50/11 54/19 63/3 63/5
65/2 66/18
**where [14]** 23/25 26/22
33/15 33/16 33/18
33/19 33/20 48/10 49/3
49/4 62/10 66/3 70/4
74/2
**whether [34]** 7/8 7/12
11/5 12/12 12/22 14/7
15/16 17/22 18/12
18/13 21/17 21/22 26/1
26/9 40/25 43/17 44/2
44/16 48/13 54/6 59/15
59/20 60/20 65/6 65/18
67/8 67/10 69/23 70/19
72/24 73/2 73/8 73/9
73/14
**which [41]** 7/23 9/8 9/8

10/22 11/4 12/3 12/12
14/5 17/3 17/22 18/19
18/25 19/4 19/5 21/1
21/9 21/9 22/22 22/24
24/6 24/11 24/21 25/8
25/23 25/23 30/6 33/16
34/11 41/11 43/12
45/16 47/16 50/20
51/15 60/4 60/23 63/12
66/9 69/11 71/10 75/11
**while [6]** 4/1 29/14
32/22 38/15 47/23
78/16
**white [1]** 58/20
**Whitewater [2]** 16/9
44/9
**who [27]** 13/74/4
74/7 74/20
**who's [1]** 56/19
**whole [6]** 17/9 20/18
21/4 40/19 45/10 78/2
**why [15]** 7/3 9/1 12/24
13/19 15/14 22/3 31/19
39/25 44/15 53/3 54/12
54/15 65/16 68/8 69/24
**wide [1]** 66/5
**will [29]** 1/17 3/13 4/2
4/3 4/13 4/20 5/18 5/21
5/22 19/15 21/14 23/25
31/6 36/18 37/12 40/24
55/2 55/21 57/24 58/2
59/15 59/18 59/25
62/21 69/22 70/20 76/7
77/22 77/23
**Will Consovoy [1]** 3/13
**William [5]** 1/13 2/15
80/2 80/7 80/8
**Wilson [1]** 1/15
**win [5]** 41/12 41/13
54/1 77/19 78/12
**Winter [1]** 64/7
**wish [3]** 37/17 61/15
75/25
**wishes [1]** 76/1
**within [5]** 9/2 38/25
59/14 65/13 79/13
**without [4]** 34/6 64/3
67/23 69/4
**witnesses [1]** 33/13
**women [1]** 49/17
**won't [4]** 25/16 35/23
66/6 76/8
**wonder [1]** 26/9
**wondering [3]** 30/15
53/3 54/15
**word [2]** 10/4 26/19
**worded [1]** 42/20
**words [8]** 8/23 14/23
20/23 29/2 31/14 35/21
35/22 78/7
**work [2]** 25/12 62/6
**worked [1]** 68/19
**working [1]** 31/8
**world [1]** 25/15
**worry [1]** 66/19
**worst [1]** 21/20
**would [71]** 3/10 4/25
6/5 6/23 7/18 8/14 9/1
9/16 10/16 11/4 11/23

| W | Your Honor [71] 3/6 |
|---|---|

**W**

**would... [60]** 12/5 12/7
13/14 14/25 15/23 17/2
17/7 18/16 20/10 22/2
22/2 25/7 25/8 27/8
28/4 28/13 28/23 29/14
29/19 30/23 30/24 33/1
34/5 35/1 36/7 36/8
36/21 37/10 37/13
41/12 42/2 46/10 47/21
47/24 49/1 50/8 50/12
56/14 56/21 59/21
59/22 61/19 61/23
63/19 64/4 64/23 66/8
66/21 68/2 69/18 69/25
72/9 72/10 74/2 74/11
77/16 77/20 78/13
78/15 79/12
**write [2]** 35/25 37/2
**writes [1]** 4/16
**writing [2]** 34/15 76/10
**written [4]** 5/19 35/20
76/14 76/15
**wrong [6]** 4/21 14/13
39/15 65/17 75/18 77/4
**wrongdoing [3]** 8/14
8/22 25/5
**wrote [2]** 19/22 36/4

**Y**

**yeah [4]** 29/22 30/3
32/4 47/14
**years [11]** 19/22 44/6
47/1 49/25 50/3 50/3
50/12 50/12 69/1 71/5
71/7
**Yemen [1]** 46/7
**yes [17]** 6/4 8/25 23/2
31/13 40/10 45/18 49/7
52/23 53/19 54/14
56/12 58/24 63/7 64/15
74/10 75/2 78/19
**yet [2]** 34/3 63/12
**yield [1]** 67/23
**York [3]** 2/3 11/14
62/22
**you [239]**
**you know [4]** 31/2
40/19 46/25 63/14
**you'd [3]** 29/17 50/10
67/17
**you'll [4]** 32/18 57/6
76/25 78/12
**you're [16]** 4/1 21/3
26/13 30/6 39/17 40/4
40/25 48/7 48/19 50/25
51/5 57/22 60/15 62/20
63/21 79/16
**you've [26]** 20/20
22/24 29/20 30/13
30/14 34/12 35/15
35/16 35/18 35/21 39/4
39/16 39/17 40/14 44/1
46/1 49/5 61/9 63/23
63/23 63/25 77/11
77/12 77/18 78/9 78/13
**young [1]** 49/17
**your [120]**

**Your Honor [71]** 3/6
6/2 6/6 6/15 6/16 9/4
10/7 13/17 14/17 15/13
17/10 18/2 18/18 20/12
24/15 25/1 30/1 33/1
34/3 34/25 36/1 36/6
36/19 37/15 37/18
37/20 38/7 39/5 39/13
39/22 41/23 42/14 43/2
43/22 46/19 47/10 48/4
50/9 56/14 56/18 56/21
57/4 58/2 59/11 60/9
61/22 62/5 63/8 63/20
64/16 64/19 65/6 65/15
66/2 67/18 67/19 68/18
71/1 71/9 72/17 73/20
74/25 75/6 77/2 78/23
79/6
**yourself [1]** 78/14

**Z**

**Zaremba [4]** 2/15 80/2
80/7 80/8