UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 19-cv-01136 (APM) |
| ) | |
| COMMITTEE ON OVERSIGHT AND ) | |
| REFORM OF THE U.S. HOUSE OF ) | |
| REPRESENTATIVES, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 35, the court enters judgment in favor of the House Oversight Committee and against Plaintiffs. The court denies Plaintiffs' request for a stay pending appeal.

This is a final, appealable order.

Dated: May 20, 2019

Amit P. Mehta
United States District Court Judge