**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>MAZARS USA LLP,<br>         Defendant,<br><br>and<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br>         Intervenor-Defendant. | Civil Action No. 1:19-cv-01136-APM |

## **NOTICE OF APPEAL**

Plaintiffs (Donald J. Trump; The Trump Organization, Inc.; Trump Organization LLC; The Trump Corporation; DJT Holdings LLC; The Donald J. Trump Revocable Trust; and Trump Old Post Office LLC) hereby appeal to the U.S. Court of Appeals for the D.C. Circuit all aspects of this Court's order and opinion from May 20, 2019, which overruled Plaintiffs' objections to Rule 65(a)(2) consolidation, treated the parties' preliminary-injunction filings as cross-motions for summary judgment, entered final judgment against Plaintiffs, and denied Plaintiffs' request for a stay pending appeal. *See* Dkt. 36; 35.

|  | Respectfully submitted, |
|---|---|
| Dated: May 21, 2019 | _s/ William S. Consovoy_ |
| Stefan C. Passantino (D.C. Bar #480037)<br>MICHAEL BEST & FRIEDRICH LLP<br>1000 Maine Ave. SW, Ste. 400<br>Washington, D.C. 20024<br>(202) 747-9582<br>spassantino@michaelbest.com<br><br>*Counsel for The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, The Donald J. Trump Revocable Trust, and Trump Old Post Office LLC* | William S. Consovoy (D.C. Bar #493423)<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>3033 Wilson Blvd., Ste. 700<br>Arlington, VA 22201<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>patrick@consovoymccarthy.com<br><br>*Counsel for President Donald J. Trump* |

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2019, I filed this notice via the CM/ECF system, which will notify all counsel in this case.