IN THE UNITED STATES MIDDLE DISTRICT COURT OF GEORGIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES SUPREME COURT OF AMERICA

| | |
|---|---|
| **Homer Douglas Cobb, IV,**<br>**Plaintiff,**<br><br>V.<br><br>**United States Government,**<br>**Donald J. Trump President,**<br>**Mike Pence Vice President,**<br><br>**The State of Georgia, Lottery Corp.,**<br>**Brian Kemp Governor,**<br>**Gretchen Corbin C.E.O.,**<br><br>**The State of Alabama,**<br>**Kay Ivy Governor,**<br>**Defendant's,** | **RECEIVED**<br>MAY 1 0 2019<br>CIVIL ACTION NO: U.S. DISTRICT COURT<br>Consolidated with COLUMBUS DIVISION<br>CASE NO: 19-CV-01136<br><br>**CONSOLIDATED CLASS ACTION**<br><br>LET THIS BE FILED<br>Signature _____<br>Date _____ 5/21/19 |

## PLAINTIFF'S MOTION TO CONSOLIDATE RELATED CASES FOR TRIAL

1. PLAINTIFF'S, individually respectfully move this Honorable Courts to Consolidate related cases under Federal Rule of Civil Procedure ( Fed, R, Civ.P.) 42,Effective dispensation of justice in the instant case and below-listed related case will best be served by granting the relief requested herein listed below:

2. The two Cases was file on the same Date, April 22, 2019 and both Plaintiff's have issues with this unconstitutional Congress that is trying to impeach are slow play from arresting the Traders until President Trump is killed anything to Stop him from saving the Life & Liberty of Plaintiff Cobb from this uncostitutional Congress.

( a ) Fair and equal justice for over eight thousand Person in power for there Crimes; the Uranium One Scandal, the Pelican Project Club-K System Scandal, the give away of the Mother of the Internet over 80% of the 117th unconstitutional Congress Members are guilty of insiders Trading, Selling off National Military Technology to China and National Park Land here in America,

Page 1

RECEIVED
Mail Room

MAY 1 4 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate of Service

I, Homer Douglas Cobb, IV, hereby Certify that a True Copy of this Motion to Consolidate Class Action Cases has been sent to the United States Solicitor General Noel Francisco to his Office at, 950 Pennsylvania Ave. NW, Washington DC 20530-0001, and a copy to, William Barr Attorney General, at 950 Pennsylvania Ave. NW, Washington DC 20530-1000, a Copy to President Trump, at 1600 Pennsylvania Ave. NW, Washington DC 20500, a Copy to The Chief Justice John Roberts at 1 First Street NE, Washington DC 20543, a copy to, the United States District Court For The District of Columbia 333 Constitution Ave. NW, Washington DC 20001, Angela D. Casear, Clerk of Court, a copy to, U.S. Navy/U.S. Marine Corps. Office of the Chief Judge General Criminal Law Division 1254 Charles Morris Street SE, Suite B01 Washington Navy Yard, DC 20374 and same Postage Pre-Paid by placing in the United States Postal Service Mail first class on this 13th day of May, 2019.

Homer Douglas Cobb, IV ( Esquire )
370 Lee Rd. 220
Phenix City, Al. 36870
(334) 560-6595

Notary Republic _____ Date 5-13-2019

BRIANNA CURRINGTON
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
August 24, 2022

```
========================================
         DOWNTOWN COLUMBUS
         120 12TH ST LBBY
             COLUMBUS
                GA
             31901-9998
            1219940501
04/22/2019    (800)275-8777    4:56 PM
========================================
========================================
Product                  Sale      Final
Description              Qty       Price

First-Class               1        $2.20
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20500)
    (Weight:0 Lb 8.80 Oz)
    (Estimated Delivery Date)
    (Thursday 04/25/2019)
Certified                 1        $3.50
    (@@USPS Certified Mail #)
    (70183090000116559388)
Return                    1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247068323665022)
First-Class               1        $2.05
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30334)
    (Weight:0 Lb 7.20 Oz)
    (Estimated Delivery Date)
    (Wednesday 04/24/2019)
Certified                 1        $3.50
    (@@USPS Certified Mail #)
    (70183090000116559401)
Return                    1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247068323665206)

Total                             $16.85

Debit Card Remit'd                $16.85
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX1286)
    (Approval #:      )
    (Transaction #:373)
    (Receipt #:011304)
    (Debit Card Purchase:$16.85)
    (Cash Back:$0.00)
    (AID:A0000000042203       Chip)
    (AL:Debit)
    (PIN:Verified)
```

```
========================================
           PHENIX CITY
          1310 9TH AVE
           PHENIX CITY
               AL
            36867-9998
           0164300867
04/23/2019    (800)275-8777    4:52 PM
========================================
========================================
Product                  Sale      Final
Description              Qty       Price

First-Class               1        $2.05
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30334)
    (Weight:0 Lb 7.90 Oz)
    (Estimated Delivery Date)
    (Thursday 04/25/2019)
Certified                 1        $3.50
    (@@USPS Certified Mail #)
    (70183090000116559432)
Return                    1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247068323665060)
First-Class               1        $1.30
Mail
Large Envelope
    (Domestic)
    (MONTGOMERY, AL  36130)
    (Weight:0 Lb 2.70 Oz)
    (Estimated Delivery Date)
    (Thursday 04/25/2019)
Certified                 1        $3.50
    (@@USPS Certified Mail #)
    (70183090000116559531)
Return                    1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247068323665107)
First-Class               1        $1.30
Mail
Large Envelope
    (Domestic)
    (ATLANTA, GA  30303)
    (Weight:0 Lb 2.50 Oz)
    (Estimated Delivery Date)
    (Thursday 04/25/2019)
Certified                 1        $3.50
    (@@USPS Certified Mail #)
    (70183090000116559487)
Return                    1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (9590940247068323665053)
First-Class               1        $1.15
Mail
```