# Clerk's Office
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Angela D. Caesar, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date:   2/21/2020

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001
**Attn: Assistant Clerk**

RE: **19-cv-1136 TRUMP et al v. COMMITTEE ON OVERSIGHT**

   Your Case No:  19-715

Dear Clerk:

   On   02/19/2020  , this Court received a request for our case record to be transmitted to the Supreme Court. Enclosed is a copy of the docket sheet and court documents for the case listed above. The electronically filed documents can be obtained on PACER through our website (www.dcd.uscourts.gov).

   If you have any questions, please contact me.



ANGELA D. CAESAR, Clerk

By:   /s/ Erica Garmendez
   Deputy Clerk
   (202) 354-3190

Enclosure(s)

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 19, 2020

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

**Re:   No. 19-715   Donald J. Trump, et al. v. Mazars USA, LLP, et al.**
      (Your No. 19-5142)

Dear Clerk:

      Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

      Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

      If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

      Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me.  Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc:  Counsel of Record