IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAZARS USA LLP.,<br><br>*Defendant*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>*Intervenor-Defendant*. | Case No.1:19-cv-01136-APM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Josephine Morse, hereby withdraw my appearance as counsel in this case. Intervenor-Defendant will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Josephine Morse*
Josephine Morse (D.C. Bar No. 1531317)
   *Deputy General Counsel*
Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, DC 20515
Telephone: (202) 225-9700
Jodie.Morse@mail.house.gov

January 19, 2021