# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-5142**  **September Term, 2020**

1:19-cv-01136-APM

**Filed On: February 24, 2021** [1886886]

Donald J. Trump, et al.,

    Appellants

  v.

Mazars USA, LLP and Committee on Oversight and Reform of the U.S. House of Representatives,

    Appellees

## M A N D A T E

In accordance with the judgment of December 30, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk

Link to the judgment filed December 30, 2020