## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DONALD J. TRUMP, et al.** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil Action No.:  1:19-cv-01136-APM** |
| **COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, et al.** | * | |
| | * | |
| **Defendants.** | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Laura N. Steel, Esquire, of the law office of WILSON

ELSER MOSKOWITZ EDELMAN & DICKER LLP, as counsel for Defendant Mazars USA

LLP in the above-captioned civil action.

Dated: March 2, 2021                    Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

*/s/ Laura N. Steel*
Laura N. Steel, Esquire, #367174
Laura.Steel@wilsonelser.com
1500 K Street, N.W., Suite 330
Washington, D.C. 20005
Tel. (202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant Mazars USA LLP*

250852879v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2021, I electronically filed and served the foregoing Notice of Appearance of Laura N. Steel, using the Court's CM/ECF system on counsel for all parties in this action.

Cameron Thomas Norris, Esq.
cam@consovoymccarthy.com
William S. Consovoy, Esq.
will@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
*Counsel for Plaintiffs Donald J. Trump, Trump Organization, Inc., Trump Organization LLC, Trump Corporation, DJT Holdings, LLC, Donald J. Trump Revocable Trust, Trump Old Post Office LLC*

Henry Frederick Schuelke , III, Esq.
hschuelke@blankrome.com
Lawrence H. Wechsler, Esq.
lwechsler@blankrome.com
Jerry Daniel Bernstein, Esq.
(Admitted Pro Hac Vice)
jbernstein@BlankRome.com
BLANK ROME, LLP
1825 I Street, NW, Suite 1200
Washington, DC 20006
*Counsel for Mazars USA LLP*

Douglas N. Letter, Esq.
douglas.letter@mail.house.gov
Brooks McKinly Hanner, Esq.
brooks.hanner@mail.house.gov
Josephine T. Morse, Esq.
jodie.morse@mail.house.gov
Megan Barbero, Esq.
megan.barbero@mail.house.gov
Todd Barry Tatelman, Esq.
todd.tatelman@mail.house.gov
U.S. HOUSE OF REPRESENTATIVES
Office of General Counsel
219 Cannon House Office Building
Washington, DC 20515
*Counsel for Intervenor Defendant Committee On Oversight And Reform Of The U.S. House of Representatives*

250852879v.1

Alan D. Strasser, Esq.
astrasser@robbinsrussell.com
David Hunter Smith, Esq.
hsmith@robbinsrussell.com
Jennifer Suzanne Windom, Esq.
jwindom@robbinsrussell.com
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
*Counsel for Intervenor Defendant Committee On Oversight And Reform Of The U.S. House of Representatives*

I HEREBY FURTHER CERTIFY that on March 2, 2021, I mailed a copy of the foregoing Notice of Appearance of Laura N. Steel, by first class, U.S. Mail, to the following pro se party in this action.

Duane Morley Cox
1199 Cliffside Drive
Logan, UT 84321
Pro Se Movant

/s/ Laura N. Steel
Laura N. Steel