IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAZARS USA LLP,<br><br>*Defendant*,<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>*Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

**JOINT STATUS REPORT**

Pursuant to this Court's February 24, 2021 order, the parties submit this joint status report to propose a schedule for further proceedings in this matter.

As an initial matter, Defendant-Intervenor the Committee on Oversight and Reform of the U.S. House of Representatives (the Committee) reissued the subpoena at issue to Mazars USA LLP on February 25, 2021. A copy of the reissued subpoena is attached to this filing. Chairwoman Maloney also issued a statement to Members of the Committee on February 23.[1]

The parties jointly propose that the Court proceed with summary judgment on the

---

[1] Memorandum from Chairwoman Carolyn B. Maloney to Members of the Committee on Oversight and Reform (Feb. 23, 2021), https://perma.cc/JF8Q-2NY5.

following schedule: (1) plaintiffs' motion for summary judgment would be due on April 5, 2021; (2) the Committee's opposition and any cross-motion for summary judgment would be due on May 5, 2021; (3) plaintiffs' reply brief and any opposition would be due on May 19, 2021; and (4) any reply by the Committee would be due on June 2, 2021. The parties respectfully request that the Court schedule a summary judgment hearing as soon as practicable after briefing is complete.

The Oversight Committee agrees to voluntarily stay the return date of the subpoena pending this Court's resolution of the subpoena's enforceability.

Mazars USA LLP has represented that it does not intend to participate in the briefing schedule.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar #253492)
  *General Counsel*
Todd B. Tatelman (VA Bar #66008)
Megan Barbero (MA Bar #668854)
William E. Havemann (VA Bar #86961)
Lisa K. Helvin (D.C. Bar #988143)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Intervenor-Defendant Committee on Oversight and Reform of the U.S. House of Representatives*

 /s/ *Cameron T. Norris*
William S. Consovoy (Bar ID: 493423)
Cameron T. Norris (Bar ID: VA083)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700

2

        Arlington, VA 22201
        (703) 243-9423
        cam@consovoymccarthy.com

        Patrick Strawbridge (pro hac vice pending)
        CONSOVOY MCCARTHY PLLC
        Ten Post Office Square
        8th Floor South PMB #706
        Boston, MA 02109

        *Counsel for Plaintiffs*

        <u>/s/ *Laura N. Steel*</u>
        Laura N. Steel, Esquire (D.C. Bar #367174)
        Thomas Manisero, Esquire (admission pending)

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP
        1500 K Street, N.W., Suite 330
        Washington, D.C. 20005
        Tel. (202) 626-7660
        Fax (202) 628-3606
        Laura.Steel@wilsonelser.com
        Thomas.Manisero@wilsonelser.com

        *Counsel for Defendant Mazars USA LLP*

March 2, 2021

## CERTIFICATE OF SERVICE

I certify that on March 2, 2020, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Douglas N. Letter*
Douglas N. Letter
