# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP, <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant*. | Case No. 1:19-cv-01136-APM |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, Intervenor-Defendant's Cross-Motion for Summary Judgment, the oppositions and any replies thereto, and the entire record herein, it is HEREBY ORDERED that Plaintiffs' motion is DENIED and Intervenor-Defendant's Motion is GRANTED.  IT IS FURTHER ORDERED that Defendant comply immediately with Intervenor-Defendant's subpoena.

SO ORDERED this ___ day of _____, 2021

_____
Judge Amit P. Mehta
United States District Judge