IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>MAZARS USA LLP,<br><br>         Defendant,<br><br>and<br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>         Intervenor-Defendant. | Case No. 1:19-cv-01136-APM |

**ORDER MODIFYING BRIEFING SCHEDULE**

Plaintiffs' consent motion to modify the briefing schedule is granted. Plaintiffs' reply brief and any opposition are due on or before May 25, 2021. Any reply brief by the Committee is due on or before June 8, 2021.

  **SO ORDERED**.


Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　Amit P. Mehta
　　　　　　　　　　　　　　　　　　United States District Judge