IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP, <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant.* | Case No. 1:19-cv-01136-APM |

**NOTICE**

Intervenor-Defendant Committee on Oversight and Reform of the United States House of Representatives (Committee) hereby informs the Court that, on Friday, July 9, 2021, it received documents from the General Services Administration (GSA) in response to its April 12, 2019 request. Some of the produced documents are responsive to the Committee's subpoena to Mazars. Because it has no need for duplicates, the Committee intends to communicate with Mazars regarding any feasible ways to reduce Mazars' burden by excluding identical documents received from GSA.

As the Committee has noted, documents in the possession of GSA that are responsive to the Mazars subpoena relate only to a small number of entities and "constitute only a subset of the subpoenaed information" regarding the lease between President Trump's business and GSA for the Old Post Office Building.  Reply in Support of Cross-Motion for Summary Judgment at 19.  Moreover, while some documents will be duplicates, "the documents in GSA's possession are 'likely not an exact duplicate of the set in Mazars' possession.'"  Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment at 34 (quoting Maloney Memorandum at 22).  The Committee still needs the documents subpoenaed from Mazars to determine the accuracy and completeness of the information submitted to GSA, to assess the need for legislative reforms to safeguard the GSA bid process and the administration of its leases, and to address the constitutional deficiencies and potential Emoluments Clause violations stemming from the Old Post Office Building lease.

Dated:  July 14, 2021

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

Alan D. Strasser (D.C. Bar No. 967885)
Jennifer S. Windom (D.C. Bar No. 502481)
D. Hunter Smith (D.C. Bar No. 1035055)
Brandon L. Arnold (D.C. Bar No. 1034238)
Leslie C. Esbrook (D.C. Bar No. 1670737)
Jeffrey C. Thalhofer (D.C. Bar No. 1658324)
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street, NW, 4th Floor

Washington, DC 20006
(202) 775-4500
astrasser@robbinsrussell.com

*Counsel for Intervenor-Defendant Committee on Oversight and Reform of the U.S. House of Representatives*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2021, I filed this document with the Court via ECF, which will electronically notify all counsel of record.

                                            /s/ Douglas N. Letter  
                                            Douglas N. Letter