IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP, <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant.* | Case No. 1:19-cv-01136-APM |

**NOTICE OF RECENT OFFICE OF LEGAL COUNSEL OPINION**

Intervenor-Defendant Committee on Oversight and Reform of the United States House of Representatives gives notice that on July 30, 2021, the Department of Justice Office of Legal Counsel (OLC) issued the memorandum opinion attached as Exhibit A. In the opinion, OLC concluded that the Secretary of the Treasury must comply with a Congressional request for tax and financial information related to former President Trump and his businesses. Much of the analysis in the opinion also supports the enforceability of the subpoena in this case, which likewise furthers "a plainly legitimate area for congressional inquiry and possible legislation." Op. 4.

Consistent with Executive Branch and judicial precedent, OLC concluded that, "[e]ven if" separation-of-powers concerns were to "inform analysis" of a Congressional request for a former President's information, such separation-of-powers concerns "would be much less pronounced after a President leaves office and returns to life as a private citizen." Op. 28 (citing *A Sitting President's Amenability to Indictment and Criminal Prosecution*, 24 Op. O.L.C. 222, 246–57 (2000)). "This is especially true where, as here, the request does not seek disclosure of privileged presidential communications or seek to impose costs on the President for acts taken in his official capacity." Op. 29; *see also* Op. 28 (describing the Supreme Court's *Mazars* test as applying only to cases involving "a sitting President").

In its opinion, OLC emphasized that "Courts generally presume that Executive and Legislative Branch officials act in good faith and in furtherance of legitimate objectives." Op. 19. In particular, the memorandum noted that it "is generally irrelevant" that a Congressional request might serve Congressmembers' political interests because Congress is a political body, and it is therefore "neither unusual nor illegitimate for partisan or other political considerations to factor into Congress's work." Op. 26; *see id.* ("[M]ixed congressional motivations are commonplace."). OLC also dismissed the concern that the request in that case involved an illegitimate Presidential "case study" because the Congressional committee there was investigating not "'general' topics distinct from the presidency, but . . . an auditing program specific to the presidency and oversight concerns particular to President Trump." Op. 29.

Dated:  August 3, 2021

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

Alan D. Strasser (D.C. Bar No. 967885)
Jennifer S. Windom (D.C. Bar No. 502481)
D. Hunter Smith (D.C. Bar No. 1035055)
Brandon L. Arnold (D.C. Bar No. 1034238)
Leslie C. Esbrook (D.C. Bar No. 1670737)
Jeffrey C. Thalhofer (D.C. Bar No. 1658324)
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
(202) 775-4500
astrasser@robbinsrussell.com

*Counsel for Intervenor-Defendant Committee on Oversight and Reform of the U.S. House of Representatives*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2021, I filed this document with the Court via ECF, which will electronically notify all counsel of record.

                                          /s/ Douglas N. Letter
                                          Douglas N. Letter