UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP, et al.**     )<br>                                                         )<br>    **Plaintiffs,**                          )<br>                                                         )<br>        v.                                           )<br>                                                         )<br>**MAZARS USA LLP,**                 )<br>                                                         )<br>    **Defendant,**                          )<br>                                                         )<br>**COMMITTEE ON OVERSIGHT AND**  )<br>**REFORM OF THE U.S. HOUSE OF**       )<br>**REPRESENTATIVES,**                              )<br>                                                         )<br>    **Intervenor-Defendant.**        )<br>                                                         ) | Case No. 19-cv-01136 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 72, the court grants in part and denies in part both Plaintiffs' Motion for Summary Judgment, ECF No. 54, and the House Oversight Committee's Cross-Motion for Summary Judgment, ECF No. 56. The Committee's GSA investigation warrants entry of summary judgment for the Committee (and denial of Plaintiffs' motion) on the subpoenaed materials of only President Trump, Trump Old Post Office LLC, and the Trump Organization. The Committee's emoluments investigation warrants entry of summary judgment for the Committee (and denial of Plaintiffs' motion) on the subpoenaed materials for only the years 2017 and 2018. As for the remaining documents covered by the Maloney Subpoena, Plaintiffs' motion is granted, and the Committee's motion is denied.

This is a final, appealable order.

2

Dated: August 11, 2021

Amit P. Mehta  
United States District Court Judge