IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br>                      Plaintiffs, <br><br>v. <br><br>MAZARS USA LLP, <br><br>                      Defendant, <br><br>and <br><br>COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>                      Intervenor-Defendant. | Civil Action No. 1:19-cv-1136-APM |

## **NOTICE OF APPEAL**

Plaintiffs (Donald J. Trump; The Trump Organization, Inc.; Trump Organization LLC; The Trump Corporation; DJT Holdings LLC; The Donald J. Trump Revocable Trust; and Trump Old Post Office LLC) hereby appeal to the U.S. Court of Appeals for the D.C. Circuit this Court's memorandum opinion and order dated August 11, 2021. *See* Docs. 72; 73.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 12, 2021 | _s/ Patrick Strawbridge_ |
| Stefan C. Passantino (D.C. Bar #480037)<br>MICHAEL BEST & FRIEDRICH LLP<br>1000 Maine Ave. SW, Ste. 400<br>Washington, D.C. 20024<br>(202) 747-9582<br>spassantino@michaelbest.com | William S. Consovoy (D.C. Bar #493423)<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>3033 Wilson Blvd., Ste. 700<br>Arlington, VA 22201<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>patrick@consovoymccarthy.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 12, 2021, I filed this notice via the CM/ECF system, which will notify all counsel in this case.

_/s/ Patrick Strawbridge_