IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD J. TRUMP; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; THE TRUMP CORPORATION; DJT HOLDINGS LLC; THE DONALD J. TRUMP REVOCABLE TRUST; and TRUMP OLD POST OFFICE LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAZARS USA LLP., <br><br> *Defendant*, <br><br> COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendant*. | Case No.1:19-cv-01136-APM |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, David Hunter Smith, hereby withdraw my appearance as counsel in this case. Intervenor- Defendant will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ David Hunter Smith*
David Hunter Smith (DC Bar No. 1035055)
Robbins, Russell, Englert,
 Orseck & Untereiner LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
hsmith@robbinsrussell.com

October 4, 2021                (202)775-4500

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 4, 2021, I will electronically file the foregoing Notice of Withdrawal of Counsel with the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ David H. Smith
David H. Smith