## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**, *et al.* | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | *    Civil Action No.: 1:19-cv-01136-APM |
| | * |
| **COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF REPRESENTATIVES**, *et al.* | * |
| | * |
| *Defendants.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE

The undersigned parties to this dispute, by and through their respective counsel, hereby provide notice in accordance with this Court's Minute Order dated September 2, 2022, that they wish for the Court to retain jurisdiction over this matter to enforce the Stipulated Agreement between them to resolve this dispute. Although the parties do not believe that the Court's involvement will be necessary, the Court's familiarity with this matter would ensure any enforcement proceedings, if necessary, were concluded efficiently.

In accordance with the September 2, 2022, Minute Order, the parties submit the attached draft order of dismissal for the Court's consideration along with a copy of the Stipulated Agreement attached as Exhibit A thereto.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Laura N. Steel*
Laura N. Steel, Esquire, D.C. Bar #367174
1500 K Street, N.W., Suite 330
Washington, D.C. 20005

Tel. (202) 626-7660
Fax (202) 628-3606
Laura.Steel@wilsonelser.com
*Counsel for Defendant Mazars USA LLP*

**CONSOVOY MCCARTHY PLLC**

*/s/ Cameron T. Norris*
Cameron T. Norris
James P. McGlone
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
jim@consovoymccarthy.com

Patrick Strawbridge
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*U.S. HOUSE OF REPRESENTATIVES*
*OFFICE OF THE GENERAL COUNSEL*

*/s/ Douglas N. Letter*
Douglas N. Letter, General Counsel
Todd B. Tatelman, Principal Deputy General Counsel
Eric R. Columbus, Special Litigation Counsel
U.S. House of Representatives
Office of the General Counsel
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2022, I electronically filed and served the foregoing Notice with attached proposed order (and Exhibit A) using the Court's CM/ECF system on counsel for all parties in this action.

>                               */s/ Cameron T. Norris*
>                               Cameron T. Norris