IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP,** *et al.*, | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | *   Civil Action No.:  1:19-cv-01136-APM |
| | * |
| **COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY OF THE U.S. HOUSE OF REPRESENTATIVES,**[1] *et al.*, | * |
| | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE
AND TO TERMINATE THE CASE**

The Parties, by and through their respective counsel, hereby submit this Joint Motion for Entry of Dismissal with Prejudice and to Terminate the Case in accordance with this Court's Order. *See* Order, ECF No. 81 at 3; *see also* June 21, 2023 Minute Order.

1.  In this case, plaintiffs, Donald J. Trump, The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, The Donald J. Trump Revocable Trust, Trump Old Post Office LLC ("the Trump Entities") sued Mazars USA LLP ("Mazars") for declaratory and injunctive relief in connection with a congressional subpoena that was issued to Mazars. The United States House of Representatives Committee on Oversight and Reform ("the Committee") intervened as an Intervenor-Defendant. The Trump Entities, Mazars and the Committee are referred to collectively as the "Parties."

---

[1] The Committee was previously called the Committee on Oversight and Reform of the United States House of Representatives.

284383645v.1

2.	The Parties settled the case by Stipulated Agreement in September 2022, and that Stipulated Agreement fully and finally resolved the claims in this lawsuit. *See* Exhibit A, ECF No. 81.

3.	On September 12, 2022, this Court entered an Order in which it conditionally dismissed the complaint without prejudice but retained jurisdiction over this matter to enforce the terms of the Parties' settlement. *See* Order, ECF No. 81 at 2. As part of the Order, the Parties were to "file a motion for entry of dismissal with prejudice and termination of the case upon fulfillment of all of the terms of the Stipulated Agreement." *Id*. at 3. The case was placed on the inactive docket subject to further order of the Court. *Id.*

4.	It is the position of Mazars and the Committee that Mazars has produced all documents that it agreed to produce under the Parties' Stipulated Agreement and that all of the terms of the Stipulated Agreement have now been fulfilled.

5.	Based on that representation of Mazars and the Committee, the Trump Entities have no reason to dispute that Mazars has fully complied with the terms of the Stipulated Agreement or oppose dismissal of this case.

6.	Accordingly, the Parties respectfully request that this Court dismiss the complaint with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the case be removed from the inactive docket, and that the case be terminated.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Laura N. Steel*
Laura N. Steel, Esquire, D.C. Bar #367174
1500 K Street, N.W., Suite 330
Washington, D.C. 20005
Tel. (202) 626-7660
Fax (202) 628-3606
Laura.Steel@wilsonelser.com
*Counsel for Defendant Mazars USA LLP*

AND

**CONSOVOY MCCARTHY PLLC**

*/s/ Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com
*Counsel for Plaintiffs*

AND

*U.S. HOUSE OF REPRESENTATIVES OFFICE OF THE GENERAL COUNSEL*

*/s/ Bradley Craigmyle*
Matthew B. Berry, General Counsel
Todd B. Tatelman, Deputy General Counsel
Bradley Craigmyle, Associate General Counsel
U.S. House of Representatives
Office of the General Counsel
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov
Todd.Tatelman@mail.house.gov
Bradley.Craigmyle@mail.house.gov
*Counsel for Intervenor-Defendant*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2023, I electronically filed and served the foregoing Joint Motion for Entry of Dismissal with Prejudice and to Terminate the Case, with the attached proposed order, using the Court's CM/ECF system on counsel for all Parties in this action.

/s/ Laura N. Steel
Laura N. Steel

284383645v.1