IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD J. TRUMP**, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   Civil Action No.: 1:19-cv-01136-APM |
| **COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY OF THE U.S. HOUSE OF REPRESENTATIVES**,[2] *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

THIS MATTER COMES before the Court on the Parties' Joint Motion for Entry of Dismissal with Prejudice and to Terminate the Case.

UPON CONSIDERATION of the Joint Motion of the Parties and the representations therein, the Court finds that dismissal with prejudice is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

ORDERED: that the Parties' Joint Motion for Entry of Dismissal with Prejudice and to Terminate the Case be and hereby is, GRANTED; and it is

FURTHER ORDERED: that plaintiffs' complaint be and hereby is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED: that this civil action shall be removed from the inactive docket and that the case be terminated now that all of the terms of the Stipulated Agreement have been fulfilled.

---

[2] The Committee was previously called the Committee on Oversight and Reform of the United States House of Representatives.

SO ORDERED.

Dated: _____

_____
Amit P. Mehta
United States District Judge

Digitally signed by Amit Mehta
Date: 2023.07.04 08:55:59 -04'00'

284383645v.1